UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 MAR -6 PM 8: 15

| | |
|---|---|
| MONTGOMERY MUTUAL INSURANCE COMPANY 17810 Meeting House Road Sandy Spring, MD 20860, | ) ) ) ) ) |
| and | ) ) |
| PEERLESS INSURANCE COMPANY, 62 Maple Avenue Keene, NH 03431, | ) ) ) ) |
| Plaintiffs, | |
| v. | |
| W.C. & A.N. MILLER DEVELOPMENT COMPANY, 4315 50th Street, NW Washington, DC 20016, | ) ) ) |
| Defendant. | ) |

NANCY M.
MAYER-WHITTINGTON

**FILED**

MAR - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER   1:07CV00447

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Contract

DATE STAMP: 03/07/2007

## ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT

Pursuant to 28 U.S.C. § 2201, Plaintiffs Montgomery Mutual Insurance Co. ("Montgomery") and Peerless Insurance Co. ("Peerless") (collectively, the "Insurers") bring this declaratory judgment action against defendant W.C. & A.N. Miller Development Co. ("Miller Development") seeking a declaration concerning the parties' rights and obligations under the terms and conditions of several liability insurance policies issued to Miller Development as follows:

## I.

## NATURE OF THE ACTION

1.  The Insurers issued five consecutive liability insurance policies to Miller

Development for the period from September 30, 2001 through September 30, 2006 (collectively,

the "Policies").

2.  In 2005, a neighboring radio station owner ("WPGC") sued Miller Development

alleging that it allowed one of its properties to be operated as an unlicensed waste dump and

allowed waste from that property to spill over onto WPGC's property.  The lawsuit sought

compensatory damages for WPGC's costs in removing the waste and cleaning up its own

property—which it was required to do pursuant to directives from Maryland county and state

environmental agencies—as well as punitive damages.  Miller Development and WPGC have

settled the litigation.

3.  The Insurers seek declarations from this Court that:

- There is no coverage under any of the Policies for the dispute between Miller Development and WPGC because coverage is barred by the Policies' pollution exclusions;

- There is no coverage under some or all of the Policies for the dispute between Miller Development and WPGC to the extent that WPGC's property damage was "expected or intended" by Miller Development;

- There is no coverage under some or all of the Policies for the dispute between Miller Development and WPGC to the extent that, prior to the effective period of one or more of the Policies, Miller Development "knew that the . . . 'property damage' had occurred, in whole or in part;"

- There is no coverage under any of the Policies for the dispute between Miller Development and WPGC to the extent that it does not concern "property damage" under the Policies;

- There is no coverage under any of the Policies for any punitive damages, to the extent that punitive damages are uninsurable under applicable law, and/or for other relief sought by WPGC other than compensatory damages; and

2

- The Insurers have satisfied their obligation to defend Miller Development against the lawsuit by agreeing to defend it under a reservation of rights and subsequently offering to pay for Miller Development's chosen defense counsel after the insurer initially providing a defense to Miller Development withdrew that defense.

## II.

## PARTIES

4.   Plaintiff Montgomery Mutual Insurance Co. ("Montgomery") is a corporation engaged in the business of providing liability insurance.  Montgomery is organized and exists pursuant to the laws of the State of Maryland with its principal place of business in Maryland. Montgomery is licensed to do business, and does business, in the District of Columbia.

5.   Plaintiff Peerless Insurance Co. ("Peerless") is a corporation engaged in the business of providing liability insurance.  Peerless is organized and exists pursuant to the laws of the State of New Hampshire with its principal place of business in New Hampshire.  Peerless is licensed to do business, and does business, in the District of Columbia.

6.   Upon information and belief, Defendant W.C. & A.N. Miller Development Co. ("Miller Development") is a real estate company serving the Washington D.C. metropolitan area. Miller Development is organized and exists pursuant to the laws of the State of Delaware with its principal place of business in Washington, D.C.  Miller Development is licensed to do business, and does business, in the District of Columbia.

## III.

## JURISDICTION AND VENUE

7.   This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).  There is complete diversity between the parties, and the amount in controversy exceeds the sum of $75,000 exclusive of interests and costs.  Plaintiffs bring this action pursuant to 28 U.S.C. §§ 2201 and 2202.

3

8.  Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a)(1), 1391(a)(2) and

1391(c). The dispute involves insurance policies issued to Miller Development, which resides in

this judicial district and is subject to personal jurisdiction in this district.

**IV.**

**FACTUAL ALLEGATIONS**

**Policies Issued by Montgomery and Peerless**

9.  Montgomery Mutual issued liability Policy No. GL 9537911 to Miller Development

effective from September 30, 2001 to September 30, 2002 with a $1 million per occurrence limit

and a $2 million general aggregate limit (the "2001 Policy"). The declarations page and relevant

terms of the 2001 Policy are attached hereto as Exhibit A.

10.  Peerless issued liability Policy No. GL 9537911 to Miller Development effective

from September 30, 2002 to September 30, 2003 with a $1 million per occurrence limit and a $2

million general aggregate limit (the "2002 Policy"). The declarations page and relevant terms of

the 2002 Policy are attached hereto as Exhibit B.

11.  Peerless Policy No. GL 9537911 was subsequently renewed to be effective from

September 30, 2003 to September 30, 2004 (the "2003 Policy"), September 30, 2004 to

September 30, 2005 (the "2004 Policy") and September 30, 2005 to September 30, 2006 (the

"2005 Policy"). The declarations pages and relevant terms of these policies are attached hereto

as Exhibits C, D and E, respectively.

12.  The insuring agreement in each of the Policies provides that:

> We will pay those sums that the insured becomes legally obligated
> to pay as damages because of "bodily injury" or "property
> damage" to which this insurance applies. We will have the right
> and duty to defend the insured against any "suit" seeking those
> damages. However, we will have no duty to defend the insured
> against any "suit" seeking damages for "bodily injury" or
> "property damage" to which this insurance does not apply.

4

2001 and 2002 Policies, Amendment of Insuring Agreement – Known Injury or Damage

Endorsement ¶ 1.a; 2003, 2004 and 2005 Policies, Commercial General Liability Coverage

Form, Section I, Coverage A ¶ 1.a.

    13.  The insuring agreement of each of the Policies also provides that:

    (b) This insurance applies to . . . "property damage" only if:

        (1) The . . . "property damage" is caused by an "occurrence" that takes place in the coverage territory";

        (2) The . . . "property damage" occurs during the policy period; and

        (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the . . . "property damage" had occurred, in whole or in part.  If such a listed insured or authorized "employee" knew, prior to the policy period, that the . . . "property damage" occurred, then any continuation, change or resumption of such . . . "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

            *      *      *

    (d) "[P]roperty damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

        (1) Reports all, or any part, of the . . . "property damage" to us or any other insurer;

        (2) Receives a written or verbal demand or claim for damages because of the . . . "property damage"; or

        (3) Becomes aware by any other means that . . . "property damage" has occurred or has begun to occur.

2001 and 2002 Policies, Amendment of Insuring Agreement – Known Injury or Damage

Endorsement ¶¶ 1.b, 1.d; 2003, 2004 and 2005 Policies, Commercial General Liability Coverage

Form, Section I, Coverage A ¶¶ 1.b, 1.d.

14. Paragraph 1. of Section II – Who Is An Insured of each Policy provides that if the

named insured is designated as:

> An organization other than a partnership, joint venture or limited
> liability company, you are an insured.  Your "executive officers"
> and directors are insureds, but only with respect to their duties as
> your officers and directors.

Policies, Commercial General Liability Coverage Form, Section II ¶ 1.d.

15. Each of the Policies defines "executive officer" as "a person holding any of the

officer positions created by your charter, constitution, by-laws or any other similar governing

document."  Policies, Commercial General Liability Coverage Form, Section V¶ 6.

16. Each of the Policies defines "property damage" as:

> a. Physical injury to tangible property, including all resulting loss
> of use of that property. . . . or

> b. Loss of use of tangible property that is not physically injured.

Policies, Commercial General Liability Coverage Form, Section V ¶ 17.

17.    Each of the Policies does not cover:

> "[P]roperty damage" expected or intended from the standpoint of
> the insured.

Policies, Commercial General Liability Coverage Form, Section I ¶ 2.a.

18.    Each of the Policies contains the following pollution exclusion, which excludes

coverage for:

> (1) "Bodily injury" or "property damage" arising out of the actual,
> alleged or threatened discharge, dispersal, seepage, migration,
> release or escape of "pollutants":

6

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

\*    \*    \*

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor.

\*    \*    \*

(2)    Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants."

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

Policies, Commercial General Liability Coverage Form, Section I ¶ 2.f.

19.  Each of the Policies defines "pollutants" as:

> [A]ny solid, liquid, gaseous, or thermal irritant or contaminant,
> including smoke, vapor, soot, fumes, acids, alkalis, chemicals and
> waste.  Waste includes materials to be recycled, reconditioned or
> reclaimed.

Policies, Commercial General Liability Coverage Form, Section V ¶ 15.

## The Underlying Litigation Against Miller Development

20.  In November 2005, Infinity WPGC (AM) Inc., now known as CBS WPGC (AM)

Inc. ("WPGC"), filed suit against Miller Development and "W.C. & A.N. Miller Companies,

Inc." seeking recovery for harm alleged due to the operation of an unlicensed waste dump at, and

subsequent migration of waste from, a particular Miller Development property.  The action was

captioned *Infinity WPGC (AM), Inc.  v. W.C. & A.N. Miller Companies, Inc., et al.*, No. CAL05-

24114 (Md. Cir. Ct., Prince George's Co. Nov. 16, 2005), and the first amended complaint is

attached hereto as Exhibit F.  Upon information and belief, W.C. & A.N. Miller Companies, Inc.

is a non-existent entity.

21.  According to the amended complaint, Miller Development was the owner of two

parcels of commercial property along South Addison Road in Capitol Heights, Maryland (the

"Miller Property") from at least 1987 until early 2005.  During all times material to the

complaint, WPGC owned the property adjacent to the Miller Property (the "WPGC Property"),

which contained WPGC's broadcasting towers.  Amended Complaint ¶¶ 14-18.

22.  WPGC alleged that, in November 2000, Miller Development leased the Miller

Property to H & H Hauling Service ("H & H"), who thereafter subleased the property to two

subtenants, Mainor's Bus Service and J. Williamson Demolition ("Williamson").  WPGC alleged

that the subtenants conducted business on the Miller Property that was incompatible with the

zoning status of the land and contrary to applicable state and county regulations.  *Id.* ¶¶ 21-23.

23.  In particular, WPGC alleged that the Miller Property was used as an "unlicensed trash dump" for, among other things, "a large quantity of construction debris, including . . . metallic construction debris."  *Id.*  ¶¶ 24, 29.

24.  WPGC also contended that Miller Development "allowed and/or was aware of" the use of the Miller Property and had been cited for violating environmental codes pertaining to: (1) the handling of solid waste in a manner that could create a nuisance, pollute the air, discharge pollutants into state waters, impair the quality of the environment or injure public health; (2) the operation of an open dump; and (3) burial of waste.  *Id.*  ¶¶ 24-25 (identifying the code provisions as Code of Maryland Regulations 26.04.07.03 A (1-6), B(4) and Prince George's County Code, Subtitles 21-113(a), 21-113(c) and 21-117(c)).

25.  WPGC further alleged in the complaint that, up until the time when Miller Development sold the property in 2005, Miller Development allowed the dumping of waste to occur, failed to take reasonable steps to secure the property or prevent the dumping, and did not clean up the property prior to selling it.  *Id.*  ¶ 27.

26.  WPGC asserted that it learned that "a twenty-five foot high mound of garbage" from the Miller Property had spilled over onto its property in March 2005 when it received notice from the Prince George's County Department of Environmental Resources that it was in violation of the County's anti-litter ordinance and had to clean up its property at its own expense. *Id.* ¶¶ 1, 30.  The Maryland Department of Environment allegedly imposed additional requirements on the manner in which WPGC cleaned up its property.  *Id.* ¶ 30.

27.  WPGC also contended that, during the time when the waste materials were located on the Miller and WPGC Properties, WPGC experienced fluctuations in the strength of its radio

signal and incurred costs in trying to address those fluctuations. These fluctuations allegedly disappeared once the waste materials were removed. *Id.* ¶ 33.

28. As of June 2006, when its amended complaint was filed, WPGC alleged that it had spent approximately $300,000 to remove the waste materials located on its property. *Id.* ¶ 31.

29. Upon information and belief, the Prince George's County Department of Environmental Resources directed Miller Development and H & H to remove the waste materials from the Miller Property to conform the property to Prince George's County Code § 13-233 requiring the maintenance of property "in clean, safe, secure and sanitary condition . . . so as not to create a public nuisance or adversely affect the public health, safety, or welfare" Prince George's County Department of Environmental Resources, Property Maintenance Violation Notice, Case No. PM-444-3-01 (April 3, 2001).

30. Upon information and belief, in 2003, the Prince George's County Health Department's Division of Environmental Health issued a notice of violation to Miller Development and Williamson for "[c]ollection of solid waste . . . outside on the ground with no environmental controls" and directed that they "[i]mmediately cease bring[ing] any material (solid waste) to the site" and "[r]emove solid waste to an approved solid waste collection facility within 30 calendar days." Prince George's County Health Department, Notice of Violation (Mar. 7, 2003). Later in 2003, the Maryland Department of the Environment issued a Site Complaint against Miller Development and Williamson for violations of the state's "Solid Waste and Sludge Disposal" laws and directed that additional dumping cease and that all solid waste be moved to an approved collection facility. Maryland Department of the Environment, Site Complaint No. SC-O-03-SW-517 (Apr. 4, 2003).

31. Upon information and belief, before WPGC became aware that waste material was on its property, one or more Miller Development employees, including its Vice President of Commercial Leasing and Management, observed or was informed that certain equipment on a pile of construction debris was located on WPGC's Property. According to the Miller Development website, its Vice President of Commercial Leasing and Management is a member of its "Executive Team."

## Coverage Correspondence and Settlement

32. Miller Development notified the Insurers of the WPGC lawsuit in or around December 2005.

33. The Insurers conducted a preliminary investigation of the matter and, in February 2006, agreed to defend Miller Development against the lawsuit under the Policies subject to a reservation of their rights.

34. Among other things, the Insurers reserved their rights to deny coverage for dispute between Miller Development and WPGC based upon the Policies': (1) definition of "property damage"; (2) pollution exclusions; (3) expected or intended injury exclusions; and (4) known injury exclusions. This reservation of rights was not contested by Miller Development for ten months, until after Miller Development and WPGC settled their dispute.

35. Upon information and belief, prior to notifying the Insurers of the lawsuit, Miller Development sought coverage from its professional liability insurer. The professional liability insurer provided a defense to Miller Development under a reservation of rights and assigned defense counsel to represent Miller Development in the litigation. Miller Development hired its own counsel, George Masson, to "shadow" defense counsel's work. In their February 2006 reservation of rights, the Insurers asked Miller Development for additional information regarding

11

the defense provided by the professional liability insurer so that the Insurers could coordinate in the defense of the dispute.

36. Upon information and belief, in June 2006, the professional liability insurer denied coverage under its policy on a number of grounds including that the underlying claim: (1) arose out of wrongful acts committed with the knowledge that they were wrongful acts; and (2) arose out of the presence of pollutants. The professional liability insurer withdrew its defense in July 2006.

37. After the withdrawal of initial defense counsel, the Insurers agreed under their reservation of rights to pay reasonable and necessary costs for Miller Development's preferred counsel, Mr. Masson, to act as defense counsel. Miller Development has not provided the Insurers with any defense cost invoices and therefore no defense payments have been made by the Insurers.

38. In October 2006, Miller Development and WPGC participated in a mediation that resulted in a settlement-in-principle of the underlying litigation.

39. The Insurers also attended the mediation. At the mediation, the Insurers and Miller Development agreed to resolve any potential obligations under the Insurers' Policies for the dispute between Miller Development and WPGC. However, two months later, in December 2006, the Insurers received a letter from Miller Development's coverage counsel asserting claims for coverage under the Policies.

40. In that December 2006 letter, Miller Development belatedly disputed the Insurers' basis for issuing their reservation of rights, alleged that the Insurers had breached their duties to defend and indemnify, and tendered a demand seeking: (1) the amount of the underlying settlement payment with WPGC; (2) defense counsel's fees through October 2006; and (3)

additional defense counsel fees incurred since October 2006. These amounts total more than $75,000.

## V.

## CONTROVERSY AND RIPENESS

41. The Insurers and Miller Development currently dispute their rights and obligations under the terms and conditions of the Policies for defense and indemnity arising out of the dispute between Miller Development and WPGC.

42. The Insurers have reserved their rights to deny coverage under their Policies and have informed Miller Development why the Policies do not provide coverage. Miller Development has disputed the Insurers' reservation of rights and asserted that the Insurers have breached their duties to defend and indemnify it and demanded payment of the underlying settlement amount plus defense costs.

43. The Insurers now seek a declaration from this Court that there is no coverage for the dispute between Miller Development and WPGC under the Policies. Upon information and belief, Miller Development contests this assertion.

44. These issues will directly govern the parties' rights and obligations under the Policies. As a result, these issues are ripe for adjudication.

## VI.

## CLAIM FOR DECLARATORY RELIEF - COUNT I
### (Pollution Exclusion)

45. The Insurers incorporate by reference each of the allegations of paragraphs 1 through 44 of this Complaint as if fully set forth herein.

46. Miller Development owned or occupied the Miller Property at all times relevant to this matter.

13

47. From at least 2000 on, the Miller Property was used by Miller Development or others for "the handling, storage, disposal, processing or treatment of waste."

48. The waste materials brought to the Miller Property were "transported, handled, stored, treated, disposed of, or processed as waste" by Miller Development or others.

49. The waste materials that were located on the Miller Property and the WPGC Property are "pollutants" as defined in the Policies as they were "solid . . . irritant[s] or contaminant[s], including . . . . waste."

50. Accordingly, the Insurers are entitled to a declaration that there is no coverage available under any of the Policies for the dispute between Miller Development and WPGC because coverage is excluded by the Policies' pollution exclusions.

## VII.

## CLAIM FOR DECLARATORY RELIEF - COUNT II
### (Expected or Intended Injury)

51. The Insurers incorporate by reference each of the allegations of paragraphs 1 through 50 of this Complaint as if fully set forth herein.

52. No later than April 2001, Miller Development knew that the waste materials on the Miller Property violated Prince George's County Code § 13-233, enacted to prevent adverse health effects, and that it was directed to remove the waste materials from its property.

53. No later than April 2003, Miller Development knew that the presence of the waste materials at the Miller Property violated Prince George's County and Maryland environmental regulations that were enacted to protect the environment and prevent injury to human health, and that is was required to remove the waste materials from its property.

54. Prior to 2005, Miller Development knew that certain waste material was located on WPGC Property.

14

55.  No later than 2005, Miller Development knew that the waste materials on the Miller Property had spilled over onto the WPGC's Property and that WPGC was required to remove the waste pursuant to Prince George's County and Maryland environmental agency directives.

56.  Each of the Policies excludes coverage for "'property damage' that is expected or intended from the standpoint of the insured."

57.  As early as April 2001, but no later than 2005, Miller Development "expected or intended" the property damage at issue.

58.  Accordingly, the Insurers are entitled to a declaration that there is no coverage available for the dispute between Miller Development and WPGC  to the extent that "property damage" was "expected or intended" by the Miller Development.

## VIII.

### CLAIM FOR DECLARATORY RELIEF - COUNT III
### (Known Injury Provision)

59.  The Insurers incorporate by reference each of the allegations of paragraphs 1 through 58 of this Complaint as if fully set forth herein.

60.  Prior to 2005, Miller Development, including its Vice President of Commercial Leasing and Management, knew that waste material was located on the WPGC Property.

61.  No later than 2005, Miller Development, including its Vice President of Commercial Leasing and Management, knew that the waste materials from the Miller Property were located on WPGC's Property and that WPGC was required to clean the materials up pursuant to Prince George's County and Maryland environmental agency directives.

62.  Under the "known injury" provisions of each of the Policies' insuring agreements, there is no coverage if the insured (defined to include Miller Development's "'executive officers' and directors" or any "'employee' authorized by [Miller Development] to give or receive notice

15

of an 'occurrence' or claim) "knew that the . . . 'property damage' had occurred, in whole or in part."

63. No later than 2005, Miller Development, including its Vice President of Commercial Leasing and Management, knew that "property damage" on WPGC's Property had occurred, in whole or in part.

64. Accordingly, the Insurers are entitled to a declaration that there is no coverage available under some or all of the Policies for the dispute between Miller Development and WPGC because of the "known injury" provisions in the Policies' insuring agreements.

## IX.

## CLAIM FOR DECLARATORY RELIEF - COUNT IV
### (Definition of Property Damage)

65. The Insurers incorporate by reference each of the allegations of paragraphs 1 through 64 of this Complaint as if fully set forth herein.

66. In its complaint, WPGC alleged, *inter alia*, that during the time when the waste material was located on the Miller and WPGC Properties, WPGC experienced fluctuations in the strength of its radio signal and incurred costs in trying to address those fluctuations. These fluctuations allegedly disappeared once the waste material was removed.

67. Each of the Policies defines "property damage" as:

a. Physical injury to tangible property, including all resulting loss of use of that property. . . . or

b. Loss of use of tangible property that is not physically injured.

68. Certain allegations in the WPGC Complaint, including, *inter alia*, the fluctuation in the strength of a radio signal, do not constitute either "[p]hysical injury to tangible property" or "loss of use of tangible property that is not physically injured."

69. Accordingly, the Insurers are entitled to a declaration that there is no coverage available under any of the Policies for the dispute between Miller Development and WPGC to the extent WPGC does not seek to recover for "property damage" under the Policies.

## X.

### CLAIM FOR DECLARATORY RELIEF - COUNT V
### (No Coverage for Certain Relief Sought by WPGC)

70. The Insurers incorporate by reference each of the allegations of paragraphs 1 through 69 of this Complaint as if fully set forth herein.

71. In its complaint, WPGC sought relief other than compensatory damages, such as *inter alia* punitive damages.

72. Upon information and belief, all of WPGC's claims have been resolved by the settlement.

73. Accordingly, to the extent that any portion of the settlement encompasses punitive damages and to the extent that insurance coverage for punitive damages is precluded under applicable law, and/or to the extent the settlement does not concern compensatory damages, the Insurers are entitled to a declaration that there is no coverage available under any of the Policies for any such relief.

## XI.

### CLAIM FOR DECLARATORY RELIEF - COUNT VI
### (Satisfaction of Duty to Defend)

74. The Insurers incorporate by reference each of the allegations of paragraphs 1 through 73 of this Complaint as if fully set forth herein.

75. The Insurers agreed to defend Miller Development against the WPGC lawsuit under a reservation of rights. The Insurers also sought information concerning the defense being

provided to Miller Development by its professional liability insurer, so that the Insurers could coordinate the defense with that insurer.

76.  After the professional liability insurer withdrew its defense in July 2006, the Insurers agreed to pay reasonable and necessary costs for Miller Development's chosen defense counsel.

77.  Miller Development has not forwarded invoices reflecting its reasonable and necessary costs of defense to the Insurers and therefore no defense payments have been made by the Insurers.

78.  Miller Development first notified the Insurers of its rejection of the defense arrangements in December 2006, after Miller Development had settled its dispute with WPGC.

79.  Each of the Policies provides that:

> We will have the right and duty to defend the insured against any "suit" seeking those damages.  However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

80.  Accordingly, the Insurers are entitled to a declaration that they have satisfied their obligation to defend Miller Development against the lawsuit by agreeing to defend it under a reservation of rights and subsequently offering to pay reasonable and necessary costs of Miller Development's chosen defense counsel after the insurer initially providing a defense to Miller Development withdrew that defense.

## XII.

## OTHER COVERAGE DEFENSES

The allegations of this Complaint are based on the Insurers' investigation to date.  As set forth in the coverage correspondence to Miller Development from the Insurers, other terms and conditions in the Policies may be implicated by Miller Development's dispute with WPGC.

18

Nothing in this Complaint should be construed as a waiver by the Insurers of any such other

coverage defenses, and the Insurers expressly reserve the right to raise all other terms and

conditions in their Policies as defenses to coverage as appropriate.

## XIII.

### PRAYER FOR RELIEF

WHEREFORE, the Insurers pray for judgment as follows:

A. A declaration that, for the reasons set forth herein, there is no coverage under any of

the Policies for the dispute between Miller Development and WPGC because coverage for such

amounts is barred by the Policies' pollution exclusions;

B. A declaration that, for the reasons set for herein, there is no coverage under some or

all of the Policies for the dispute between Miller Development and WPGC to the extent that

WPGC's property damage was "expected or intended" by Miller Development;

C. A declaration that, for the reasons set forth herein, there is no coverage under some or

all of their for the dispute between Miller Development and WPGC to the extent that, prior to the

effective period of one or more of the Policies, Miller Development, including one or more of its

"'executive officers' and directors" knew that WPGC's "property damage" had occurred or was

beginning to occur;

D. A declaration that, for the reasons set forth herein, there is no coverage under any of

the Policies for any portion of the dispute between Miller Development and WPGC that does not

concern "property damage" under the policies;

E. A declaration that, for the reasons set forth herein, there is no coverage under any of

the Policies for any punitive damages to the extent that punitive damages are uninsurable under

applicable law, and/or for other relief other than compensatory damages;

F. A declaration that, for the reasons set forth herein, the Insurers have satisfied their defense obligations to Miller Development under the Policies;

G. Awarding the Insurers such additional declaratory and other relief as shall be found to be appropriate under the circumstances; and

H. Awarding the Insurers its fees and costs incurred in prosecuting this action.


Respectfully submitted,


By: _____
    WILEY REIN LLP
    Laura A. Foggan, D.C. Bar No. 375555
    1776 K Street, NW
    Washington, DC 20006
    Phone: 202.719.7000
    Fax: 202.719.7049
    lfoggan@wileyrein.com

    *Attorney for Plaintiffs Montgomery Mutual*
    *Insurance Co. and Peerless Insurance Co.*

Dated: March 6, 2007

20

# CIVIL COVER SHEET

JS-44
(Rev. 1/05 DC)

RECEIVED
U.S. DISTRICT COURT

---

**I (a) PLAINTIFFS**

Montgomery Mutual Insurance Company
Peerless Insurance Company

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    88888
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Laura A. Foggan
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006

**DEFENDANTS**

W.C. & A.N. Miller Development Company

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)    11001
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

CASE NUMBER   1:07CV00447

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Contract

DATE STAMP: 03/07/2007

---

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
◉ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CIT FOR PLA

... CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ◉ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ◉ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

○ **E. General Civil (Other)**        OR        ○ **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ **530** Habeas Corpus-General<br>☐ **510** Motion/Vacate Sentence | ☐ **442** Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **895** Freedom of Information Act<br>☐ **890** Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ **152** Recovery of Defaulted Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ **710** Fair Labor Standards Act<br>☐ **720** Labor/Mgmt. Relations<br>☐ **730** Labor/Mgmt. Reporting & Disclosure Act<br>☐ **740** Labor Railway Act<br>☐ **790** Other Labor Litigation<br>☐ **791** Empl. Ret. Inc. Security Act | ☐ **441** Voting (if not Voting Rights Act)<br>☐ **443** Housing/Accommodations<br>☐ **444** Welfare<br>☐ **440** Other Civil Rights<br>☐ **445** American w/Disabilities-Employment<br>☐ **446** Americans w/Disabilities-Other | ☒ **110** Insurance<br>☐ **120** Marine<br>☐ **130** Miller Act<br>☐ **140** Negotiable Instrument<br>☐ **150** Recovery of Overpayment & Enforcement of Judgment<br>☐ **153** Recovery of Overpayment of Veteran's Benefits<br>☐ **160** Stockholder's Suits<br>☐ **190** Other Contracts<br>☐ **195** Contract Product Liability<br>☐ **196** Franchise | ☐ **441** Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ **1** Original Proceeding  ○ **2** Removed from State Court  ○ **3** Remanded from Appellate Court  ○ **4** Reinstated or Reopened  ○ **5** Transferred from another district (specify)  ○ **6** Multi district Litigation  ○ **7** Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Declaratory judgment under 28 U.S.C. 2201, 2202 concerning parties' rights and obligations under certain liability insurance policies.

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** 0.00    Check YES only if demanded in complaint

**JURY DEMAND:**    YES ☐    NO ☒

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

**DATE** March 6, 2007    **SIGNATURE OF ATTORNEY OF RECORD** _Laura A. Foggan_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**

Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    **I.**        COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    **III.**     CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    **IV.**     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

    **VI.**     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    **VIII.**   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# EXHIBIT
# A

**MONTGOMERY INSURANCE COMPANIES**
Member of Liberty Mutual Group

| Policy Number: GL 9537911 | Prior Policy: |
|---|---|

**Policy Period:** 09/30/2001   To: 09/30/2002   12:01 am Standard Time at the Mailing Address of the Named Insured

**Coverage is Provided In   MONTGOMERY MUTUAL INSURANCE COMPANY**

**Billing Type: AGENCY BILL   -   QUARTERLY**

| Named Insured and Mailing Address: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT COMPANY<br>4315 50TH STREET NW<br>WASHINGTON DC  20016 | EARLY CASSIDY & SCHILLING INC<br>1375 PICCARD DRIVE STE 375<br>ROCKVILLE MD  20850<br><br>Agent Code: 5290472   Agent Phone: (301)-948-5822 |

**Reason for Amendment:** NEW BUSINESS

**Transaction Effective Date:** 09/30/2001

**Premium for this Transaction:**   $   60,083.00

## STATEMENT OF ACCOUNT

| Acct Date | Premium | Commission Percent | Surcharge/ Assessment | Commission Percent | Total Due |
|---|---|---|---|---|---|
| 10/2001 | $ 18,024.89 | 15.00% | $ 0.00 | 0.00% | $ 18,024.89 |
| 12/2001 | $ 14,019.38 | 15.00% | $ 0.00 | 0.00% | $ 14,019.38 |
| 03/2002 | $ 14,019.38 | 15.00% | $ 0.00 | 0.00% | $ 14,019.38 |
| 06/2002 | $ 14,019.35 | 15.00% | $ 0.00 | 0.00% | $ 14,019.35 |
| | | | | Total Premium Charged: | $ 60,083.00 |

**Date Issued:** 10/16/2001

17-80 (04/97)

**AGENT COPY**

09/30/2001    9537911                    PGDM060D J08251  AGENTM   00002885  Page 4

NEW BUSINESS

**MONTGOMERY**
INSURANCE COMPANIES
Member of Liberty Mutual Group

EFFECTIVE DATE:  09/30/2001

| | |
|---|---|
| Policy Number: GL 9537911 | Prior Policy: |
| Billing Type: AGENCY BILL | |
| Coverage Is Provided In   MONTGOMERY MUTUAL INSURANCE COMPANY | |

| Named Insured and Mailing Address: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT COMPANY<br>4315 50TH STREET NW<br>WASHINGTON  DC   20016 | EARLY CASSIDY & SCHILLING INC<br>1375 PICCARD DRIVE STE 375<br>ROCKVILLE  MD   20850<br><br>Agent Code:  5290472     Agent Phone: (301)-948-5822 |

### COMMON POLICY DECLARATIONS

In return for the payment of premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

POLICY PERIOD: From : 09/30/2001    To: 09/30/2002    at 12:01 AM Standard Time at your mailing address shown above.

FORM OF BUSINESS:  CORPORATION

BUSINESS DESCRIPTION:  REAL ESTATE SALES AND PROPERTY OWNER AND MGMT

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

|  | PREMIUM |
|---|---|
| Commercial General Liability Coverage Part | INCLUDED |
| Total Premium for all Liability Coverage Parts | $    60,083.00 |
| Total Policy Premium | $    60,083.00 |

### FORMS AND ENDORSEMENTS

**Forms and Endorsements made a part of this policy at time of issue:**
Applicable Forms and Endorsements are omitted if shown in specific Coverage Part/Coverage Form Declarations

| Form Number | Description |
|---|---|
| 17-22 | - 0799  LEAD EXCLUSION |
| IL0003 | - 0498  CALCULATION OF PREMIUM |
| IL0017 | - 1198  COMMON POLICY CONDITIONS |
| IL0021 | - 0498  NUCLEAR ENERGY LIABILITY EXCLUSION (BROAD FORM) |

**17-57 (06/94)**

NEW BUSINESS

**MONTGOMERY**
INSURANCE COMPANIES
Member of Liberty Mutual Group

Forming a part of

| | |
|---|---|
| **Policy Number: GL  9537911** | |

**Coverage Is Provided In  MONTGOMERY MUTUAL INSURANCE COMPANY**

| Named Insured:<br>  W C & A N MILLER DEVELOPMENT<br>  COMPANY | Agent:<br>  EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472      Agent Phone: (301)-948-5822 |
|---|---|

**TOTAL ADVANCE PREMIUM FOR ALL LIABILITY COVERAGE PARTS**              $      60,083.00

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage To Premises Rented To You Limit | $    100,000 | Any One Premises |
| Medical Expense Limit | $      5,000 | Any One Person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any One Person or Organization |
| General Aggregate Limit (Other Than Products-Completed Operations) | $ 2,000,000 | |
| Products-Completed Operations Aggregate Limit | $ 2,000,000 | |

**LOCATION OF PREMISES**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 003 | 4701 SANGAMORE RD<br>MONTGOMERY<br>BETHESDA MD   20813 |
| 004 | 4820 MASSACHUSETTS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20001 |
| 005 | 4860 MASSACHUSETTS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20001 |
| 006 | 4900 MASSACHUSETTS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20001 |
| 007 | 4325-29 49TH ST NW &<br>4872-74 MASS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20001 |

22-19 (07/99)

OTHER COPY

09/30/2001   GL   9537911        NMCOXDBC810            PGDM060D J08251      AGENTM    00002987  Page      5

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**LOCATION OF PREMISES**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 008 | 4301 49TH ST NW<br>4300 FORDHAM ST<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20001 |
| 009 | 4507-25 SANGAMORE RD<br>MONTGOMERY<br>BETHESDA MD   20813 |
| 010 | 4910 MASSACHUSETTS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20001 |
| 011 | 4866 MASSACHUSETTS AVE NW<br>WASHINGTON DC   20001 |
| 012 | 5518 CONNECTICUT AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20002 |
| 013 | 4301 50TH ST NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20003 |
| 014 | 15301 BERRYVILLE RD<br>MONTGOMERY<br>GERMANTOWN MD   20874 |
| 015 | 1419 ADDISON RD<br>PRINCE GEORGE'S<br>CAPITOL HEIGHTS MD   20731 |
| 016 | 4800-30 MASSACHUSETTS AVE<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20001 |
| 017 | 12113 DARNESTOWN RD<br>MONTGOMERY<br>GAITHERSBURG MD   20877 |
| 018 | 10200 RIVER RD<br>MONTGOMERY<br>POTOMAC MD   20854 |

22-19 (07/99)

OTHER COPY

NEW BUSINESS

Forming a part of

| Policy Number: GL 9537911 | |
|---|---|
| Coverage Is Provided In MONTGOMERY MUTUAL INSURANCE COMPANY | |
| Named Insured:<br>**W C & A N MILLER DEVELOPMENT COMPANY** | Agent:<br>**EARLY CASSIDY & SCHILLING INC**<br><br>Agent Code: 5290472     Agent Phone: (301)-948-5822 |

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**LOCATION OF PREMISES**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 019 | 7726 GREENTREE RD<br>MONTGOMERY<br>BETHESDA MD  20813 |
| 020 | 6306 33RD ST<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20005 |
| 023 | 7309 BURDETTE COURT<br>MONTGOMERY<br>BETHESDA MD  20813 |
| 024 | 8501 BURDETTE RD<br>MONTGOMERY<br>BETHESDA MD  20813 |
| 025 | 4219 EAST WEST HWY<br>MONTGOMERY<br>BETHESDA MD  20813 |
| 026 | 4916 MONTGOMERY LN<br>MONTGOMERY<br>BETHESDA MD  20813 |
| 027 | 4918 MONTGOMERY LN<br>MONTGOMERY<br>BETHESDA MD  20813 |
| 028 | 8605 BURNING TREE RD<br>MONTGOMERY<br>BETHESDA MD  20813 |

**22-19 (07/99)**

AGENT COPY

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**LOCATION OF PREMISES**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 029 | 8609 BURNING TREE RD<br>MONTGOMERY<br>BETHESDA MD   20813 |
| 030 | 8611 BURNING TREE RD<br>MONTGOMERY<br>BETHESDA MD   20813 |
| 031 | PARCEL 293 BURNING TREE RD<br>MONTGOMERY<br>BETHESDA MD   20813 |
| 032 | VARIOUS LOCATIONS IN<br>FAIRFAX<br>FAIRFAX VA   20151 |
| 035 | SPRING VALLEY WASHINGTON HOME<br>MASS AVE<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20001 |
| 037 | 4872-74 MASSACHUSETTS AVE<br>4325-29 49TH ST<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20001 |
| 038 | VARIOUS LOCATIONS IN<br>MONTGOMERY<br>BETHESDA MD   20813 |
| 039 | VARIOUS LOCATIONS IN<br>WASHINGTON DC   20016 |
| 040 | VARIOUS LOCATIONS IN<br>MONTGOMERY<br>BETHESDA MD   20813 |

---

**PREMIUM**

| Class<br>Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| | | | Rates | | Advance Premium | |
| | Premium<br>Base | Territory<br>Code | Prods/<br>Comp Ops | All<br>Other | Prods/<br>Comp Ops | All<br>Other |

**DC**

**LOCATION 004**

22-19 (07/99)

AGENT COPY

09/30/2001  GL   9537911          NMCOXDBC610                    PGDM060D J08251        AGENTM    00002864  Page      6

**NEW BUSINESS**

Forming a part of

| | |
|---|---|
| Policy Number: GL  9537911 | |
| Coverage Is Provided In  MONTGOMERY MUTUAL INSURANCE COMPANY | |
| Named Insured:<br>   W C & A N MILLER DEVELOPMENT<br>   COMPANY | Agent:<br>   EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472      Agent Phone: (301)-948-5822 |

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class<br>Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| | | | Rates | | Advance Premium | |
| | Premium<br>Base | Territory<br>Code | Prods/<br>Comp Ops | All<br>Other | Prods/<br>Comp Ops | All<br>Other |
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR<br>MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK<br>ONLY)-OTHER THAN NOT-FOR-PROFIT<br>INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 42,100 | 001 | INCL | $    29.970 | INCL | $    1,262 |
| | AREA<br>PER 1000<br>SQ FT | | | | | |

**LOCATION 005**

| Class<br>Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR<br>MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK<br>ONLY)-OTHER THAN NOT-FOR-PROFIT<br>INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 3,900 | 001 | INCL | $    29.970 | INCL | $    117 |
| | AREA<br>PER 1000<br>SQ FT | | | | | |

**LOCATION 006**

22-19 (07/99)

AGENT COPY

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

## PREMIUM

| Class Code | Classification Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Rates | | | Advance Premium | |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other | |

61217  BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR
       MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK
       ONLY)-OTHER THAN NOT-FOR-PROFIT
       INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

| | 36,800 | 001 | INCL | $ 29.970 | INCL | $ 1,103 |
|---|---|---|---|---|---|---|

AREA
PER 1000
SQ FT

## LOCATION 007

61217  BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR
       MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK
       ONLY)-OTHER THAN NOT-FOR-PROFIT
       INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

| | 7,680 | 001 | INCL | $ 29.970 | INCL | $ 230 |
|---|---|---|---|---|---|---|

AREA
PER 1000
SQ FT

## LOCATION 008

61217  BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR
       MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK
       ONLY)-OTHER THAN NOT-FOR-PROFIT
       INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

| | 12,700 | 001 | INCL | $ 29.970 | INCL | $ 381 |
|---|---|---|---|---|---|---|

AREA
PER 1000
SQ FT

## LOCATION 010

22-19 (07/99)

AGENT COPY

**NEW BUSINESS**

Forming a part of

| | |
|---|---|
| Policy Number: GL  9537911 | |
| Coverage is Provided In  MONTGOMERY MUTUAL INSURANCE COMPANY | |
| Named Insured:<br>   W C & A N MILLER DEVELOPMENT<br>   COMPANY | Agent:<br>   EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472          Agent Phone: (301)-948-5822 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| | | | Rates | | Advance Premium | |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 83,834 | 001 | INCL | $    29.970 | INCL | $    2,513 |
| | AREA PER 1000 SQ FT | | | | | |

**LOCATION 011**

| Class Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 8,291 | 001 | INCL | $    29.970 | INCL | $    248 |
| | AREA PER 1000 SQ FT | | | | | |

**LOCATION 013**

22-19 (07/99)

AGENT COPY

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

## PREMIUM

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 20,000 | 001 | INCL | $  29.970 | | INCL | $  599 |
| | AREA PER 1000 SQ FT | | | | | | |

### LOCATION 016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 46607 | PARKING-PUBLIC-SHOPPING CENTERS-MAINTAINED BY THE INSURED (LESSOR'S RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 20,940 | 001 | INCL | $  12.899 | | INCL | $  270 |
| | AREA PER 1000 SQ FT | | | | | | |

### LOCATION 020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 49451 | VACANT LAND-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 1 | 001 | INCL | $  1.445 | | INCL | $  1 |
| | EACH ACRE | | | | | | |

### LOCATION 035

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 68500 | TOWNHOUSES OR SIMILAR ASSOCIATION (ASSOCIATION RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 91 | 001 | INCL | $  16.014 | | INCL | $  1,457 |
| | EACH UNIT | | | | | | |

**NEW BUSINESS**

Forming a part of

| | |
|---|---|
| **Policy Number: GL  9537911** | |
| **Coverage is Provided in  MONTGOMERY MUTUAL INSURANCE COMPANY** | |
| **Named Insured:**<br>W C & A N MILLER DEVELOPMENT<br>COMPANY | **Agent:**<br>EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5822 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 91340 | CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING THREE STORIES IN HEIGHT | | | | | |
| | 783,699 | 001 | $ 6.362 | $ 18.874 | $ 4,986 | $ 14,792 |
| | PAYROLL PER $1000 | | | | | |
| 91342 | CARPENTRY | | | | | |
| | IF ANY | 001 | $ 4.863 | $ 26.653 | | |
| | PAYROLL PER $1000 | | | | | |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-INTENDANTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 65,614 | 001 | INCL | $ 49.326 | INCL | $ 3,236 |
| | PAYROLL PER $1000 | | | | | |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO FAMILY DWELLINGS | | | | | |
| | 1,439,410 | 001 | $ 2.000 | $ 0.780 | $ 2,879 | $ 1,123 |
| | TOTAL COST PER $1000 | | | | | |

22-19 (07/99)

AGENT COPY

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)**

## PREMIUM

| Class Code | Classification Description | | Rates | | | Advance Premium | | |
|---|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other | |

| Class Code | Classification Description | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
|---|---|---|---|---|---|---|---|
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OR EQUIPMENT OR MATERIAL INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF ANY | | 001 | INCL | $ 13.007 | INCL | |
| | PAYROLL PER $1000 | | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | | |
| | | 42,353 | 001 | $ 2.597 | $ 14.885 | $ 110 | $ 630 |
| | PAYROLL PER $1000 | | | | | | |
| 94007 | EXCAVATION | | | | | | |
| | IF ANY | | 001 | $ 4.663 | $ 37.913 | | |
| | PAYROLL PER $1000 | | | | | | |
| 97047 | LANDSCAPE GARDENING INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF ANY | | 001 | INCL | $ 14.899 | INCL | |
| | PAYROLL PER $1000 | | | | | | |
| 97447 | MASONRY | | | | | | |
| | IF ANY | | 001 | $ 2.812 | $ 16.598 | | |
| | PAYROLL PER $1000 | | | | | | |
| 98304 | PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES OR LESS IN HEIGHT | | | | | | |
| | | 296,415 | 001 | $ 2.188 | $ 21.340 | $ 649 | $ 6,325 |
| | PAYROLL PER $1000 | | | | | | |

**LOCATION 036**

22-19 (07/99)

AGENT COPY

**NEW BUSINESS**

Forming a part of

| Policy Number: GL 9537911 |
| --- |
| Coverage is Provided in MONTGOMERY MUTUAL INSURANCE COMPANY |

| Named Insured:<br>W C & A N MILLER DEVELOPMENT COMPANY | Agent:<br>EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5822 |
| --- | --- |

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 46362 | MODEL HOMES | | | | | | |
| | INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 1 | 001 | INCL | $ | 162.432 | INCL | $ 162 |
| | EACH HOME | | | | | | |
| 47050 | REAL ESTATE AGENTS | | | | | | |
| | INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 91,478 | 001 | INCL | $ | 5.163 | INCL | $ 472 |
| | PAYROLL PER $1000 | | | | | | |

**LOCATION 039**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 47051 | REAL ESTATE DEVELOPMENT PROPERTY | | | | | | |
| | INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 12 | 001 | INCL | $ | 17.190 | INCL | $ 206 |
| | EACH ACRE | | | | | | |
| 47052 | REAL ESTATE PROPERTY MANAGED | | | | | | |
| | INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF ANY | 001 | INCL | $ | 5.778 | INCL | |
| | GROSS SALES PER $1000 | | | | | | |

22-19 (07/99)

AGENT COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

### PREMIUM

| Class Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Rates Prods/ Comp Ops | All Other | Advance Premium Prods/ Comp Ops | All Other |

**MD**

**LOCATION** 003

**46607**   PARKING-PUBLIC-SHOPPING CENTERS-MAINTAINED BY THE INSURED
(LESSOR'S RISK ONLY)
INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

| | | | | | | |
|---|---|---|---|---|---|---|
| 212,000 | 002 | INCL | $ 9.563 | INCL | $ | 2,027 |

AREA
PER 1000
SQ FT

**67635**   SHOPPING CENTERS - BUILDING OR PREMISES NOT OCCUPIED BY THE
INSURED (LESSORS RISK ONLY)
INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

| | | | | | | |
|---|---|---|---|---|---|---|
| 101,464 | 002 | INCL | $ 32.951 | INCL | $ | 3,343 |

AREA
PER 1000
SQ FT

**LOCATION** 014

**63010**   DWELLINGS-ONE FAMILY (LESSORS RISK ONLY)
INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 001 | INCL | $ 60.685 | INCL | $ | 61 |

EACH
DWELLING

**LOCATION** 015

**61217**   BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR
MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK
ONLY)-OTHER THAN NOT-FOR-PROFIT
INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

| | | | | | | |
|---|---|---|---|---|---|---|
| 1,000 | 001 | INCL | $ 16.749 | INCL | $ | 17 |

AREA
PER 1000
SQ FT

22-19 (07/99)

AGENT COPY

**NEW BUSINESS**

Forming a part of

| Policy Number: GL 9537911 |
|---|

| Coverage Is Provided In MONTGOMERY MUTUAL INSURANCE COMPANY |
|---|

| Named Insured: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT COMPANY | EARLY CASSIDY & SCHILLING INC |
| | Agent Code: 5290472    Agent Phone: (301)-948-5822 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |

**LOCATION 019**

49451    VACANT LAND-OTHER THAN NOT-FOR-PROFIT
INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

| | 1 | 002 | INCL | $ | 0.951 | INCL | $ | 1 |
|---|---|---|---|---|---|---|---|---|

EACH
ACRE

**LOCATION 023**

49451    VACANT LAND-OTHER THAN NOT-FOR-PROFIT
INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

| | 1 | 002 | INCL | $ | 0.951 | INCL | $ | 1 |
|---|---|---|---|---|---|---|---|---|

EACH
ACRE

**LOCATION 024**

49451    VACANT LAND-OTHER THAN NOT-FOR-PROFIT
INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

| | 1 | 002 | INCL | $ | 0.951 | INCL | $ | 1 |
|---|---|---|---|---|---|---|---|---|

EACH
ACRE

**LOCATION 025**

22-19 (07/99)

AGENT COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **Rates** | | | **Advance Premium** | |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 63010 | DWELLINGS-ONE FAMILY (LESSORS RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 1 | 001 | INCL | $ | 60.685 | INCL | $ 61 |
| | EACH DWELLING | | | | | | |

**LOCATION 026**

| Class Code | Classification Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 63010 | DWELLINGS-ONE FAMILY (LESSORS RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 1 | 001 | INCL | $ | 60.685 | INCL | $ 61 |
| | EACH DWELLING | | | | | | |

**LOCATION 027**

| Class Code | Classification Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 63010 | DWELLINGS-ONE FAMILY (LESSORS RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 1 | 001 | INCL | $ | 60.685 | INCL | $ 61 |
| | EACH DWELLING | | | | | | |

**LOCATION 028**

| Class Code | Classification Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 49451 | VACANT LAND-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 1 | 002 | INCL | $ | 0.951 | INCL | $ 1 |
| | EACH ACRE | | | | | | |

**LOCATION 029**

| Class Code | Classification Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 49451 | VACANT LAND-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 1 | 002 | INCL | $ | 0.951 | INCL | $ 1 |
| | EACH ACRE | | | | | | |

22-19 (07/99)

**AGENT COPY**

**NEW BUSINESS**

**Forming a part of**

| | |
|---|---|
| Policy Number: GL  9537911 | |
| Coverage is Provided in  MONTGOMERY MUTUAL INSURANCE COMPANY | |
| Named Insured:<br>  W C & A N MILLER DEVELOPMENT<br>  COMPANY | Agent:<br>  EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472          Agent Phone: (301)-948-5822 |

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class<br>Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| | | | **Rates** | | **Advance Premium** | |
| | Premium<br>Base | Territory<br>Code | Prods/<br>Comp Ops | All<br>Other | Prods/<br>Comp Ops | All<br>Other |
| **LOCATION 030** | | | | | | |
| 63010 | DWELLINGS-ONE FAMILY (LESSORS RISK ONLY)<br>INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 1 | 001 | INCL | $      60.685 | INCL | $      61 |
| | EACH<br>DWELLING | | | | | |
| **LOCATION 031** | | | | | | |
| 49451 | VACANT LAND-OTHER THAN NOT-FOR-PROFIT<br>INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 1 | 002 | INCL | $      0.951 | INCL | $      1 |
| | EACH<br>ACRE | | | | | |
| **LOCATION 038** | | | | | | |
| 47051 | REAL ESTATE DEVELOPMENT PROPERTY<br>INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 159 | 001 | INCL | $      11.326 | INCL | $      1,801 |
| | EACH<br>ACRE | | | | | |

22-19 (07/99)

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 47052 | REAL ESTATE PROPERTY MANAGED INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 52,076 | 001 | INCL | $ 3.807 | INCL | $ | 198 |
| | GROSS SALES PER $1000 | | | | | | |
| 91340 | CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING THREE STORIES IN HEIGHT | | | | | | |
| | 191,541 | 001 | $ 7.310 | $ 7.654 | $ 1,400 | $ | 1,466 |
| | PAYROLL PER $1000 | | | | | | |
| 91342 | CARPENTRY | | | | | | |
| | IF ANY | 001 | $ 5.593 | $ 11.015 | | | |
| | PAYROLL PER $1000 | | | | | | |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-INTENDANTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF ANY | 001 | INCL | $ 22.548 | INCL | | |
| | PAYROLL PER $1000 | | | | | | |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO FAMILY DWELLINGS | | | | | | |
| | 50,252 | 001 | $ 1.240 | $ 0.514 | $ 62 | $ | 26 |
| | TOTAL COST PER $1000 | | | | | | |

**NEW BUSINESS**

Forming a part of

| | |
|---|---|
| Policy Number: GL 9537911 | |
| Coverage Is Provided In MONTGOMERY MUTUAL INSURANCE COMPANY | |
| Named Insured:<br>W C & A N MILLER DEVELOPMENT COMPANY | Agent:<br>EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5822 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| | | | Rates | | Advance Premium | |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OR EQUIPMENT OR MATERIAL<br>INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF ANY | 001 | INCL | $ 7.633 | INCL | |
| | PAYROLL<br>PER $1000 | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | |
| | IF ANY | 001 | $ 2.985 | $ 9.379 | | |
| | PAYROLL<br>PER $1000 | | | | | |
| 94007 | EXCAVATION | | | | | |
| | IF ANY | 001 | $ 5.366 | $ 21.974 | | |
| | PAYROLL<br>PER $1000 | | | | | |
| 97047 | LANDSCAPE GARDENING<br>INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF ANY | 001 | INCL | $ 6.459 | INCL | |
| | PAYROLL<br>PER $1000 | | | | | |

22-19 (07/99)

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | Territory Code | Rates | | | Advance Premium | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Premium Base | | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other | |
| 97447 | MASONRY | | | | | | | |
| | IF ANY | 001 | $ 3.221 | $ | 7.556 | | | |
| | PAYROLL PER $1000 | | | | | | | |
| 98304 | PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES OR LESS IN HEIGHT | | | | | | | |
| | IF ANY | 001 | $ 2.525 | $ | 12.327 | | | |
| | PAYROLL PER $1000 | | | | | | | |

**LOCATION 040**

| Class Code | Classification Description | Territory Code | Rates | | | Advance Premium | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 47050 | REAL ESTATE AGENTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | | |
| | 2,113,388 | 001 | INCL | $ | 2.348 | INCL | $ | 4,962 |
| | PAYROLL PER $1000 | | | | | | | |

**VA**

**LOCATION 032**

| Class Code | Classification Description | Territory Code | Rates | | | Advance Premium | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 47050 | REAL ESTATE AGENTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | | |
| | IF ANY | 001 | INCL | $ | 1.500 | INCL | | |
| | PAYROLL PER $1000 | | | | | | | |
| 47052 | REAL ESTATE PROPERTY MANAGED INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | | |
| | IF ANY | 001 | INCL | $ | 1.376 | INCL | | |
| | GROSS SALES PER $1000 | | | | | | | |

NEW BUSINESS

Forming a part of

| Policy Number: GL 9537911 | |
|---|---|
| Coverage is Provided in MONTGOMERY MUTUAL INSURANCE COMPANY | |
| Named Insured:<br>W C & A N MILLER DEVELOPMENT<br>COMPANY | Agent:<br>EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5822 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| | | | Rates | | Advance Premium | |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 49451 | VACANT LAND-OTHER THAN NOT-FOR-PROFIT<br>INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 360 | 001 | INCL | $ 1.996 | INCL | $ 719 |
| | EACH<br>ACRE | | | | | |
| 91340 | CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING<br>THREE STORIES IN HEIGHT | | | | | |
| | IF ANY | 001 | $ 6.531 | $ 6.731 | | |
| | PAYROLL<br>PER $1000 | | | | | |
| 91342 | CARPENTRY | | | | | |
| | IF ANY | 001 | $ 4.996 | $ 9.402 | | |
| | PAYROLL<br>PER $1000 | | | | | |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-<br>INTENDANTS<br>INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF ANY | 001 | INCL | $ 14.960 | INCL | |
| | PAYROLL<br>PER $1000 | | | | | |

22-19 (07/99)

AGENT COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO FAMILY DWELLINGS | | | | | | |
| | IF ANY | 001 | $ 2.576 | $ 0.372 | | | |
| | TOTAL COST PER $1000 | | | | | | |
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OF EQUIPMENT OR MATERIAL INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF ANY | 001 | INCL | $ 6.190 | INCL | | |
| | PAYROLL PER $1000 | | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | | |
| | IF ANY | 001 | $ 2.666 | $ 5.945 | | | |
| | PAYROLL PER $1000 | | | | | | |
| 94007 | EXCAVATION | | | | | | |
| | IF ANY | 001 | $ 4.793 | $ 17.756 | | | |
| | PAYROLL PER $1000 | | | | | | |
| 97047 | LANDSCAPE GARDENING INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF ANY | 001 | INCL | $ 6.818 | INCL | | |
| | PAYROLL PER $1000 | | | | | | |
| 97447 | MASONRY | | | | | | |
| | IF ANY | 001 | $ 2.879 | $ 3.495 | | | |
| | PAYROLL PER $1000 | | | | | | |

22-19 (07/99)

**AGENT COPY**

NEW BUSINESS

Forming a part of

| Policy Number: GL 9537911 |
|---|
| Coverage Is Provided In MONTGOMERY MUTUAL INSURANCE COMPANY |

| Named Insured: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT COMPANY | EARLY CASSIDY & SCHILLING INC |
| | Agent Code: 5290472     Agent Phone: (301)-948-5822 |

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

PREMIUM

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 98304 | PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES OR LESS IN HEIGHT | | | | | |
| | IF ANY | 001 | $ 2.256 | $ | 9.015 | |
| | PAYROLL PER $1000 | | | | | |

| Audit Period: ANNUAL | Total Advance Premium | INCLUDED |
|---|---|---|

FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy:

| Form Number | Description |
|---|---|
| 17-22 | - 0799 LEAD EXCLUSION |
| 17-98 | - 0799 ASBESTOS EXCLUSION |
| 22-44 | - 0496 AMENDATORY ENDORSEMENT |
| 22-45 | - 0799 COMMERCIAL GENERAL LIABILITY EXTENSION ENDORSEMENT |
| CG0001 | - 0798 COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0057 | - 0999 AMENDMENT OF INSURING AGREEMENT-KNOWN INJURY/DAMAGE |
| CG0201 | - 1100 MARYLAND CHANGES |
| CG2017 | - 1093 ADDITIONAL INSURED-TOWNHOUSE ASSOCIATIONS |
| CG2026 | - 1185 ADDL INS-DESIGNATED PERSON OR ORGANIZATION |
| CG2147 | - 0798 EMPLOYMENT RELATED PRACTICES EXCLUSION |
| CG2270 | - 1185 REAL ESTATE PROPERTY MANAGED |
| CG2503 | - 0397 DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGG LIMIT |
| 22-19 (07/99) | |

AGENT COPY

09/30/2001  GL  9537911          NMCOXDBC640          PGDM060D J08251      AGENTM   00002881  Page   23

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)**

## FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy:

| Form Number | Description |
|---|---|
| CG2504 | - 0397  DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT |
| CL175 | - 0286  QUICK REFERENCE COMML GENERAL LIABILITY COVERAGE PART |

Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc.  1982,1983, 1984, 1985.

**Date Issued:  10/16/2001**

**22-19 (07/99)**

**AGENT COPY**

NEW BUSINESS

**MONTGOMERY**
INSURANCE COMPANIES
Member of Liberty Mutual Group

Forming a part of

| | |
|---|---|
| **Policy Number: GL  9537911** | |
| **Coverage Is Provided In  MONTGOMERY MUTUAL INSURANCE COMPANY** | |
| **Named Insured:**<br>  **W C & A N MILLER DEVELOPMENT**<br>  **COMPANY** | **Agent:**<br>  **EARLY CASSIDY & SCHILLING INC**<br><br>**Agent Code: 5290472      Agent Phone: (301)-948-5822** |

## LIABILITY COVERAGE PART DECLARATIONS EXTENSION

**ADDITIONAL INSURED-DESIGNATED PERSON OR
ORGANIZATION - CG 2026
ADDITIONAL INSURED(S) FOR:
  SEE LIABILITY SCHEDULE**

### SCHEDULE

NAME OF PERSON OR ORGANIZATION:
  DARNESTOWN VALLEY - WHM LIMITED PARTNERSHIP
  12116 DARNESTOWN RD
  GAITHERSBURG, MD 20878

Date Issued:  10/16/2001

17-59GL (06/94)

**AGENT COPY**

09/30/2001  GL  9537911        NMCOXDBC610              PGDM060D J08251      AGENTM   00002883  Page   25

COMMERCIAL GENERAL LIABILITY
CG 00 01 07 98

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

    **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

    **(2)** The "bodily injury" or "property damage" occurs during the policy period.

  **c.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

  This insurance does not apply to:

  **a. Expected Or Intended Injury**

    "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

  **b. Contractual Liability**

    "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

    **(1)** That the insured would have in the absence of the contract or agreement; or

    **(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

      **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

### f. Pollution

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. Aircraft, Auto Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance ; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

a. "Personal and advertising injury":

(1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

(2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(4) Arising out of a criminal act committed by or at the direction of any insured;

(5) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

(6) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

(7) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

(8) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

(9) Committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section; or

(10) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

b. Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

    (a) Obtain records and other information related to the "suit"; and

    (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

    (1) "Bodily injury" or "personal and advertising injury":

        (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

        (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (1)(a) above;

        (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

        (d) Arising out of his or her providing or failing to provide professional health care services.

    (2) "Property damage" to property:

        (a) Owned, occupied or used by,

        (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

    you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

    (1) With respect to liability arising out of the maintenance or use of that property; and

    (2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

### 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

  **(1)** How, when and where the "occurrence" or offense took place;

  **(2)** The names and addresses of any injured persons and witnesses; and

  **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

  **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

  **(2)** Notify us as soon as practicable.

  You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

  **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

  **(2)** Authorize us to obtain records and other information;

  **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

  **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

### 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

  **(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

    **(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

    **(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

    **(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

    **(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage A – Bodily Injury And Property Damage Liability.

  **(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. Premium Audit

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. Representations

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. Separation Of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. Transfer Of Rights Of Recovery Against Others To Us

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. When We Do Not Renew

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

SECTION V – DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

c. All parts of the world if:

(1) The injury or damage arises out of:

(a) Goods or products made or sold by you in the territory described in **a.** above; or

(b) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; or

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

   (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

   (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

   (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

  a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

  a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

  b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Your product" means:

  a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   (1) You;

   (2) Others trading under your name; or

   (3) A person or organization whose business or assets you have acquired; and

  b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

  a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

  b. The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

21. "Your work" means:

  a. Work or operations performed by you or on your behalf; and

  b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

  a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

  b. The providing of or failure to provide warnings or instructions.

COMMERCIAL GENERAL LIABILITY
CG 00 57 09 99

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURING AGREEMENT – KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph 1. Insuring Agreement of Section I – Coverage A – Bodily Injury And Property Damage Liability is replaced by the following:

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

CG 00 57 09 99          Copyright, Insurance Services Office, Inc., 1998          Page 1 of 1     ▫

COMMERCIAL GENERAL LIABILITY
CG 02 01 11 00

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MARYLAND CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2.** We may cancel this Coverage Part by mailing to the first Named Insured written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

**b.** 45 days before the effective date of cancellation if we cancel for any other reason.

**B.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be calculated as follows:

**a. Policies Written For One Year Or Less**

We will refund 90% of the pro rata unearned premium.

**b. Policies Written For More Than One Year**

**(1)** If the policy is cancelled in the first year, we will refund 90% of the pro rata unearned premium for the first year, plus the full annual premium for subsequent years.

**(2)** If the policy is cancelled after the first year, we will refund the pro rata unearned premium.

**c. Continuous And Annual Premium Payment Policies**

We will refund 90% of the pro rata unearned premium for the year in which the policy is cancelled.

We will retain the minimum premium, except if the policy is cancelled as of the inception date.

However, if this policy is financed by a premium finance company and we or the premium finance company or the first Named Insured cancels the policy, the refund will be pro rata excluding any expense constant, administrative fee or nonrefundable charge filed with and approved by the insurance commissioner.

The cancellation will be effective even if we have not made or offered a refund.

**C.** Paragraph **6.** of the **Cancellation** Common Policy Condition is replaced by the following:

A certificate of mailing will be proof of mailing and sufficient proof of notice.

**D.** The following condition is added and supersedes any provisions to the contrary:

**WHEN WE DO NOT RENEW**

If we decide not to renew this Coverage Part, we will mail to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 45 days before the expiration date. Even if we do not comply with these terms, this Coverage Part will terminate:

1. On the expiration date, if:

**a.** You fail to perform any of your obligations in connection with the payment of premium for the Coverage Part or the renewal of the Coverage Part, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit;

**b.** We have indicated our willingness to renew this Coverage Part to you or your representative;

**c.** You have notified us or our agent that you do not want to renew this Coverage Part; or

2. On the effective date of any other insurance policy issued as a replacement for any insurance afforded by this Coverage Part, with respect to insurance to which both policies apply.

A certificate of mailing will be proof of mailing and sufficient proof of notice.

CG 02 01 11 00

Copyright, Insurance Services Office, Inc., 2000

Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

  (a) Refusal to employ that person;

  (b) Termination of that person's employment; or

  (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

  (a) Refusal to employ that person;

  (b) Termination of that person's employment; or

  (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1997

**COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "property damage" to property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

With respect to your liability arising out of your management of property for which you are acting as real estate manager this insurance is excess over any other valid and collectible insurance available to you.

# QUICK REFERENCE
## COMMERCIAL GENERAL LIABILITY COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Commercial General Liability Coverage Part in your policy consists of Declarations, a Coverage Form (either CG 00 01 or CG 00 02), Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up the Coverage Part, listed in sequential order, except for the provisions in the Declarations which may not be in the sequence shown.

**DECLARATIONS**
    Named Insured and Mailing Address
    Policy Period
    Description of Business and Location of Premises
    Limits of Insurance
    Forms and Endorsements applying to the Coverage Part at time of issue

**COVERAGE FORM (CG 00 01 or CG 00 02)**
    SECTION I—COVERAGES
        Coverage A—Bodily Injury and Property Damage Liability
            Insuring Agreement
            Exclusions
        Coverage B—Personal and Advertising Injury Liability
            Insuring Agreement
            Exclusions
        Coverage C—Medical Payments
            Insuring Agreement
            Exclusions
        Supplementary Payments
    SECTION II—WHO IS AN INSURED
    SECTION III—LIMITS OF INSURANCE
    SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS
        Bankruptcy
        Duties in the Event of Occurrence, Claim or Suit
        Legal Action Against Us
        Other Insurance
        Premium Audit
        Representations
        Separation of Insureds
        Transfer of Rights of Recovery Against Others to Us
        When We Do Not Renew (applicable to CG 00 02 only)
        Your Right to Claim and "Occurrence" Information (applicable to CG 00 02 only)
    SECTION V—EXTENDED REPORTING PERIODS (applicable to CG 00 02 only)
    SECTION VI—DEFINITIONS (SECTION V in CG 00 01)

**COMMON POLICY CONDITIONS (IL 00 17)**
    Cancellation
    Changes
    Examination of Your Books and Records
    Inspections and Surveys
    Premiums
    Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS (If Any)**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1984, 1986.

# EXHIBIT
# B



| Policy Number: GL  9537911 | Prior Policy:    9537911 |
|---|---|
| Policy Period:  09/30/2002    To:  09/30/2003    12:01 am Standard Time at the Mailing Address of the Named Insured | |
| Coverage is Provided in   PEERLESS INSURANCE COMPANY | |
| Billing Type: AGENCY BILL    -    QUARTERLY | |

| Named Insured and Mailing Address: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT CO WASHINGTON SECURITIES LTD 4315 50TH STREET NW WASHINGTON DC  20016 | EARLY CASSIDY & SCHILLING INC 1375 PICCARD DRIVE #375 ROCKVILLE MD  20850-4311 |
| | Agent Code: 5290472    Agent Phone: (301)-948-5800 |

Reason for Amendment: RENEWAL

Transaction Effective Date: 09/30/2002

Premium for this Transaction:  $    68,660.00

## STATEMENT OF ACCOUNT

| Acct Date | Premium | Surcharge/ Assessment | Total Due |
|---|---|---|---|
| 09/2002 | $    20,598.00 | $    0.00 | $    20,598.00 |
| 12/2002 | $    16,020.68 | $    0.00 | $    16,020.68 |
| 03/2003 | $    16,020.68 | $    0.00 | $    16,020.68 |
| 06/2003 | $    16,020.64 | $    0.00 | $    16,020.64 |
| | | Total Premium Charged: $ | 68,660.00 |

Date Issued: 09/30/2002

17-81 (04/97)

INSURED COPY

PGDM060D J01204  AGENTM    00016317  Page 1

09/30/2002        9537911

**Montgomery Insurance™**
Member of Liberty Mutual Group

RENEWAL

EFFECTIVE DATE: 09/30/2002

| | |
|---|---|
| Policy Number: GL 9537911 | Prior Policy: 9537911 |
| Billing Type: AGENCY BILL | |
| Coverage is Provided in PEERLESS INSURANCE COMPANY | |

| Named Insured and Mailing Address: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>4315 50TH STREET NW<br>WASHINGTON DC 20016<br><br>REFER TO NAMED INSURED SCHEDULE | EARLY CASSIDY & SCHILLING INC<br>1375 PICCARD DRIVE #375<br>ROCKVILLE MD 20850-4311<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5800 |

## COMMON POLICY DECLARATIONS

In return for the payment of premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

POLICY PERIOD: From : 09/30/2002   To: 09/30/2003   at 12:01 AM Standard Time at your mailing address shown above.

FORM OF BUSINESS: CORPORATION

BUSINESS DESCRIPTION: REAL ESTATE SALES AND PROPERTY OWNER AND MGMT

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

|  | PREMIUM |
|---|---|
| Commercial General Liability Coverage Part | INCLUDED |
| Total Premium for all Liability Coverage Parts | $ 68,660.00 |
| Total Policy Premium | $ 68,660.00 |

## FORMS AND ENDORSEMENTS

Forms and Endorsements made a part of this policy at time of issue:
Applicable Forms and Endorsements are omitted if shown in specific Coverage Part/Coverage Form Declarations

| Form Number | | Description |
|---|---|---|
| IL0138 | - 0199 | VIRGINIA CHANGES - CANCELLATION |
| 17-58 | - 0694 | NAMED INSURED SCHEDULE |
| IL0278 | - 0498 | DC CHANGES - CANCELLATION AND NONRENEWAL |
| IL0021 | - 0498 | NUCLEAR ENERGY LIABILITY EXCLUSION (BROAD FORM) |
| IL0017 | - 1198 | COMMON POLICY CONDITIONS |
| IL0003 | - 0498 | CALCULATION OF PREMIUM |

17-57 (06/94)

OTHER COPY

09/30/2002   GL  9537911        NMCOXDB6110        PGDM060D J01204      AGENTM    00018320  Page    3

**Montgomery Insurance** ™
Member of Liberty Mutual Group

**RENEWAL**

**Forming a part of**

Policy Number: GL 9537911

Coverage is Provided In  PEERLESS INSURANCE COMPANY

| Named Insured: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT CO WASHINGTON SECURITIES LTD REFER TO NAMED INSURED SCHEDULE | EARLY CASSIDY & SCHILLING INC |
| | Agent Code: 5290472    Agent Phone: (301)-948-5800 |

**TOTAL ADVANCE PREMIUM FOR ALL LIABILITY COVERAGE PARTS**    $    68,660.00

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage To Premises Rented To You Limit | $ 100,000 | Any One Premises |
| Medical Expense Limit | $ 5,000 | Any One Person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any One Person or Organization |
| General Aggregate Limit (Other Than Products-Completed Operations) | $ 2,000,000 | |
| Products-Completed Operations Aggregate Limit | $ 2,000,000 | |

### LOCATION OF PREMISES

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 003 | 4701 SANGAMORE RD MONTGOMERY BETHESDA MD 20813 |
| 004 | 4820 MASSACHUSETTS AVE NW DISTRICT OF COLUMBIA WASHINGTON DC 20001 |
| 005 | 4860 MASSACHUSETTS AVE NW DISTRICT OF COLUMBIA WASHINGTON DC 20001 |
| 006 | 4900 MASSACHUSETTS AVE NW DISTRICT OF COLUMBIA WASHINGTON DC 20001 |
| 007 | 4325-29 49TH ST NW & 4872-74 MASS AVE NW DISTRICT OF COLUMBIA WASHINGTON DC 20001 |

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**LOCATION OF PREMISES**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 008 | 4301 49TH ST NW<br>4300 FORDHAM ST<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20001 |
| 008 | 4300 FORDHAM ST<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20001 |
| 009 | 4507-25 SANGAMORE RD<br>MONTGOMERY<br>BETHESDA MD   20813 |
| 010 | 4910 MASSACHUSETTS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20001 |
| 011 | 4866 MASSACHUSETTS AVE NW<br>WASHINGTON DC   20001 |
| 012 | 5518 CONNECTICUT AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20002 |
| 013 | 4301 50TH ST NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20003 |
| 014 | 15301 BERRYVILLE RD<br>MONTGOMERY<br>GERMANTOWN MD   20874 |
| 015 | 1417-1419 ADDISON RD<br>PRINCE GEORGE'S<br>CAPITOL HEIGHTS MD   20731 |
| 016 | 4800-30 MASSACHUSETTS AVE<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC   20001 |
| 017 | 12113 DARNESTOWN RD<br>MONTGOMERY<br>GAITHERSBURG MD   20877 |

RENEWAL

| Forming a part of |
|---|

| Policy Number: GL  9537911 |
|---|

| Coverage is Provided in  PEERLESS INSURANCE COMPANY |
|---|

| Named Insured:<br>W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | Agent:<br>EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472      Agent Phone: (301)-948-5800 |
|---|---|

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**LOCATION OF PREMISES**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 018 | 10200 RIVER RD<br>MONTGOMERY<br>POTOMAC MD  20854 |
| 019 | 4219 EAST WEST HWY<br>MONTGOMERY<br>BETHESDA MD  20813 |
| 020 | 4916 MONTGOMERY LN<br>MONTGOMERY<br>BETHESDA MD  20813 |
| 021 | 4918 MONTGOMERY LN<br>MONTGOMERY<br>BETHESDA MD  20813 |
| 022 | 8605 BURNING TREE RD<br>MONTGOMERY<br>BETHESDA MD  20813 |
| 023 | 8609 BURNING TREE RD<br>MONTGOMERY<br>BETHESDA MD  20813 |
| 024 | 8611 BURNING TREE RD<br>MONTGOMERY<br>BETHESDA MD  20813 |
| 025 | PARCEL 293 BURNING TREE RD<br>MONTGOMERY<br>BETHESDA MD  20813 |

22-19 (07/99)

INSURED COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

### LOCATION OF PREMISES

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 026 | VARIOUS LOCATIONS IN FAIRFAX FAIRFAX VA 20151 |
| 027 | SPRING VALLEY WASHINGTON HOME MASS AVE DISTRICT OF COLUMBIA WASHINGTON DC 20001 |
| 028 | VARIOUS LOCATIONS IN WASHINGTON DC 20016 |
| 029 | VARIOUS LOCATIONS IN MONTGOMERY BETHESDA MD 20813 |
| 030 | VARIOUS LOCATIONS IN ALEXANDRIA VA 20016 |
| 031 | 6730 WILSON LANE BETHESDA MD 20877 |

### PREMIUM

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |

**DC**

**LOCATION 004**

61217  BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR
MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK
ONLY)-OTHER THAN NOT-FOR-PROFIT
INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 42,100 | 001 | INCL | $ | 27.505 | INCL | $ 1,158 |

AREA
PER 1000
SQ FT

**LOCATION 005**

22-19 (07/99)

INSURED COPY

09/30/2002  GL  9537911          NMCOXDB0110          PGDM060D J01204     AGENTM   00018274 Page   80

**RENEWAL**

| Forming a part of |
|---|

| Policy Number: GL  9537911 |
|---|
| Coverage is Provided in  PEERLESS INSURANCE COMPANY |

| Named Insured: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT CO WASHINGTON SECURITIES LTD REFER TO NAMED INSURED SCHEDULE | EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472        Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 2,864 | 001 | INCL | $   27.505 | INCL | $      79 |
| | AREA PER 1000 SQ FT | | | | | |

**LOCATION 006**

| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
|---|---|---|---|---|---|---|
| | 39,000 | 001 | INCL | $   27.505 | INCL | $   1,073 |
| | AREA PER 1000 SQ FT | | | | | |

**LOCATION 007**

22-19 (07/99)                                             INSURED COPY

09/30/2002  GL  9537911        NMCOXDBG110              PGDM060D J01204      AGENTM    00018275  Page    81

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)**

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 7,680 AREA PER 1000 SQ FT | 001 | INCL | $ 27.505 | INCL | $ 211 |

**LOCATION 008**

| Class Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 12,700 AREA PER 1000 SQ FT | 001 | INCL | $ 27.505 | INCL | $ 349 |

**LOCATION 010**

| Class Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 74,750 AREA PER 1000 SQ FT | 001 | INCL | $ 27.505 | INCL | $ 2,056 |

**LOCATION 011**

22-19 (07/99)

INSURED COPY

**RENEWAL**

| Forming a part of | |
|---|---|
| Policy Number: GL  9537911 | |
| Coverage Is Provided In  PEERLESS INSURANCE COMPANY | |
| Named Insured:<br>   W C & A N MILLER DEVELOPMENT<br>   CO WASHINGTON SECURITIES LTD<br>   REFER TO NAMED INSURED SCHEDULE | Agent:<br>   EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472        Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class<br>Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium<br>Base | Territory<br>Code | Prods/<br>Comp Ops | All<br>Other | | Prods/<br>Comp Ops | All<br>Other |
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR<br>MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK<br>ONLY)-OTHER THAN NOT-FOR-PROFIT<br>INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 8,291 | 001 | INCL | $    27.505 | INCL | $ | 228 |
| | AREA<br>PER 1000<br>SQ FT | | | | | | |

**LOCATION 013**

| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR<br>MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK<br>ONLY)-OTHER THAN NOT-FOR-PROFIT<br>INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
|---|---|---|---|---|---|---|---|
| | 15,500 | 001 | INCL | $    27.505 | INCL | $ | 426 |
| | AREA<br>PER 1000<br>SQ FT | | | | | | |

**LOCATION 016**

22-19 (07/99)

INSURED COPY

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)**

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 46607 | PARKING-PUBLIC-SHOPPING CENTERS-MAINTAINED BY THE INSURED (LESSOR'S RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 20,940 | 001 | INCL | $  14.321 | INCL | $  300 |
| | AREA PER 1000 SQ FT | | | | | |

**LOCATION 027**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| 68500 | TOWNHOUSES OR SIMILAR ASSOCIATION (ASSOCIATION RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 91 | 001 | INCL | $  14.230 | INCL | $  1,295 |
| | EACH UNIT | | | | | |

**LOCATION 028**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| 46362 | MODEL HOMES INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 1 | 001 | INCL | $  228.405 | INCL | $  228 |
| | EACH HOME | | | | | |
| 47050 | REAL ESTATE AGENTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 91,478 | 001 | INCL | $  6.745 | INCL | $  617 |
| | PAYROLL PER $1000 | | | | | |
| 47051 | REAL ESTATE DEVELOPMENT PROPERTY INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 12 | 001 | INCL | $  9.489 | INCL | $  114 |
| | EACH ACRE | | | | | |

**RENEWAL**

Forming a part of

| | |
|---|---|
| Policy Number: GL  9537911 | |
| Coverage is Provided in  PEERLESS INSURANCE COMPANY | |
| Named Insured:<br>  W C & A N MILLER DEVELOPMENT<br>  CO WASHINGTON SECURITIES LTD<br>  REFER TO NAMED INSURED SCHEDULE | Agent:<br>  EARLY CASSIDY & SCHILLING INC<br><br>  Agent Code: 5290472        Agent Phone: (301)-948-5800 |

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 47052 | REAL ESTATE PROPERTY MANAGED INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF  ANY | 001 | INCL | $       3.604 | INCL | |
| | GROSS SALES PER $1000 | | | | | |
| 91340 | CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING THREE STORIES IN HEIGHT | | | | | |
| | 143,726 | 001 | $  8.391 | $     16.646 | $     1,206 | $     2,392 |
| | PAYROLL PER $1000 | | | | | |
| 91342 | CARPENTRY | | | | | |
| | IF  ANY | 001 | $  6.109 | $     23.542 | | |
| | PAYROLL PER $1000 | | | | | |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-INTENDANTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 57,200 | 001 | INCL | $     52.373 | INCL | $     2,996 |
| | PAYROLL PER $1000 | | | | | |

22-19 (07/99)

INSURED COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | Territory Code | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO FAMILY DWELLINGS | | | | | |
| | 1,439,410 | 001 | $ 2.359 | $ 0.114 | $ 3,396 | $ 164 |
| | TOTAL COST PER $1000 | | | | | |
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OR EQUIPMENT OR MATERIAL INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF ANY | 001 | INCL | $ 15.814 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | |
| | IF ANY | 001 | $ 2.439 | $ 17.220 | | |
| | PAYROLL PER $1000 | | | | | |
| 94007 | EXCAVATION | | | | | |
| | IF ANY | 001 | $ 5.943 | $ 53.239 | | |
| | PAYROLL PER $1000 | | | | | |
| 97047 | LANDSCAPE GARDENING INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF ANY | 001 | INCL | $ 13.171 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 97447 | MASONRY | | | | | |
| | IF ANY | 001 | $ 3.313 | $ 19.107 | | |
| | PAYROLL PER $1000 | | | | | |

22-19 (07/99)

INSURED COPY

09/30/2002  GL  9537911          NMCOXDBC110                    PGDM060D J01204       AGENTM    00018280  Page  86

**RENEWAL**

| Forming a part of |
|---|

| Policy Number: GL  9537911 |
|---|
| Coverage is Provided in  PEERLESS INSURANCE COMPANY |

| Named Insured: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT | EARLY CASSIDY & SCHILLING INC |
| CO WASHINGTON SECURITIES LTD | |
| REFER TO NAMED INSURED SCHEDULE | Agent Code: 5290472    Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 98304 | PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES OR LESS IN HEIGHT | | | | | |
| | 40,040 | 001 | $  2.364 | $      23.104 | $          95 | $          925 |
| | PAYROLL PER $1000 | | | | | |

**MD**

**LOCATION 003**

| 46607 | PARKING-PUBLIC-SHOPPING CENTERS-MAINTAINED BY THE INSURED (LESSOR'S RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
|---|---|---|---|---|---|---|
| | 212,000 | 002 | INCL | $      10.574 | INCL | $        2,242 |
| | AREA PER 1000 SQ FT | | | | | |

| 67635 | SHOPPING CENTERS - BUILDING OR PREMISES NOT OCCUPIED BY THE INSURED (LESSORS RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
|---|---|---|---|---|---|---|
| | 198,613 | 002 | INCL | $      27.525 | INCL | $        5,467 |
| | AREA PER 1000 SQ FT | | | | | |

**LOCATION 014**

22-19 (07/99)

**INSURED COPY**

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)**

**PREMIUM**

| Class Code | Classification Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Rates Prods/ Comp Ops | All Other | | Advance Premium Prods/ Comp Ops | All Other | |
| 63010 | DWELLINGS-ONE FAMILY (LESSORS RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | | |
| | | 1 | 001 | INCL | $    54.984 | INCL | $ | 55 |
| | EACH DWELLING | | | | | | | |

**LOCATION 015**

| 63010 | DWELLINGS-ONE FAMILY (LESSORS RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2 | 001 | INCL | $    54.984 | INCL | $ | 110 |
| | EACH DWELLING | | | | | | | |

**LOCATION 019**

| 63010 | DWELLINGS-ONE FAMILY (LESSORS RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 002 | INCL | $    52.645 | INCL | $ | 53 |
| | EACH DWELLING | | | | | | | |

**LOCATION 020**

| 63010 | DWELLINGS-ONE FAMILY (LESSORS RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 002 | INCL | $    52.645 | INCL | $ | 53 |
| | EACH DWELLING | | | | | | | |

**LOCATION 021**

| 63010 | DWELLINGS-ONE FAMILY (LESSORS RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 002 | INCL | $    52.645 | INCL | $ | 53 |
| | EACH DWELLING | | | | | | | |

**RENEWAL**

Forming a part of

| Policy Number: GL  9537911 |
| --- |
| Coverage is Provided in  PEERLESS INSURANCE COMPANY |

| Named Insured:<br>   W C & A N MILLER DEVELOPMENT<br>   CO WASHINGTON SECURITIES LTD<br>   REFER TO NAMED INSURED SCHEDULE | Agent:<br>   EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472      Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class<br>Code | Classification Description | | Rates | | | Advance Premium | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Premium<br>Base | Territory<br>Code | Prods/<br>Comp Ops | All<br>Other | Prods/<br>Comp Ops | | All<br>Other |

**LOCATION 022**

49451    VACANT LAND-OTHER THAN NOT-FOR-PROFIT
INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

           1   001   INCL   $   0.702   INCL   $   1

EACH
ACRE

**LOCATION 023**

49451    VACANT LAND-OTHER THAN NOT-FOR-PROFIT
INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

           1   001   INCL   $   0.702   INCL   $   1

EACH
ACRE

**LOCATION 024**

63010    DWELLINGS-ONE FAMILY (LESSORS RISK ONLY)
INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

           1   001   INCL   $   54.984   INCL   $   55

EACH
DWELLING

**LOCATION 025**

22-19 (07/99)

INSURED COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

## PREMIUM

| Class Code | Classification Description | | Rates | | | Advance Premium | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 49451 | VACANT LAND-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 1 | 002 | INCL | $ | 0.702 | INCL | $ 1 |
| | EACH ACRE | | | | | | |

**LOCATION 029**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 47050 | REAL ESTATE AGENTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 2,113,388 | 001 | INCL | $ | 2.970 | INCL | $ 6,277 |
| | PAYROLL PER $1000 | | | | | | |
| 47051 | REAL ESTATE DEVELOPMENT PROPERTY INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 159 | 001 | INCL | $ | 7.201 | INCL | $ 1,145 |
| | EACH ACRE | | | | | | |
| 47052 | REAL ESTATE PROPERTY MANAGED INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 52,076 | 001 | INCL | $ | 2.735 | INCL | $ 142 |
| | GROSS SALES PER $1000 | | | | | | |
| 91340 | CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING THREE STORIES IN HEIGHT | | | | | | |
| | 1,384,171 | 001 | $ 6.812 | $ | 10.528 | $ 9,429 | $ 14,573 |
| | PAYROLL PER $1000 | | | | | | |

**RENEWAL**

| Forming a part of |
|---|
| Policy Number: GL 9537911 |
| Coverage is Provided in PEERLESS INSURANCE COMPANY |

| Named Insured: <br>    W C & A N MILLER DEVELOPMENT <br>    CO WASHINGTON SECURITIES LTD <br>    REFER TO NAMED INSURED SCHEDULE | Agent: <br>    EARLY CASSIDY & SCHILLING INC <br><br> Agent Code: 5290472      Agent Phone: (301)-948-5800 |
|---|---|

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 91342 | CARPENTRY | | | | | |
| | IF ANY | 001 | $ 4.882 | $ 14.974 | | |
| | PAYROLL <br> PER $1000 | | | | | |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-INTENDANTS <br> INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 129,000 | 001 | INCL | $ 27.565 | INCL | $ 3,556 |
| | PAYROLL <br> PER $1000 | | | | | |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO FAMILY DWELLINGS | | | | | |
| | 50,252 | 001 | $ 1.911 | $ 0.086 | $ 96 | $ 4 |
| | TOTAL COST <br> PER $1000 | | | | | |

**INSURED COPY**

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | Territory Code | Rates Prods/ Comp Ops | Rates All Other | Advance Premium Prods/ Comp Ops | Advance Premium All Other |
|---|---|---|---|---|---|---|
| | Premium Base | | | | | |
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OR EQUIPMENT OR MATERIAL INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF ANY | 001 | INCL | $ 8.559 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | |
| | 33,280 | 001 | $ 1.647 | $ 11.780 | $ 55 | $ 392 |
| | PAYROLL PER $1000 | | | | | |
| 94007 | EXCAVATION | | | | | |
| | IF ANY | 001 | $ 4.749 | $ 28.289 | | |
| | PAYROLL PER $1000 | | | | | |
| 97047 | LANDSCAPE GARDENING INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF ANY | 001 | INCL | $ 8.324 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 97447 | MASONRY | | | | | |
| | IF ANY | 001 | $ 2.534 | $ 10.072 | | |
| | PAYROLL PER $1000 | | | | | |
| 98304 | PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES OR LESS IN HEIGHT | | | | | |
| | 327,746 | 001 | $ 1.771 | $ 12.245 | $ 580 | $ 4,013 |
| | PAYROLL PER $1000 | | | | | |

**LOCATION 031**

22-19 (07/99)

**INSURED COPY**

RENEWAL

Forming a part of

| | |
|---|---|
| **Policy Number: GL  9537911** | |
| **Coverage is Provided In  PEERLESS INSURANCE COMPANY** | |
| **Named Insured:**<br>  W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | **Agent:**<br>    EARLY CASSIDY & SCHILLING INC<br><br>**Agent Code: 5290472      Agent Phone: (301)-948-5800** |

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | | All Other |
| 49451 | VACANT LAND-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 1 | 002 | INCL | $      0.702 | INCL | $ | 1 |
| | EACH ACRE | | | | | | |

**VA**

**LOCATION 026**

| 47050 | REAL ESTATE AGENTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
|---|---|---|---|---|---|---|---|
| | IF  ANY | 001 | INCL | $      2.309 | INCL | | |
| | PAYROLL PER $1000 | | | | | | |

| 47052 | REAL ESTATE PROPERTY MANAGED INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
|---|---|---|---|---|---|---|---|
| | IF  ANY | 001 | INCL | $      1.519 | INCL | | |
| | GROSS SALES PER $1000 | | | | | | |

22-19 (07/99)

INSURED COPY

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)**

## PREMIUM

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 49451 | VACANT LAND-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 360 | 001 | INCL | $ | 2.204 | INCL | $ 793 |
| | EACH ACRE | | | | | | |
| 91340 | CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING THREE STORIES IN HEIGHT | | | | | | |
| | IF ANY | 001 | $ 5.636 | $ | 9.573 | | |
| | PAYROLL PER $1000 | | | | | | |
| 91342 | CARPENTRY | | | | | | |
| | IF ANY | 001 | $ 4.108 | $ | 13.612 | | |
| | PAYROLL PER $1000 | | | | | | |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-INTENDANTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF ANY | 001 | INCL | $ | 19.105 | INCL | |
| | PAYROLL PER $1000 | | | | | | |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO FAMILY DWELLINGS | | | | | | |
| | IF ANY | 001 | $ 2.702 | $ | 0.039 | | |
| | TOTAL COST PER $1000 | | | | | | |

22-19 (07/99)

INSURED COPY

RENEWAL

Forming a part of

| | |
|---|---|
| Policy Number: GL  9537911 | |
| Coverage is Provided in  PEERLESS INSURANCE COMPANY | |
| Named Insured:<br>  W C & A N MILLER DEVELOPMENT<br>  CO WASHINGTON SECURITIES LTD<br>  REFER TO NAMED INSURED SCHEDULE | Agent:<br>  EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

PREMIUM

| Class<br>Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium<br>Base | Territory<br>Code | Prods/<br>Comp Ops | All<br>Other | | Prods/<br>Comp Ops | All<br>Other |
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OF<br>EQUIPMENT OR MATERIAL<br>INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF  ANY | 001 | INCL | $ | 6.852 | INCL | |
| | PAYROLL<br>PER $1000 | | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | | |
| | IF  ANY | 001 | $  1.644 | $ | 9.178 | | |
| | PAYROLL<br>PER $1000 | | | | | | |
| 94007 | EXCAVATION | | | | | | |
| | IF  ANY | 001 | $  3.987 | $ | 22.641 | | |
| | PAYROLL<br>PER $1000 | | | | | | |
| 97047 | LANDSCAPE GARDENING<br>INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF  ANY | 001 | INCL | $ | 7.555 | INCL | |
| | PAYROLL<br>PER $1000 | | | | | | |

22-19 (07/99)

INSURED COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 97447 | **MASONRY** | | | | | |
| | IF  ANY | 001 | $  2.203 | $    5.400 | | |
| | PAYROLL PER $1000 | | | | | |
| 98304 | **PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES OR LESS IN HEIGHT** | | | | | |
| | IF  ANY | 001 | $  1.594 | $    9.816 | | |
| | PAYROLL PER $1000 | | | | | |
| **LOCATION 030** | | | | | | |
| 47050 | **REAL ESTATE AGENTS** INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF  ANY | 004 | INCL | $    2.309 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 47051 | **REAL ESTATE DEVELOPMENT PROPERTY** INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF  ANY | 004 | INCL | $   36.164 | INCL | |
| | EACH ACRE | | | | | |
| 47052 | **REAL ESTATE PROPERTY MANAGED** INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF  ANY | 004 | INCL | $    1.519 | INCL | |
| | GROSS SALES PER $1000 | | | | | |

**INSURED COPY**

RENEWAL

Forming a part of

| Policy Number: GL   9537911 |
| Coverage is Provided in  PEERLESS INSURANCE COMPANY |

| Named Insured: | Agent: |
| W C & A N MILLER DEVELOPMENT | EARLY CASSIDY & SCHILLING INC |
| CO WASHINGTON SECURITIES LTD | |
| REFER TO NAMED INSURED SCHEDULE | Agent Code: 5290472    Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
|---|---|---|---|---|---|---|
| 91340 | CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING THREE STORIES IN HEIGHT | | | | | |
| | IF  ANY | 004 | $  5.636 | $    9.573 | | |
| | PAYROLL PER $1000 | | | | | |
| 91342 | CARPENTRY | | | | | |
| | IF  ANY | 004 | $  4.108 | $   13.612 | | |
| | PAYROLL PER $1000 | | | | | |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-INTENDANTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF  ANY | 004 | INCL | $   19.105 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO FAMILY DWELLINGS | | | | | |
| | IF  ANY | 004 | $  2.702 | $    0.039 | | |
| | TOTAL COST PER $1000 | | | | | |

22-19 (07/99)

INSURED COPY

09/30/2002  GL   9537911          NMCOXDB6110                    PGDM060D J01204       AGENTM    00018291  Page     97

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

### PREMIUM

| Class Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| | | | Rates | | Advance Premium | |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OF EQUIPMENT OR MATERIAL INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF ANY | 004 | INCL | $ 6.852 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | |
| | IF ANY | 004 | $ 1.644 | $ 9.178 | | |
| | PAYROLL PER $1000 | | | | | |
| 94007 | EXCAVATION | | | | | |
| | IF ANY | 004 | $ 3.987 | $ 22.641 | | |
| | PAYROLL PER $1000 | | | | | |
| 97047 | LANDSCAPE GARDENING INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF ANY | 004 | INCL | $ 7.555 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 97447 | MASONRY | | | | | |
| | IF ANY | 004 | $ 2.203 | $ 5.400 | | |
| | PAYROLL PER $1000 | | | | | |
| 98304 | PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES OR LESS IN HEIGHT | | | | | |
| | IF ANY | 004 | $ 1.594 | $ 9.816 | | |
| | PAYROLL PER $1000 | | | | | |

**Audit Period: ANNUAL**                              **Total Advance Premium**           **INCLUDED**

22-19 (07/99)

**INSURED COPY**



**RENEWAL**

Forming a part of

| |
|---|
| **Policy Number: GL   9537911** |
| **Coverage is Provided in**  PEERLESS INSURANCE COMPANY |

| | |
|---|---|
| **Named Insured:**<br> W C & A N MILLER DEVELOPMENT<br> CO WASHINGTON SECURITIES LTD<br> REFER TO NAMED INSURED SCHEDULE | **Agent:**<br> EARLY CASSIDY & SCHILLING INC<br><br>**Agent Code: 5290472**      **Agent Phone: (301)-948-5800** |

### LIABILITY COVERAGE PART DECLARATIONS EXTENSION

**ADDITIONAL INSURED-DESIGNATED PERSON OR
ORGANIZATION - CG 2026
ADDITIONAL INSURED(S) FOR:
  SEE LIABILITY SCHEDULE**

### SCHEDULE

**NAME OF PERSON OR ORGANIZATION:
  DARNESTOWN VALLEY -  WHM LIMITED PARTNERSHIP
  12116 DARNESTOWN RD
  GAITHERSBURG, MD 20878**

Date Issued:   09/30/2002

**17-59GL (06/94)**

**INSURED COPY**

09/30/2002  GL  9537911          NMCOXDBG110          PGDM060D J01204      AGENTM    00018299  Page    105

RENEWAL

Forming a part of

| Policy Number: GL  9537911 |
|---|

| Coverage is Provided in  PEERLESS INSURANCE COMPANY |
|---|

| Named Insured:<br>W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | Agent:<br>EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472      Agent Phone: (301)-948-5800 |
|---|---|

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

### FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy:

| Form Number | | Description |
|---|---|---|
| 22-44 | - 0496 | AMENDATORY ENDORSEMENT |
| 17-98 | - 0799 | ASBESTOS EXCLUSION |
| 17-22 | - 0799 | LEAD EXCLUSION |
| 22-45 | - 0799 | COMMERCIAL GENERAL LIABILITY EXTENSION ENDORSEMENT |
| CG0179 | - 0200 | VIRGINIA CHANGES |
| IL0278 | - 0498 | DC CHANGES - CANCELLATION AND NONRENEWAL |
| CL175 | - 0286 | QUICK REFERENCE COMML GENERAL LIABILITY COVERAGE PART |
| CG2504 | - 0397 | DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT |
| CG2503 | - 0397 | DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGG LIMIT |
| CG2279 | - 0798 | EXCLUSION-CONTRACTORS - PROFESSIONAL LIABILITY |
| CG2270 | - 1185 | REAL ESTATE PROPERTY MANAGED |
| CG2169 | - 0102 | WAR OR TERRORISM EXCLUSION |
| CG2147 | - 0798 | EMPLOYMENT RELATED PRACTICES EXCLUSION |
| CG2026 | - 1185 | ADDL INS-DESIGNATED PERSON OR ORGANIZATION |
| CG2017 | - 1093 | ADDITIONAL INSURED-TOWNHOUSE ASSOCIATIONS |
| CG0300 | - 0196 | DEDUCTIBLE LIABILITY INSURANCE |
| CG0201 | - 1100 | MARYLAND CHANGES |
| CG0057 | - 0999 | AMENDMENT OF INSURING AGREEMENT-KNOWN INJURY/DAMAGE |
| CG0001 | - 0798 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| 22-83 | - 1000 | VIRGINIA CHANGES |

Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc.  1982,1983, 1984, 1985.

Date Issued:  09/30/2002

22-19 (07/99)

OTHER COPY

Forming a part of

| Policy Number: GL   9537911 | |
|---|---|
| Coverage Is Provided In  PEERLESS INSURANCE COMPANY | |
| Named Insured:<br>W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | Agent:<br>EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472      Agent Phone: (301)-948-5800 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DESIGNATED CONSTRUCTION PROJECT(S)
# GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Designated Construction Projects:**

ALL PROJECTS

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

A.  For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

   1.  A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

   2.  The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard," and for medical expenses under COVERAGE C regardless of the number of:

      a.  Insureds;

      b.  Claims made or "suits" brought; or

      c.  Persons or organizations making claims or bringing "suits."

   3.  Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

   4.  The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

CG 25 03 (03/97)                    Copyright, Insurance Services Office, Inc., 1996

INSURED COPY

09/30/2002  GL   9537911          NMCOXDB$110          PGDM060D J01204      AGENTM    00018303  Page   109

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

    **1.** Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

    **2.** Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

**D.** If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.** The provisions of Limits Of Insurance (SECTION III) not otherwise modified by this endorsement shall continue to apply as stipulated.

CG 25 03 (03/97)

Copyright, Insurance Services Office, Inc., 1996
**INSURED COPY**

Forming a part of

| | |
|---|---|
| **Policy Number: GL  9537911** | |
| **Coverage is Provided In  PEERLESS INSURANCE COMPANY** | |
| **Named Insured:**<br>  **W C & A N MILLER DEVELOPMENT**<br>  **CO WASHINGTON SECURITIES LTD**<br>  **REFER TO NAMED INSURED SCHEDULE** | **Agent:**<br>  **EARLY CASSIDY & SCHILLING INC**<br><br>  **Agent Code: 5290472        Agent Phone: (301)-948-5800** |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which can be attributed only to operations at a single designated "location" shown in the Schedule below:

   1. A separate Designated Location General Aggregate Limit applies to each designated "location," and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

   2. The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard," and for medical expenses under COVERAGE C regardless of the number of:

      a. Insureds;

      b. Claims made or "suits" brought; or

      c. Persons or organizations making claims or bringing "suits."

   3. Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location." Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated "location" shown in the Schedule below.

   4. The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

B. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which cannot be attributed only to operations at a single designated "location" shown in the Schedule below:

   1. Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

   2. Such payments shall not reduce any Designated Location General Aggregate Limit.

C. When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

D. For the purposes of this endorsement, the Definitions Section is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

E. The provisions of Limits Of Insurance (SECTION III) not otherwise modified by this endorsement shall continue to apply as stipulated.

CG 25 04 (03/97)

Copyright, Insurance Services Office, Inc., 1996

INSURED COPY

09/30/2002  GL  9537911            NMCOXDB€110              PGDM060D J01204      AGENTM    00018305  Page    111

**SCHEDULE**

**Designated Location(s):**

    SEE LIABILITY SCHEDULE

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

CG 25 04 (03/97)

Copyright, Insurance Services Office, Inc., 1996
**INSURED COPY**

COMMERCIAL GENERAL LIABILITY
CG 02 01 11 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MARYLAND CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the **Cancellation Common Policy Condition** are replaced by the following:

  **2.** We may cancel this Coverage Part by mailing to the first Named Insured written notice of cancellation at least:

  **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

  **b.** 45 days before the effective date of cancellation if we cancel for any other reason.

**B.** Paragraph **5.** of the **Cancellation Common Policy Condition** is replaced by the following:

  **5.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

  If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be calculated as follows:

  **a. Policies Written For One Year Or Less**

  We will refund 90% of the pro rata unearned premium.

  **b. Policies Written For More Than One Year**

  **(1)** If the policy is cancelled in the first year, we will refund 90% of the pro rata unearned premium for the first year, plus the full annual premium for subsequent years.

  **(2)** If the policy is cancelled after the first year, we will refund the pro rata unearned premium.

  **c. Continuous And Annual Premium Payment Policies**

  We will refund 90% of the pro rata unearned premium for the year in which the policy is cancelled.

  We will retain the minimum premium, except if the policy is cancelled as of the inception date.

However, if this policy is financed by a premium finance company and we or the premium finance company or the first Named Insured cancels the policy, the refund will be pro rata excluding any expense constant, administrative fee or nonrefundable charge filed with and approved by the insurance commissioner.

The cancellation will be effective even if we have not made or offered a refund.

**C.** Paragraph **6.** of the **Cancellation Common Policy Condition** is replaced by the following:

A certificate of mailing will be proof of mailing and sufficient proof of notice.

**D.** The following condition is added and supersedes any provisions to the contrary:

**WHEN WE DO NOT RENEW**

If we decide not to renew this Coverage Part, we will mail to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 45 days before the expiration date. Even if we do not comply with these terms, this Coverage Part will terminate:

**1.** On the expiration date, if:

  **a.** You fail to perform any of your obligations in connection with the payment of premium for the Coverage Part or the renewal of the Coverage Part, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit;

  **b.** We have indicated our willingness to renew this Coverage Part to you or your representative;

  **c.** You have notified us or our agent that you do not want to renew this Coverage Part; or

**2.** On the effective date of any other insurance policy issued as a replacement for any insurance afforded by this Coverage Part, with respect to insurance to which both policies apply.

A certificate of mailing will be proof of mailing and sufficient proof of notice.

Copyright, Insurance Services Office, Inc., 2000

COMMERCIAL GENERAL LIABILITY
CG 00 57 09 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURING AGREEMENT – KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph 1. **Insuring Agreement of Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

Copyright, Insurance Services Office, Inc., 1998

COMMERCIAL GENERAL LIABILITY
CG 00 01 07 98

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

  (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

  (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

  (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

  (2) The "bodily injury" or "property damage" occurs during the policy period.

c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

### 2. Exclusions

This insurance does not apply to:

a. **Expected Or Intended Injury**

  "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

  "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

  (1) That the insured would have in the absence of the contract or agreement; or

  (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

    (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. Aircraft, Auto Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

   (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance ; and

   (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

a. "Personal and advertising injury":

   (1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

   (2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

   (3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

   (4) Arising out of a criminal act committed by or at the direction of any insured;

   (5) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

   (6) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

   (7) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

   (8) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

   (9) Committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section; or

   (10) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

b. Any loss, cost or expense arising out of any:

   (1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   (2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

   (1) On premises you own or rent;

   (2) On ways next to premises you own or rent; or

   (3) Because of your operations;

   provided that:

   (1) The accident takes place in the "coverage territory" and during the policy period;

   (2) The expenses are incurred and reported to us within one year of the date of the accident; and

   (3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

  (1) First aid administered at the time of an accident;

  (2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

  (3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

  (1) Agrees in writing to:

    (a) Cooperate with us in the investigation, settlement or defense of the "suit";

    (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

    (c) Notify any other insurer whose coverage is available to the indemnitee; and

    (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

    (a) Obtain records and other information related to the "suit"; and

    (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

    **(1)** "Bodily injury" or "personal and advertising injury":

        **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

        **(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (1)(a) above;

        **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

        **(d)** Arising out of his or her providing or failing to provide professional health care services.

    **(2)** "Property damage" to property:

        **(a)** Owned, occupied or used by,

        **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

    you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

    **(1)** With respect to liability arising out of the maintenance or use of that property; and

    **(2)** Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

### 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   (1) How, when and where the "occurrence" or offense took place;

   (2) The names and addresses of any injured persons and witnesses; and

   (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

   (1) Immediately record the specifics of the claim or "suit" and the date received; and

   (2) Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

   (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   (2) Authorize us to obtain records and other information;

   (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

### 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**

   This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. **Excess Insurance**

   This insurance is excess over:

   (1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

      (a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

      (b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

      (c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

      (d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability.

   (2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c.  Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5.  Premium Audit

a.  We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b.  Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c.  The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6.  Representations

By accepting this policy, you agree:

a.  The statements in the Declarations are accurate and complete;

b.  Those statements are based upon representations you made to us; and

c.  We have issued this policy in reliance upon your representations.

7.  Separation Of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a.  As if each Named Insured were the only Named Insured; and

b.  Separately to each Insured against whom claim is made or "suit" is brought.

8.  Transfer Of Rights Of Recovery Against Others To Us

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9.  When We Do Not Renew

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

SECTION V -- DEFINITIONS

1.  "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

2.  "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3.  "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4.  "Coverage territory" means:

a.  The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

c. All parts of the world if:

   (1) The injury or damage arises out of:

      (a) Goods or products made or sold by you in the territory described in a. above; or

      (b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

   (2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Your product" means:

a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(1) You;

(2) Others trading under your name; or

(3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

b. The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

21. "Your work" means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

b. The providing of or failure to provide warnings or instructions.

# QUICK REFERENCE
## COMMERCIAL GENERAL LIABILITY COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Commercial General Liability Coverage Part in your policy consists of Declarations, a Coverage Form (either CG 00 01 or CG 00 02), Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up the Coverage Part, listed in sequential order, except for the provisions in the Declarations which may not be in the sequence shown.

**DECLARATIONS**
    Named Insured and Mailing Address
    Policy Period
    Description of Business and Location of Premises
    Limits of Insurance
    Forms and Endorsements applying to the Coverage Part at time of issue

**COVERAGE FORM (CG 00 01 or CG 00 02)**
    SECTION I—COVERAGES
        Coverage A—Bodily Injury and Property Damage Liability
            Insuring Agreement
            Exclusions
        Coverage B—Personal and Advertising Injury Liability
            Insuring Agreement
            Exclusions
        Coverage C—Medical Payments
            Insuring Agreement
            Exclusions
        Supplementary Payments
    SECTION II—WHO IS AN INSURED
    SECTION III—LIMITS OF INSURANCE
    SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS
        Bankruptcy
        Duties in the Event of Occurrence, Claim or Suit
        Legal Action Against Us
        Other Insurance
        Premium Audit
        Representations
        Separation of Insureds
        Transfer of Rights of Recovery Against Others to Us
        When We Do Not Renew (applicable to CG 00 02 only)
        Your Right to Claim and "Occurrence" Information (applicable to CG 00 02 only)
    SECTION V—EXTENDED REPORTING PERIODS (applicable to CG 00 02 only)
    SECTION VI—DEFINITIONS (SECTION V in CG 00 01)

**COMMON POLICY CONDITIONS (IL 00 17)**
    Cancellation
    Changes
    Examination of Your Books and Records
    Inspections and Surveys
    Premiums
    Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS (If Any)**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1984, 1986.

CL 175 (2-86)

COMMERCIAL GENERAL LIABILITY
CG 22 79 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability and Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

   a. Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

   b. Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

2. Subject to Paragraph 3. below, professional services include:

   a. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

   b. Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3. Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

Copyright, Insurance Services Office, Inc., 1997 □

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "property damage" to property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

With respect to your liability arising out of your management of property for which you are acting as real estate manager this insurance is excess over any other valid and collectible insurance available to you.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WAR OR TERRORISM EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Exclusion i. under Paragraph 2., **Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

2. **Exclusions**

   This insurance does not apply to:

   **i. War Or Terrorism**

   "Bodily injury" or "property damage" arising, directly or indirectly, out of:

   (1) War, including undeclared or civil war; or

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

   (4) "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"

   regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

   However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

   (1) The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions ; or

   (2) Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   (a) Physical injury that involves a substantial risk of death; or

   (b) Protracted and obvious physical disfigurement; or

   (c) Protracted loss of or impairment of the function of a bodily member or organ; or

   (3) The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

   (4) The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

   (5) Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

© ISO Properties, Inc., 2001

CG 21 69 01 02

Page 1 of 3

Paragraphs (1) and (2), immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**B.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**War Or Terrorism**

"Personal and advertising injury" arising, directly or indirectly, out of:

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

(4) "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"

regardless of any other cause or event that contributes concurrently or in any sequence to the injury.

However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

(1) The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions ; or

(2) Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

(a) Physical injury that involves a substantial risk of death; or

(b) Protracted and obvious physical disfigurement; or

(c) Protracted loss of or impairment of the function of a bodily member or organ; or

(3) The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

(4) The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

(5) Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Paragraphs (1) and (2), immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

© ISO Properties, Inc., 2001

CG 21 69 01 02

09/30/2002  GL  9537911          NMCOXDBC110    **INSURED COPY**    PGDM060D J01204      **AGENTM**    00018310  Page    116

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. Exclusion **h.** under Paragraph **2.**, **Exclusions of Section I – Coverage C – Medical Payments** does not apply.

D. The following definition is added to the **Definitions** Section:

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

   (a) Refusal to employ that person;

   (b) Termination of that person's employment; or

   (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

   (a) Refusal to employ that person;

   (b) Termination of that person's employment; or

   (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## VIRGINIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A.  When the **Commercial General Liability Coverage Extension Endorsement 22-45 (7/99)** is made a part of your Commercial General Liability Coverage Part the following is added to provision **A. Non-Owned Aircraft** and provision **B. Non-Owned Watercraft** of that endorsement:

   This provision amends paragraph **A.** of **Virginia Changes** endorsement **CG 01 79.**

B.  When the **School Amendatory Endorsement 17-20 (7/99)** is made part of your Commercial General Liability Coverage Part the following is added to provision **D. Non-Owned Aircraft and Watercraft** and provision **E. Transportation of Students Limitation** of that endorsement:

   This provision amends paragraph **A.** of **Virginia Changes** endorsement **CG 01 79.**

C.  When the **School Amendatory Endorsement (Basic Form) 17-88 (7/99)** is made part of your Commercial General Liability Coverage Part the following is added to provision **B. Non-Owned Aircraft and Watercraft** and provision **C. Transportation of Students Limitation** of that endorsement:

   This provision amends paragraph **A.** of **Virginia Changes** endorsement **CG 01 79.**

# EXHIBIT C



**Montgomery Insurance** Inc.
*Member of Liberty Mutual Group*

| Policy Number: GL 9537911 | Prior Policy: 9537911 |
|---|---|

| Policy Period: 09/30/2003    To: 09/30/2004    12:01 am Standard Time at the Mailing Address of the Named Insured |
|---|

| Coverage is Provided in    PEERLESS INSURANCE COMPANY - A STOCK COMPANY |
|---|

| Billing Type: AGENCY BILL    -    QUARTERLY |
|---|

| Named Insured and Mailing Address: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>4315 50TH STREET NW<br>WASHINGTON DC  20016 | EARLY CASSIDY & SCHILLING INC<br>1375 PICCARD DRIVE #375<br>ROCKVILLE  MD  20850-4311<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5800 |

Reason for Amendment: RENEWAL

Transaction Effective Date: 09/30/2003

Premium for this Transaction:  $    74,009.00

## STATEMENT OF ACCOUNT

| Acct<br>Date | Premium | Surcharge/<br>Assessment | Total<br>Due |
|---|---|---|---|
| 10/2003 | $    23,039.90 | $    0.00 | $    23,039.90 |
| 12/2003 | $    16,989.71 | $    0.00 | $    16,989.71 |
| 03/2004 | $    16,989.71 | $    0.00 | $    16,989.71 |
| 06/2004 | $    16,989.68 | $    0.00 | $    16,989.68 |
|  |  | Total Premium Charged: $    74,009.00 | |

Date Issued: 10/09/2003

17-81 (04/97)

**INSURED COPY**

09/30/2003    9537911

PGDM060D .J21775  AGENTM    00018799  Page 1

**Montgomery Insurance**
Member of Liberty Mutual Group

RENEWAL

EFFECTIVE DATE:  01/24/2004

| | |
|---|---|
| Policy Number: GL  9537911 | Prior Policy:  9537911 |

Billing Type:  AGENCY BILL

Coverage is Provided in    PEERLESS INSURANCE COMPANY - A STOCK COMPANY

| | |
|---|---|
| Named Insured and Mailing Address:<br><br>  W C & A N MILLER DEVELOPMENT<br>  CO WASHINGTON SECURITIES LTD<br>  4315 50TH STREET NW<br>  WASHINGTON DC   20016<br><br>  REFER TO NAMED INSURED SCHEDULE | Agent:<br><br>  EARLY CASSIDY & SCHILLING INC<br>  1375 PICCARD DRIVE #375<br>  ROCKVILLE MD   20850<br><br>  Agent Code:  5290472      Agent Phone: (301) 948-5800 |

## COMMON POLICY DECLARATIONS

In return for the payment of premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

POLICY PERIOD: From : 09/30/2003    To: 09/30/2004    at 12:01 AM Standard Time at your mailing address shown above.

FORM OF BUSINESS:  CORPORATION

BUSINESS DESCRIPTION:  REAL ESTATE SALES AND PROPERTY OWNER AND MGMT

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| | PREMIUM |
|---|---|
| Commercial General Liability Coverage Part | INCLUDED |
| Employee Benefits Liability Coverage Part | INCLUDED |
| Total Premium for all Liability Coverage Parts | $      72,813.00 |
| Terrorism Risk Insurance Act of 2002 Coverage | $       1,196.00 |
| Total Policy Premium | $      74,009.00 |

## FORMS AND ENDORSEMENTS

**Forms and Endorsements made a part of this policy at time of issue:**
Applicable Forms and Endorsements are omitted if shown in specific Coverage Part/Coverage Form Declarations

| Form Number | Description |
|---|---|
| 17-58 | - 0694  NAMED INSURED SCHEDULE |
| 17-105-A | - 1095  ENDORSEMENT |
| IL0278 | - 0702  DISTRICT OF COLUMBIA CHANGES - CANCELLATION & NONRENEWL |
| IL0138 | - 0702  VIRGINIA CHANGES |
| IL0021 | - 0702  NUCLEAR ENERGY LIABILITY EXCLUSION (BROAD FORM) |

17-57 (06/94)

AGENT COPY

09/30/2003        9537911          NMCOXDBQ801                      PGDM060D J30599        STACK09M  00000004  Page      3

## COMMON POLICY DECLARATIONS (continued)

### FORMS AND ENDORSEMENTS

**Forms and Endorsements made a part of this policy at time of issue:**
Applicable Forms and Endorsements are omited if shown in specific Coverage Part/Coverage Form Declarations

| Form Number | Description |
|---|---|
| CG2673 | - 0602 MARYLAND CHANGES - PREMIUM AUDIT CONDITION |
| IL0003 | - 0702 CALCULATION OF PREMIUM |
| IL0017 | - 1198 COMMON POLICY CONDITIONS |
| IL0021 | - 0702 NUCLEAR ENERGY LIABILITY EXCLUSION (BROAD FORM) |
| IL0021 | - 1185 NUCLEAR ENERGY LIABILITY EXCLUSION (BROAD FORM) |
| IL0138 | - 0702 VIRGINIA CHANGES |
| IL0278 | - 0702 DISTRICT OF COLUMBIA CHANGES - CANCELLATION & NONRENEWL |
| 17-105-A | - 1095 ENDORSEMENT |
| 17-58 | - 0694 NAMED INSURED SCHEDULE |

Countersigned:    By_____          _____
                                          Authorized Representative                                           Date

**THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc.  1982,1983, 1984, 1985.

**Date Issued:  10/09/2003**

**Montgomery Insurance**
*Shade and Liberty Mutual Group*

## RENEWAL

Forming a part of

| | |
|---|---|
| **Policy Number:** GL  9537911 | |
| **Coverage is Provided In** PEERLESS INSURANCE COMPANY - A STOCK COMPANY | |

| Named Insured: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT | EARLY CASSIDY & SCHILLING INC |
| CO WASHINGTON SECURITIES LTD | |
| REFER TO NAMED INSURED SCHEDULE | Agent Code: 5290472    Agent Phone: (301)-948-5800 |

TOTAL ADVANCE PREMIUM FOR ALL LIABILITY COVERAGE PARTS          $     72,813.00

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage To Premises Rented To You Limit | $    100,000 | Any One Premises |
| Medical Expense Limit | $      5,000 | Any One Person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any One Person or Organization |
| General Aggregate Limit (Other Than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

### LOCATION OF PREMISES

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 002 | 4315 50TH ST NW<br>WASHINGTON DC  20026 |
| 003 | 4701 SANGAMORE RD<br>MONTGOMERY<br>BETHESDA MD  20813 |
| 004 | 4820 MASSACHUSETTS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 005 | 4860 MASSACHUSETTS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 006 | 4900 MASSACHUSETTS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |

22-19 (12/02)

AGENT COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**LOCATION OF PREMISES**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 007 | 4325-29 49TH ST NW &<br>4872-74 MASS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 008 | 4301 49TH ST NW<br>4300 FORDHAM ST<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 008 | 4300 FORDHAM ST<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 010 | 4910 MASSACHUSETTS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 011 | 4866 MASSACHUSETTS AVE NW<br>WASHINGTON DC  20001 |
| 012 | 5518 CONNECTICUT AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20002 |
| 013 | 4301 50TH ST NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20003 |
| 014 | 15301 BERRYVILLE RD<br>MONTGOMERY<br>GERMANTOWN MD  20874 |
| 015 | 1417-1419 ADDISON RD<br>PRINCE GEORGE'S<br>CAPITOL HEIGHTS MD  20731 |
| 016 | 4800-30 MASSACHUSETTS AVE<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 017 | 12113 DARNESTOWN RD<br>MONTGOMERY<br>GAITHERSBURG MD  20877 |

22-19 (12/02)

**RENEWAL**

Forming a part of

| | |
|---|---|
| Policy Number: GL   9537911 | |
| Coverage is Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY | |
| **Named Insured:**<br>  W C & A N MILLER DEVELOPMENT<br>  CO WASHINGTON SECURITIES LTD<br>  REFER TO NAMED INSURED SCHEDULE | **Agent:**<br>    EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472          Agent Phone: (301)-948-5800 |

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)**

**LOCATION OF PREMISES**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 018 | 10200 RIVER RD<br>MONTGOMERY<br>POTOMAC MD   20854 |
| 019 | 4219 EAST WEST HWY<br>MONTGOMERY<br>BETHESDA MD   20813 |
| 020 | 7405 ARLINGTON RD<br>MONTGOMERY<br>BETHESDA MD   20814 |
| 025 | 6702,6704,6705,6707 OAK PARK DR<br>MONTGOMERY<br>BETHESDA MD   20813 |
| 026 | VARIOUS LOCATIONS IN<br>FAIRFAX<br>FAIRFAX VA   20151 |
| 028 | VARIOUS LOCATIONS IN<br>WASHINGTON DC   20016 |
| 029 | VARIOUS LOCATIONS IN<br>MONTGOMERY<br>BETHESDA MD   20813 |
| 030 | VARIOUS LOCATIONS IN<br>ALEXANDRIA VA   20016 |

22-19 (12/02)

**INSURED COPY**

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

### LOCATION OF PREMISES

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 031 | 6730 WILSON LANE<br>BETHESDA MD  20877 |
| 032 | 719 SPRINGDALE RD LOT#9<br>GREAT FALLS VA  22066 |
| 033 | 10409 OLD POST LAND LOT #1<br>GREAT FALLS VA  22066 |
| 041 | 4434 CONNECTICUT AVE NW<br>WASHINGTON DC  20015 |
| 042 | 6824 MELODY LANE<br>BETHESDA MD  20817 |

### PREMIUM

| Class Code | Classification Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Rates | | | Advance Premium | |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | | All Other |

**DC**

**LOCATION 004**

61217  BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR
MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK
ONLY)-OTHER THAN NOT-FOR-PROFIT
INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | | All Other |
|---|---|---|---|---|---|---|---|
| | 42,100 | 001 | INCL | $   28.210 | INCL | $ | 1,188 |

AREA
PER 1000
SQ FT

**LOCATION 005**

22-19 (12/02)

INSURED COPY

**RENEWAL**

Forming a part of

| Policy Number: GL  9537911 |
|---|

| Coverage is Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |
|---|

| Named Insured:<br>  W C & A N MILLER DEVELOPMENT<br>  CO WASHINGTON SECURITIES LTD<br>  REFER TO NAMED INSURED SCHEDULE | Agent:<br>    EARLY CASSIDY & SCHILLING INC<br><br>  Agent Code: 5290472        Agent Phone: (301)-948-5800 |
|---|---|

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| | | | Rates | | Advance Premium | |
| | | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | | 2,864 | 001 | INCL | $    28.210 | INCL | $        81 |
| | AREA PER 1000 SQ FT | | | | | | |
| LOCATION 006 | | | | | | | |
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | | 39,000 | 001 | INCL | $    28.210 | INCL | $     1,100 |
| | AREA PER 1000 SQ FT | | | | | | |
| LOCATION 007 | | | | | | | |

22-19 (12/02)

INSURED COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other | |

61217   BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR
MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK
ONLY)-OTHER THAN NOT-FOR-PROFIT
INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

|  | 7,680 | 001 | INCL | $ | 28.210 | INCL | $ | 217 |

AREA
PER 1000
SQ FT

**LOCATION 008**

61217   BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR
MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK
ONLY)-OTHER THAN NOT-FOR-PROFIT
INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

|  | 12,700 | 001 | INCL | $ | 28.210 | INCL | $ | 358 |

AREA
PER 1000
SQ FT

**LOCATION 010**

61217   BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR
MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK
ONLY)-OTHER THAN NOT-FOR-PROFIT
INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

|  | 74,750 | 001 | INCL | $ | 28.210 | INCL | $ | 2,109 |

AREA
PER 1000
SQ FT

**LOCATION 011**

22-19 (12/02)

INSURED COPY

**RENEWAL**

Forming a part of

| Policy Number: GL  9537911 |
|---|

| Coverage is Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |
|---|

| Named Insured: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT CO WASHINGTON SECURITIES LTD REFER TO NAMED INSURED SCHEDULE | EARLY CASSIDY & SCHILLING INC |
| | Agent Code: 5290472          Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | | All Other |
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 8,291 | 001 | INCL | $      28.210 | INCL | $ | 234 |
| | AREA PER 1000 SQ FT | | | | | | |

**LOCATION 013**

| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
|---|---|---|---|---|---|---|---|
| | 15,500 | 001 | INCL | $      28.210 | INCL | $ | 437 |
| | AREA PER 1000 SQ FT | | | | | | |

**LOCATION 016**

22-19 (12/02)

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 46607 | PARKING-PUBLIC-SHOPPING CENTERS-MAINTAINED BY THE INSURED (LESSOR'S RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 20,940 | 001 | INCL | $ 14.688 | INCL | $ 308 |
| | AREA PER 1000 SQ FT | | | | | |

**LOCATION 028**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| 46362 | MODEL HOMES INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF ANY | 001 | INCL | $ 234.261 | INCL | |
| | EACH HOME | | | | | |
| 47050 | REAL ESTATE AGENTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF ANY | 001 | INCL | $ 6.916 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 47052 | REAL ESTATE PROPERTY MANAGED INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF ANY | 001 | INCL | $ 3.696 | INCL | |
| | GROSS SALES PER $1000 | | | | | |
| 91340 | CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING THREE STORIES IN HEIGHT | | | | | |
| | IF ANY | 001 | $ 8.604 | $ 17.067 | | |
| | PAYROLL PER $1000 | | | | | |

22-19 (12/02)

INSURED COPY

RENEWAL

Forming a part of

| Policy Number: GL  9537911 | |
|---|---|
| Coverage is Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY | |
| Named Insured:<br>  W C & A N MILLER DEVELOPMENT<br>  CO WASHINGTON SECURITIES LTD<br>  REFER TO NAMED INSURED SCHEDULE | Agent:<br>  EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class<br>Code | Classification Description<br>Premium<br>Base | Territory<br>Code | Rates<br>Prod/<br>Comp Ops | All<br>Other | Advance Premium<br>Prod/<br>Comp Ops | All<br>Other |
|---|---|---|---|---|---|---|
| 91342 | CARPENTRY<br>IF  ANY<br><br>PAYROLL<br>PER $1000 | 001 | $  6.265 | $    24.137 | | |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-<br>INTENDANTS<br>INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS<br>      78,000<br>PAYROLL<br>PER $1000 | 001 | INCL | $    53.697 | INCL | $    4,188 |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING<br>CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO<br>FAMILY DWELLINGS<br>      500,000<br>TOTAL COST<br>PER $1000 | 001 | $  2.419 | $     0.117 | $    1,210 | $    59 |

**22-19 (12/02)**

INSURED COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

### PREMIUM

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OR EQUIPMENT OR MATERIAL INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF ANY | 001 | INCL | $ | 16.214 | INCL | |
| | PAYROLL PER $1000 | | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | | |
| | IF ANY | 001 | $ 2.501 | $ | 17.655 | | |
| | PAYROLL PER $1000 | | | | | | |
| 94007 | EXCAVATION | | | | | | |
| | IF ANY | 001 | $ 6.094 | $ | 54.585 | | |
| | PAYROLL PER $1000 | | | | | | |
| 97047 | LANDSCAPE GARDENING INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF ANY | 001 | INCL | $ | 13.505 | INCL | |
| | PAYROLL PER $1000 | | | | | | |
| 97447 | MASONRY | | | | | | |
| | IF ANY | 001 | $ 3.396 | $ | 19.590 | | |
| | PAYROLL PER $1000 | | | | | | |
| 98304 | PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES OR LESS IN HEIGHT | | | | | | |
| | IF ANY | 001 | $ 2.424 | $ | 23.688 | | |
| | PAYROLL PER $1000 | | | | | | |

LOCATION 041

22-19 (12/02)

INSURED COPY

RENEWAL

Forming a part of

| Policy Number: GL  9537911 |
| --- |

| Coverage is Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |
| --- |

| Named Insured: | Agent: |
| --- | --- |
| **W C & A N MILLER DEVELOPMENT** | **EARLY CASSIDY & SCHILLING INC** |
| **CO WASHINGTON SECURITIES LTD** | |
| **REFER TO NAMED INSURED SCHEDULE** | Agent Code: 5290472        Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 47050 | REAL ESTATE AGENTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF ANY | 001 | INCL | $      6.916 | INCL | | |
| | PAYROLL PER $1000 | | | | | | |

MD

LOCATION 003

| 46607 | PARKING-PUBLIC-SHOPPING CENTERS-MAINTAINED BY THE INSURED (LESSOR'S RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 212,000 | 002 | INCL | $     12.432 | INCL | $ | 2,636 |
| | AREA PER 1000 SQ FT | | | | | | |

| 67635 | SHOPPING CENTERS - BUILDING OR PREMISES NOT OCCUPIED BY THE INSURED (LESSORS RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 198,613 | 002 | INCL | $     32.456 | INCL | $ | 6,446 |
| | AREA PER 1000 SQ FT | | | | | | |

LOCATION 014

22-19 (12/02)

INSURED COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 63010 | DWELLINGS-ONE FAMILY (LESSORS RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 1 | 001 | INCL | $ 50.950 | INCL | $ | 51 |
| | EACH DWELLING | | | | | | |

**LOCATION 015**

| 63010 | DWELLINGS-ONE FAMILY (LESSORS RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2 | 001 | INCL | $ 50.950 | INCL | $ | 102 |
| | EACH DWELLING | | | | | | |

**LOCATION 018**

| 47050 | REAL ESTATE AGENTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1,200,000 | 001 | INCL | $ 2.976 | INCL | $ | 3,571 |
| | PAYROLL PER $1000 | | | | | | |

**LOCATION 019**

| 63010 | DWELLINGS-ONE FAMILY (LESSORS RISK ONLY) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 002 | INCL | $ 51.068 | INCL | $ | 51 |
| | EACH DWELLING | | | | | | |

**LOCATION 020**

| 47051 | REAL ESTATE DEVELOPMENT PROPERTY INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 002 | INCL | $ 7.018 | INCL | $ | 7 |
| | EACH ACRE | | | | | | |

22-19 (12/02)

INSURED COPY

**RENEWAL**

Forming a part of

| Policy Number: GL  9537911 |
| --- |
| Coverage Is Provided In  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |

| Named Insured: | Agent: |
| --- | --- |
| W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472          Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class<br>Code | Classification Description | | Rates | | | Advance Premium | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Premium<br>Base | Territory<br>Code | Prods/<br>Comp Ops | All<br>Other | | Prods/<br>Comp Ops | All<br>Other |
| **LOCATION 025** | | | | | | | |
| 47051 | REAL ESTATE DEVELOPMENT PROPERTY<br>INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 4 | 002 | INCL | $      7.018 | INCL | $ | 28 |
| | EACH<br>ACRE | | | | | | |
| **LOCATION 029** | | | | | | | |
| 47052 | REAL ESTATE PROPERTY MANAGED<br>INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 52,076 | 001 | INCL | $      2.665 | INCL | $ | 139 |
| | GROSS SALES<br>PER $1000 | | | | | | |
| 91340 | CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING<br>THREE STORIES IN HEIGHT | | | | | | |
| | 1,495,668 | 001 | $ 6.014 | $    11.021 | $       8,995 | $ | 16,484 |
| | PAYROLL<br>PER $1000 | | | | | | |

22-19 (12/02)

INSURED COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 91342 | CARPENTRY | | | | | |
| | IF ANY | 001 | $ 3.669 | $ 15.593 | | |
| | PAYROLL PER $1000 | | | | | |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-INTENDANTS | | | | | |
| | INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | 129,000 | 001 | INCL | $ 28.715 | INCL | $ 3,704 |
| | PAYROLL PER $1000 | | | | | |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO FAMILY DWELLINGS | | | | | |
| | 5,500,000 | 001 | $ 1.862 | $ 0.084 | $ 10,241 | $ 462 |
| | TOTAL COST PER $1000 | | | | | |
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OR EQUIPMENT OR MATERIAL | | | | | |
| | INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF ANY | 001 | INCL | $ 8.337 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | |
| | 35,000 | 001 | $ 1.482 | $ 11.685 | $ 52 | $ 409 |
| | PAYROLL PER $1000 | | | | | |

22-19 (12/02)

INSURED COPY

RENEWAL

Forming a part of

| Policy Number: GL 9537911 |
|---|

| Coverage Is Provided In  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |
|---|

| Named Insured: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472        Agent Phone: (301) 948-5800 |

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

### PREMIUM

| Class Code | Classification Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Rates Prods/ Comp Ops | All Other | Advance Premium Prods/ Comp Ops | All Other | |
| 94007 | EXCAVATION | | | | | | |
| | IF  ANY | 001 | $  4.628 | $   27.583 | | | |
| | PAYROLL PER $1000 | | | | | | |
| 97047 | LANDSCAPE GARDENING INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF  ANY | 001 | INCL | $    8.708 | INCL | | |
| | PAYROLL PER $1000 | | | | | | |
| 97447 | MASONRY | | | | | | |
| | IF  ANY | 001 | $  2.254 | $   10.468 | | | |
| | PAYROLL PER $1000 | | | | | | |
| 98304 | PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES OR LESS IN HEIGHT | | | | | | |
| | 327,746 | 001 | $  1.607 | $   11.928 | $    527 | $    3,909 | |
| | PAYROLL PER $1000 | | | | | | |

LOCATION 031

22-19 (12/02)

INSURED COPY

09/30/2003  GL  9537911          NMCOXDBQ010                    PGDM060D J21775      AGENTM     00018723  Page     77

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 47051 | REAL ESTATE DEVELOPMENT PROPERTY INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 1 | 002 | INCL | $ | 7.018 | INCL | $ 7 |
| | EACH ACRE | | | | | | |

**LOCATION 042**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 47051 | REAL ESTATE DEVELOPMENT PROPERTY INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 1 | 002 | INCL | $ | 7.018 | INCL | $ 7 |
| | EACH ACRE | | | | | | |

**VA**

**LOCATION 026**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 47050 | REAL ESTATE AGENTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 800,000 | 001 | INCL | $ | 2.588 | INCL | $ 2,070 |
| | PAYROLL PER $1000 | | | | | | |
| 47052 | REAL ESTATE PROPERTY MANAGED INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF ANY | 001 | INCL | $ | 1.513 | INCL | |
| | GROSS SALES PER $1000 | | | | | | |
| 49451 | VACANT LAND-OTHER THAN NOT-FOR-PROFIT INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 360 | 001 | INCL | $ | 2.193 | INCL | $ 789 |
| | EACH ACRE | | | | | | |

22-19 (12/02)

INSURED COPY

**RENEWAL**

Forming a part of

| Policy Number: GL  9537911 |
|---|

| Coverage is Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |
|---|

| Named Insured:<br>W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | Agent:<br>EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472        Agent Phone: (301)-948-5800 |
|---|---|

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 91340 | CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING THREE STORIES IN HEIGHT | | | | | |
| | IF ANY | 001 | $ 4.461 | $ | | 9.796 |
| | PAYROLL PER $1000 | | | | | |
| 91342 | CARPENTRY | | | | | |
| | IF ANY | 001 | $ 2.801 | $ | | 13.595 |
| | PAYROLL PER $1000 | | | | | |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-INTENDANTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF ANY | 001 | INCL | $ | 18.688 INCL | |
| | PAYROLL PER $1000 | | | | | |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO FAMILY DWELLINGS | | | | | |
| | IF ANY | 001 | $ 2.574 | $ | | 0.039 |
| | TOTAL COST PER $1000 | | | | | |

**22-19 (12/02)**

**INSURED COPY**

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OF EQUIPMENT OR MATERIAL INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF ANY | 001 | INCL | $ 6.676 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | |
| | IF ANY | 001 | $ 1.380 | $ 9.779 | | |
| | PAYROLL PER $1000 | | | | | |
| 94007 | EXCAVATION | | | | | |
| | IF ANY | 001 | $ 3.359 | $ 22.726 | | |
| | PAYROLL PER $1000 | | | | | |
| 97047 | LANDSCAPE GARDENING INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | |
| | IF ANY | 001 | INCL | $ 7.469 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 97447 | MASONRY | | | | | |
| | IF ANY | 001 | $ 1.796 | $ 6.250 | | |
| | PAYROLL PER $1000 | | | | | |
| 98304 | PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES OR LESS IN HEIGHT | | | | | |
| | IF ANY | 001 | $ 1.302 | $ 9.813 | | |
| | PAYROLL PER $1000 | | | | | |

**LOCATION 030**

22-19 (12/02)

INSURED COPY

RENEWAL

Forming a part of

| Policy Number: GL  9537911 |
| Coverage is Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |

| Named Insured: | Agent: |
| W C & A N MILLER DEVELOPMENT | EARLY CASSIDY & SCHILLING INC |
| CO WASHINGTON SECURITIES LTD | |
| REFER TO NAMED INSURED SCHEDULE | Agent Code: 5290472     Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
|---|---|---|---|---|---|---|---|
| 47050 | REAL ESTATE AGENTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF  ANY | 004 | INCL | $ | 2.424 | INCL | |
| | PAYROLL PER $1000 | | | | | | |
| 47051 | REAL ESTATE DEVELOPMENT PROPERTY INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF  ANY | 004 | INCL | $ | 36.001 | INCL | |
| | EACH ACRE | | | | | | |
| 47052 | REAL ESTATE PROPERTY MANAGED INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF  ANY | 004 | INCL | $ | 1.513 | INCL | |
| | GROSS SALES PER $1000 | | | | | | |
| 91340 | CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING THREE STORIES IN HEIGHT | | | | | | |
| | IF  ANY | 004 | $  4.461 | $ | 9.796 | | |
| | PAYROLL PER $1000 | | | | | | |

22-19 (12/02)

INSURED COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | **Rates** Prods/ Comp Ops | All Other | **Advance Premium** Prods/ Comp Ops | All Other | |
| 91342 | CARPENTRY | | | | | | |
| | IF ANY | 004 | $ 2.801 | $ 13.595 | | | |
| | PAYROLL PER $1000 | | | | | | |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-INTENDANTS INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF ANY | 004 | INCL | $ 18.688 | INCL | | |
| | PAYROLL PER $1000 | | | | | | |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO FAMILY DWELLINGS | | | | | | |
| | IF ANY | 004 | $ 2.574 | $ 0.039 | | | |
| | TOTAL COST PER $1000 | | | | | | |
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OF EQUIPMENT OR MATERIAL INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF ANY | 004 | INCL | $ 10.957 | INCL | | |
| | PAYROLL PER $1000 | | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | | |
| | IF ANY | 004 | $ 1.380 | $ 9.779 | | | |
| | PAYROLL PER $1000 | | | | | | |

22-19 (12/02)

INSURED COPY

RENEWAL

Forming a part of

| Policy Number: GL  9537911 |
| --- |

| Coverage is Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |
| --- |

| Named Insured: | Agent: |
| --- | --- |
| W C & A N MILLER DEVELOPMENT | EARLY CASSIDY & SCHILLING INC |
| CO WASHINGTON SECURITIES LTD | |
| REFER TO NAMED INSURED SCHEDULE | Agent Code: 5290472        Agent Phone:  (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **Rates** | | | **Advance Premium** | |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 94007 | EXCAVATION | | | | | | |
| | IF   ANY | 004 | $   3.359 | $ | 22.726 | | |
| | PAYROLL PER $1000 | | | | | | |
| 97047 | LANDSCAPE GARDENING | | | | | | |
| | INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | IF   ANY | 004 | INCL | $ | 7.469 | INCL | |
| | PAYROLL PER $1000 | | | | | | |
| 97447 | MASONRY | | | | | | |
| | IF   ANY | 004 | $   1.796 | $ | 6.250 | | |
| | PAYROLL PER $1000 | | | | | | |
| 98304 | PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES OR LESS IN HEIGHT | | | | | | |
| | IF   ANY | 004 | $   1.302 | $ | 9.813 | | |
| | PAYROLL PER $1000 | | | | | | |

**LOCATION 032**

22-19 (12/02)

**INSURED COPY**

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 47051 | REAL ESTATE DEVELOPMENT PROPERTY INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
| | 5 | 004 | INCL | $ | 36.001 | INCL | $ 180 |
| | EACH ACRE | | | | | | |

**LOCATION 033**

| 47051 | REAL ESTATE DEVELOPMENT PROPERTY INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | | | | | | |
|---|---|---|---|---|---|---|---|
| | 7 | 004 | INCL | $ | 36.001 | INCL | $ 252 |
| | EACH ACRE | | | | | | |

| Audit Period: ANNUAL | Total Advance Premium | INCLUDED |
|---|---|---|

**FORMS AND ENDORSEMENTS**

Forms and Endorsements applying to this Coverage Part and made part of this policy:

| Form Number | | Description |
|---|---|---|
| 17-22 | - 1202 | EXCLUSION - LEAD |
| 17-98 | - 1202 | EXCLUSION - ASBESTOS |
| 22-44 | - 1202 | AMENDATORY ENDORSEMENT |
| 22-45 | - 1202 | COMMERCIAL GENERAL LIABILITY EXTENSION ENDORSEMENT |
| CG0001 | - 1001 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0062 | - 1202 | WAR LIABILITY EXCLUSION |
| CG0179 | - 0702 | VIRGINIA CHANGES |
| CG0201 | - 1100 | MARYLAND CHANGES |
| CG2018 | - 1185 | ADDITIONAL INSURED-MORTGAGEE, ASSIGNEE, OR RECEIVER |
| CG2147 | - 0798 | EMPLOYMENT RELATED PRACTICES EXCLUSION |
| CG2167 | - 0402 | FUNGI OR BACTERIAL EXCLUSION |
| CG2270 | - 1185 | REAL ESTATE PROPERTY MANAGED |
| CG2279 | - 0798 | EXCLUSION-CONTRACTORS - PROFESSIONAL LIABILITY |
| CG2503 | - 0397 | DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGG LIMIT |

22-19 (12/02)

INSURED COPY

**RENEWAL**

Forming a part of

| Policy Number: GL  9537911 |
|---|
| Coverage is Provided In  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |

| Named Insured: | Agent: |
|---|---|
| **W C & A N MILLER DEVELOPMENT** | **EARLY CASSIDY & SCHILLING INC** |
| **CO WASHINGTON SECURITIES LTD** | |
| **REFER TO NAMED INSURED SCHEDULE** | Agent Code: 5290472      Agent Phone: (301)-948-5800 |

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)**

FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy:

Form Number          Description

CG2504        - 0397  DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT

CL175         - 0286  QUICK REFERENCE COMML GENERAL LIABILITY COVERAGE PART

Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc. 1982,1983, 1984, 1985, 2000.

Date Issued: 10/09/2003

22-19 (12/02)

RENEWAL



Forming a part of

| Policy Number: GL  9537911 |
| --- |

| Coverage is Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |
| --- |

| Named Insured: <br> W C & A N MILLER DEVELOPMENT <br> CO WASHINGTON SECURITIES LTD <br> REFER TO NAMED INSURED SCHEDULE | Agent: <br> EARLY CASSIDY & SCHILLING INC <br><br> Agent Code: 5290472     Agent Phone: (301)-948-5800 |
| --- | --- |

NAMED INSURED SCHEDULE

First Named Insured:

Name/Address                          Form of Business: CORPORATION

W C & A N MILLER DEVELOPMENT CO WASHINGTON SECURITIES LTD
HAYMOUNT CORPORATION F&R CORPORATION INC
W C & A N MILLER REFERRAL CO W C & A N MILLER COMPANIES
W C & A N MILLER HOME SERVICES LLC BOYD PARK LLC
MILLER REAL ESTATE SERVICES LLC GREENWAY LANDING GROUP
LLC ARLINGTON ROAD LLC OAKPARK LLC
OAK PARK AT BURNING TREE LLC BRADLEY HILLS GROVE
HOMES OF VIRGINIA LLC COMMONWEALTH HOMES LLC
4315 50TH STREET NW
WASHINGTON DC   20016

Date Issued:   10/09/2003

17-58 (06/94)

INSURED COPY

Forming a part of

| | |
|---|---|
| Policy Number: GL  9537911 | |
| Coverage is Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY | |
| Named Insured:<br>  W C & A N MILLER DEVELOPMENT<br>  CO WASHINGTON SECURITIES LTD<br>  REFER TO NAMED INSURED SCHEDULE | Agent:<br>  EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472     Agent Phone: (301)-948-5800 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED—MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**

**Designation of Premises:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1.  WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

2.  This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

CG 20 18 (11/85)

Copyright, Insurance Services Office, Inc., 1984
INSURED COPY

09/30/2003  GL   9537911       NMCOXDBQ010         PGDM060D J21775      AGENTM    00018743  Page    97

Forming a part of

| Policy Number: GL 9537911 |
|---|

| Coverage is Provided in PEERLESS INSURANCE COMPANY - A STOCK COMPANY |
|---|

| Named Insured:<br>**W C & A N MILLER DEVELOPMENT**<br>**CO WASHINGTON SECURITIES LTD**<br>**REFER TO NAMED INSURED SCHEDULE** | Agent:<br>**EARLY CASSIDY & SCHILLING INC**<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5800 |
|---|---|

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DESIGNATED CONSTRUCTION PROJECT(S)
## GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Designated Construction Projects:**

ALL PROJECTS

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

A.  For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

   1.  A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

   2.  The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard," and for medical expenses under COVERAGE C regardless of the number of:

       a.  Insureds;

       b.  Claims made or "suits" brought; or

       c.  Persons or organizations making claims or bringing "suits."

   3.  Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

   4.  The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

CG 25 03 (03/97)

Copyright, Insurance Services Office, Inc., 1996
INSURED COPY

09/30/2003  GL  9537911        NMCOXDBQ010        PGDM060D J21775      AGENTM    00018745  Page    99

B. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

1. Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

2. Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

C. When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

D. If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

E. The provisions of Limits Of Insurance (SECTION III) not otherwise modified by this endorsement shall continue to apply as stipulated.

CG 25 03 (03/97)

Copyright, Insurance Services Office, Inc., 1996
INSURED COPY

Forming a part of

| | |
|---|---|
| **Policy Number: GL  9537911** | |
| **Coverage is Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY** | |
| **Named Insured:**<br>W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | **Agent:**<br>EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472      Agent Phone: (301)-948-5800 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which can be attributed only to operations at a single designated "location" shown in the Schedule below:

    **1.** A separate Designated Location General Aggregate Limit applies to each designated "location," and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

    **2.** The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard," and for medical expenses under COVERAGE C regardless of the number of:

        **a.** Insureds;

        **b.** Claims made or "suits" brought; or

        **c.** Persons or organizations making claims or bringing "suits."

    **3.** Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location." Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated "location" shown in the Schedule below.

    **4.** The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which cannot be attributed only to operations at a single designated "location" shown in the Schedule below:

    **1.** Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

    **2.** Such payments shall not reduce any Designated Location General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

**D.** For the purposes of this endorsement, the Definitions Section is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**E.** The provisions of Limits Of Insurance (SECTION III) not otherwise modified by this endorsement shall continue to apply as stipulated.

CG 25 04 (03/97)

Copyright, Insurance Services Office, Inc., 1996

**INSURED COPY**

**SCHEDULE**

**Designated Location(s):**

SEE LIABILITY SCHEDULE

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

CG 25 04 (03/97)

Copyright, Insurance Services Office, Inc., 1996
**INSURED COPY**

POLICY NUMBER: GL  9537911                                        17-105-A (10/95)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

ADDITIONAL INSURED CG2018 (CONTINUED)
TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY
AND ITS SUCCESSORS, ASSIGNS AND AFFILIATES AS
THEIR INTEREST MAY APPEAR C/O AEGON USA REALTY
ADVISORS INC MORTGAGE LOAN DEPARTMENT
4333 EDGEWOOD RD NE
CEDAR RAPIDS, IA 52499

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### EXCLUSION – LEAD LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL PROTECTOR® LIABILITY COVERAGE FORM

This insurance does not apply to:

1.  "Bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, either directly or indirectly out of the mining, processing, manufacture, storage, distribution, sale, installation, removal, disposal, handling, inhalation, ingestion, absorption, use or existence of, exposure to, or contact with lead or lead contained in goods, products or materials; or

2.  Any loss, cost or expense arising out of any:

    a.  Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead or lead contained in goods, products or materials; or

    b.  Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead or lead contained in goods, products or materials.

17-22 (12/02)                                                      Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXCLUSION – ASBESTOS LIABILITY**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL PROTECTOR® LIABILITY COVERAGE FORM

This insurance does not apply to:

1.  "Bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, either directly or indirectly out of the manufacture, storage, processing, mining, use, sale, installation, removal, disposal, distribution, handling, inhalation, ingestion, absorption, or existence of, exposure to or contact with asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust; or

2.  Any loss, cost or expense arising out of any:

    a.  Request, demand, order, or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust; or

    b.  Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**AMENDATORY ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** With respect to the **COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

1. Provision b.(2) under paragraph 2. Exclusions of COVERAGE A BODILY INJURY AND PROPERTY DAMAGE (SECTION I) is replaced by the following:

   (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

2. Paragraph 2. of SUPPLEMENTARY PAYMENTS - COVERAGES A AND B does not apply.

**B.** With respect to the **OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART:**

1. Provision b.(2) under paragraph 2. Exclusions of SECTION I – COVERAGES – BODILY INJURY AND PROPERTY DAMAGE LIABILITY is replaced by the following:

   (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

2. Paragraph 2. of SUPPLEMENTARY PAYMENTS does not apply.

**C.** With respect to the **PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART:**

1. Provision b.(2) under paragraph 2. Exclusions of SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS – BODILY INJURY AND PROPERTY DAMAGE LIABILITY is replaced by the following:

   (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

2. Paragraph 2. of SUPPLEMENTARY PAYMENTS does not apply.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COMMERCIAL GENERAL LIABILITY EXTENSION ENDORSEMENT

This endorsement modifies insurance under the

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
| --- |
| The following endorsement provision does not apply when "X" is shown in the space provided below:<br><br>_____ Provision C. PROPERTY DAMAGE – BORROWED EQUIPMENT does not apply<br>_____ Provision D. PROPERTY DAMAGE – CUSTOMERS' GOODS does not apply<br>_____ Provision G. MEDICAL PAYMENTS EXTENSION does not apply<br>_____ Provision I. ADDITIONAL INSUREDS – BY CONTRACT, AGREEMENT OR PERMIT does not apply<br>_____ Provision J. ADDITIONAL INSUREDS – VENDORS does not apply<br>_____ Provision K. BROAD FORM NAMED INSURED does not apply<br>_____ Provision L. FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES does not apply<br>_____ Provision M. KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT does not apply |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement)

With respect to coverage afforded by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**A.  NON-OWNED AIRCRAFT**

Under paragraph 2. Exclusions of COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I), exclusion g. Aircraft, Auto Or Watercraft does not apply to an aircraft provided:

1.  It is not owned by any insured;

2.  It is hired, chartered or loaned with a trained paid crew;

3.  The pilot in command holds a currently effective certificate, issued by the duly constituted authority of the United States of America or Canada, designating her or him a commercial or airline pilot; and

4.  It is not being used to carry persons or property for a charge.

However, the insurance afforded by this provision does not apply if there is available to the insured other valid and collectible insurance, whether primary, excess (other than insurance written to apply specifically in excess of this policy), contingent or on any other basis, that would also apply to the loss covered under this provision.

**B.  NON-OWNED WATERCRAFT**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.<br>Copyright, Insurance Services Office, Inc., 2000

Under paragraph 2. Exclusions of COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I), provision (2)(a) of exclusion g. Aircraft, Auto Or Watercraft is replaced by the following:

This exclusion does not apply to:

(2) A watercraft you do not own that is:

(a) Less than 51 feet long; and

## C.  PROPERTY DAMAGE - BORROWED EQUIPMENT

1.  Under paragraph 2. Exclusions of COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I), provision (4) of exclusion J. Damage To Property does not apply to "property damage" to borrowed equipment while that equipment is not being used to perform operations at the job site.

2.  Under SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, the following is added to Condition 4. Other Insurance, paragraph b. Excess Insurance:

    The insurance afforded by provision C. in the Commercial General Liability Extension Endorsement is excess over any of the other insurance, whether primary, excess, contingent or on any other basis, that is property insurance.

3.  This endorsement provision C. does not apply when it is shown in the Schedule as not applicable.

## D.  PROPERTY DAMAGE – CUSTOMERS' GOODS

1.  Under paragraph 2. Exclusions of COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I), provisions (3), (4) and (6) of exclusion J. Damage To Property do not apply to "property damage" to "customers' goods" while on your premises.

2.  Under SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, the following is added to Condition 4. Other Insurance, paragraph b. Excess Insurance:

    The insurance afforded by provision D. in the Commercial General Liability Extension Endorsement is excess over any of the other insurance, whether primary, excess, contingent or on any other basis, that is property insurance.

3.  The following is added to SECTION V - DEFINITIONS:

    "Customers' goods" means property of your customer on your premises for the purpose of being worked on or used in your manufacturing process.

4.  This endorsement provision D. does not apply when it is shown in the Schedule as not applicable.

## E.  PROPERTY DAMAGE LIABILITY – ELEVATORS

1.  Under paragraph 2. Exclusions of COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I), provisions (3), (4) and (6) of exclusion J. Damage To Property do not apply if such "property damage" results from the use of elevators.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

2. The following is added to **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS,** Condition 4. Other Insurance, paragraph b. Excess Insurance:

    The insurance afforded by provision E. in the Commercial General Liability Extension Endorsement is excess over any of the other insurance, whether primary, excess, contingent or on any other basis, that is property insurance.

F. **DAMAGE BY FIRE, LIGHTNING, EXPLOSION, SMOKE OR LEAKAGE**

  If Damage To Premises Rented To You is not otherwise excluded from this Coverage Part:

  1. Under subsection 2. Exclusions of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I):**

      a. The fourth from the last paragraph of exclusion j. Damage To Property is replaced by the following:

          Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke, or leakage from automatic fire protection systems) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.  A separate limit of insurance applies to Damage To Premises Rented To You as described in **SECTION III – LIMITS OF INSURANCE.**

      b. The last paragraph of subsection 2. Exclusions is replaced by the following:

          Exclusions c. through n. do not apply to damage by fire, lightning, explosion, smoke, or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to Damage To Premises Rented To You as described in **SECTION III - LIMITS OF INSURANCE.**

  2. Paragraph 6. under **SECTION III - LIMITS OF INSURANCE** is replaced by the following:

      6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, lightning, explosion, smoke, or leakage from automatic protection systems, while rented to you or temporarily occupied by you with permission of the owner. This limit is the greater of:

          a. $300,000; or

          b. The amount shown in the Declarations for Damage To Premises Rented To You Limit.

  3. The word "fire" is changed to "fire, lightning, explosion, smoke, or leakage from automatic fire protection systems" where it appears in:

      a. **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** Condition 4. Other Insurance, paragraph b. Excess Insurance, subparagraph (1)(b); and

      b. **SECTION V – DEFINITIONS,** paragraph 9.a.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

**G. MEDICAL PAYMENTS EXTENSION**

    **1.**  **SECTION III - LIMITS OF INSURANCE**, paragraph 7. is replaced by the following:

        **7.**  Subject to **5.** above, the Medical Expense Limit is the most we will pay under **Coverage C.** for all medical expenses because of "bodily injury" sustained by any one person. The Medical Expense Limit is the greater of:

            **a.**  $15,000; or

            **b.**  The Medical Expense Limit shown in the Declarations.

    **2.**  Under provision **1.** Insuring Agreement of **COVERAGE C MEDICAL PAYMENTS (SECTION I)**, the second subparagraph **(2)** of paragraph **a.** is replaced by the following:

        **(2)**  The expenses are incurred and reported to us within three years of the date of the accident; and

    **3.**  This endorsement provision **G.** does not apply when:

        **a.**  It is shown in the Schedule as not applicable; or

        **b.**  **COVERAGE C. MEDICAL PAYMENTS (SECTION I)** is otherwise excluded from this Coverage Part.

**H. EXTENSION OF SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

    Under **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**:

    **1.**  Paragraph **1.b.** is replaced by the following:

        **b.**  Up to $2500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

    **2.**  Paragraph **1.d.** is replaced by the following:

        **d.**  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $300 a day because of time off from work.

**I.**  **ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT**

    **1.**  Paragraph **2.** under **SECTION II - WHO IS AN INSURED** is amended to include as an insured any person or organization when you and such person or organization have agreed in writing in a contract, agreement or permit that such person or organization be added as an additional insured on your policy to provide insurance such as is afforded under this Coverage Part. Such person or organization is an additional insured only with respect to liability arising out of:

        **a.**  Your ongoing operations performed for that person or organization; or

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

                                                     

b. Premises or facilities owned or used by you.
With respect to provision 1.a. above, a person's or organization's status as an insured under this endorsement ends when your operations for that person or organization are completed.

With respect to provision 1.b. above, a person's or organization's status as an insured under this endorsement ends when their contract or agreement with you for such premises or facilities ends.

2. This endorsement provision I. does not apply:

  a. Unless the written contract or agreement has been executed, or permit has been issued, prior to the "bodily injury", "property damage" or "personal and advertising injury";

  b. To "bodily injury" or "property damage" occurring after:

    (1) All work, including materials, parts or equipment furnished in connection with such work, in the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the site of the covered operations has been completed; or

    (2) That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project;

  c. To the rendering of or failure to render any professional services including, but not limited to, any professional architectural, engineering or surveying services such as:

    (1) The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

    (2) Supervisory, inspection, architectural or engineering activities;

  d. To "bodily injury", "property damage" or "personal and advertising injury" arising out of any act, error or omission that results from the additional insured's sole negligence or wrongdoing;

  e. To any person or organization included as an insured under provision J. of this endorsement;

  f. To any person or organization included as an insured by a separate additional insured endorsement issued by us and made a part of this policy; or

  g. When it is shown in the Schedule as not applicable.

J. **ADDITIONAL INSURED – VENDORS**

Paragraph 2. under SECTION II - WHO IS AN INSURED is amended to include as an insured any person or organization (referred to below as "vendor") with whom you agreed, in a written contract or agreement to provide insurance such as is afforded under this policy, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

1. The insurance afforded the vendor does not apply to:

  a. "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply

to liability for damages that the vendor would have in the absence of the contract or agreement;

    **b.** Any express warranty unauthorized by you;

    **c.** Any physical or chemical change in the product made intentionally by the vendor;

    **d.** Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

    **e.** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed

to make or normally undertakes to make in the course of business, in connection with the distribution or sale of the products;

    **f.** Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

    **g.** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

    **h.** To "bodily injury" or "property damage" arising out of any act, error or omission that results from the additional insured's sole negligence or wrongdoing.

**2.** This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

**3.** This endorsement provision J. does not apply when it is shown in the Schedule as not applicable.

## K. BROAD FORM NAMED INSURED

**1.** SECTION II - WHO IS AN INSURED is amended to include as an insured any legally incorporated entity of which you own more than 50 percent of the voting stock during the policy period.

**2.** Under SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, the following is added to Condition 4. Other Insurance, paragraph b. Excess Insurance:

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis, that is available to an insured solely by reason of ownership by you of more than 50 percent of the voting stock.

**3.** Paragraph 2. of this endorsement provision K. does not apply to a policy written to apply specifically in excess of this policy.

**4.** This endorsement provision K. does not apply when it is shown in the Schedule as not applicable.

## L. FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES

**1.** Under SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, the following is added to Condition 6. Representations:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

22-45 (12/02)                                                                 Page 6 of 7

Your failure to disclose all hazards or prior "occurrences" existing as of the inception date of the policy shall not prejudice the coverage afforded by this policy provided such failure to disclose all hazards or prior "occurrences" is not intentional.

2.  This endorsement provision L. does not apply when it is shown in the Schedule as not applicable.

## M.  KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT

1.  Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**, the following is added to Condition 2. **Duties in the Event of Occurrence, Offense, Claim Or Suit:**

Knowledge of an "occurrence", offense, claim or "suit" by an agent, servant or "employee" of any insured shall not in itself constitute knowledge of the insured unless an insured listed under paragraph 1. of **SECTION II – WHO IS AN INSURED** or a person who has been designated by them to receive reports of occurrences, offenses, claims and "suits" shall have received such notice from the agent, servant or "employee".

2.  This endorsement provision M. does not apply when it is shown in the Schedule as not applicable.

## N.  LIBERALIZATION CLAUSE

If we revise this Commercial General Liability Extension Endorsement to provide more coverage without additional premium charge, your policy will automatically provide the coverage as of the day the revision is effective in your state.  This does not apply to provisions that are shown in the Schedule as not applicable.

## O.  BODILY INJURY REDEFINED

Under **SECTION V - DEFINITIONS**, definition 3. is replaced by the following:

3.  "Bodily injury" means physical injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death that results from such physical injury, sickness or disease.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

22-45 (12/02)

COMMERCIAL GENERAL LIABILITY
CG 00 01 10 01

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© ISO Properties, Inc., 2000    CG 00 01 10 01    ☐

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

© ISO Properties, Inc., 2000

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. **War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. **Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a sub-contractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance ; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of websites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

© ISO Properties, Inc., 2000

CG 00 01 10 01    □

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**COVERAGE C MEDICAL PAYMENTS**

1. **Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while taking part in athletics.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage A.

h. **War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

© ISO Properties, Inc., 2000       CG 00 01 10 01    ▢

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal and advertising injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by,

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

   a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

   b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. Bankruptcy

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

     (1) How, when and where the "occurrence" or offense took place;

     (2) The names and addresses of any injured persons and witnesses; and

     (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

© ISO Properties, Inc., 2000
CG 00 01 10 01　☐

b. If a claim is made or "suit" is brought against any insured, you must:

    (1) Immediately record the specifics of the claim or "suit" and the date received; and

    (2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

    (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

    (2) Authorize us to obtain records and other information;

    (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

    (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance

This insurance is excess over:

    (1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

        (a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

        (b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

        (c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

        (d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability.

    (2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

© ISO Properties, Inc., 2000

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in a. above;

      (2) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

      (1) Equipment designed primarily for:

         (a) Snow removal;

         (b) Road maintenance, but not construction or resurfacing; or

         (c) Street cleaning;

      (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

      (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

   © ISO Properties, Inc., 2000   CG 00 01 10 01   □

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include "bodily injury" or "property damage" arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

      (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes

   (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

   (2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

   (1) Work or operations performed by you or on your behalf; and

   (2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes

   (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

   (2) The providing of or failure to provide warnings or instructions.

© ISO Properties, Inc., 2000
CG 00 01 10 01    □

COMMERCIAL GENERAL LIABILITY
CG 00 62 12 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Exclusion i. under Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability is replaced by the following:

2. **Exclusions**

This insurance does not apply to:

i. **War**

"Bodily injury" or "property damage", however caused,   arising, directly or indirectly, out of:

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

B. The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

2. **Exclusions**

This insurance does not apply to:

**WAR**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

a. War, including undeclared or civil war; or

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

C. Exclusion h. under Paragraph 2., Exclusions of Section I – Coverage C – Medical Payments does not apply.  Medical payments due to war are now subject to Exclusion g. of Paragraph 2., Exclusions of Section I – Coverage C – Medical Payments since "bodily injury" arising out of war is now excluded under Coverage A.

CG 00 62 12 02                    © ISO Properties, Inc., 2002                    **Page 1 of 1**          □

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# VIRGINIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Paragraph 4. of **Section II – Who Is An Insured** is replaced by the following:

  **4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as an insured if there is no other similar insurance available to that organization. However:

    **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    **b.** Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    **c.** Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

COMMERCIAL GENERAL LIABILITY
CG 02 01 11 00

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MARYLAND CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the **Cancellation Common Policy Condition** are replaced by the following:

 **2.** We may cancel this Coverage Part by mailing to the first Named Insured written notice of cancellation at least:

  **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

  **b.** 45 days before the effective date of cancellation if we cancel for any other reason.

**B.** Paragraph **5.** of the **Cancellation Common Policy Condition** is replaced by the following:

 **5.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

 If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be calculated as follows:

  **a. Policies Written For One Year Or Less**

  We will refund 90% of the pro rata unearned premium.

  **b. Policies Written For More Than One Year**

   **(1)** If the policy is cancelled in the first year, we will refund 90% of the pro rata unearned premium for the first year, plus the full annual premium for subsequent years.

   **(2)** If the policy is cancelled after the first year, we will refund the pro rata unearned premium.

  **c. Continuous And Annual Premium Payment Policies**

  We will refund 90% of the pro rata unearned premium for the year in which the policy is cancelled.

 We will retain the minimum premium, except if the policy is cancelled as of the inception date.

However, if this policy is financed by a premium finance company and we or the premium finance company or the first Named Insured cancels the policy, the refund will be pro rata excluding any expense constant, administrative fee or nonrefundable charge filed with and approved by the insurance commissioner.

The cancellation will be effective even if we have not made or offered a refund.

**C.** Paragraph **6.** of the **Cancellation Common Policy Condition** is replaced by the following:

 A certificate of mailing will be proof of mailing and sufficient proof of notice.

**D.** The following condition is added and supersedes any provisions to the contrary:

 **WHEN WE DO NOT RENEW**

 If we decide not to renew this Coverage Part, we will mail to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 45 days before the expiration date. Even if we do not comply with these terms, this Coverage Part will terminate:

 **1.** On the expiration date, if:

  **a.** You fail to perform any of your obligations in connection with the payment of premium for the Coverage Part or the renewal of the Coverage Part, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit;

  **b.** We have indicated our willingness to renew this Coverage Part to you or your representative;

  **c.** You have notified us or our agent that you do not want to renew this Coverage Part; or

 **2.** On the effective date of any other insurance policy issued as a replacement for any insurance afforded by this Coverage Part, with respect to insurance to which both policies apply.

A certificate of mailing will be proof of mailing and sufficient proof of notice.

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

  (1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

  (2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

  (1) Whether the insured may be liable as an employer or in any other capacity; and

  (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

  (1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

  (2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

  (1) Whether the insured may be liable as an employer or in any other capacity; and

  (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1997

COMMERCIAL GENERAL LIABILITY
CG 21 67 04 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the Definitions Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2001

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "property damage" to property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

With respect to your liability arising out of your management of property for which you are acting as real estate manager this insurance is excess over any other valid and collectible insurance available to you.

COMMERCIAL GENERAL LIABILITY
CG 22 79 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability and Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

    a. Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

    b. Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

2. Subject to Paragraph 3. below, professional services include:

    a. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

    b. Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3. Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

# QUICK REFERENCE
## COMMERCIAL GENERAL LIABILITY COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Commercial General Liability Coverage Part in your policy consists of Declarations, a Coverage Form (either CG 00 01 or CG 00 02), Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up the Coverage Part, listed in sequential order, except for the provisions in the Declarations which may not be in the sequence shown.

**DECLARATIONS**
> Named Insured and Mailing Address
> Policy Period
> Description of Business and Location of Premises
> Limits of Insurance
> Forms and Endorsements applying to the Coverage Part at time of issue

**COVERAGE FORM (CG 00 01 or CG 00 02)**
> SECTION I—COVERAGES
>> Coverage A—Bodily Injury and Property Damage Liability
>>> Insuring Agreement
>>> Exclusions
>> Coverage B—Personal and Advertising Injury Liability
>>> Insuring Agreement
>>> Exclusions
>> Coverage C—Medical Payments
>>> Insuring Agreement
>>> Exclusions
>> Supplementary Payments
> SECTION II—WHO IS AN INSURED
> SECTION III—LIMITS OF INSURANCE
> SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS
>> Bankruptcy
>> Duties in the Event of Occurrence, Claim or Suit
>> Legal Action Against Us
>> Other Insurance
>> Premium Audit
>> Representations
>> Separation of Insureds
>> Transfer of Rights of Recovery Against Others to Us
>> When We Do Not Renew (applicable to CG 00 02 only)
>> Your Right to Claim and "Occurrence" Information (applicable to CG 00 02 only)
> SECTION V—EXTENDED REPORTING PERIODS (applicable to CG 00 02 only)
> SECTION VI—DEFINITIONS (SECTION V in CG 00 01)

**COMMON POLICY CONDITIONS (IL 00 17)**
> Cancellation
> Changes
> Examination of Your Books and Records
> Inspections and Surveys
> Premiums
> Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS (If Any)**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1984, 1988.

CL 175 (2-88)

# EXHIBIT
# D



Montgomery
Insurance ™
Member of Liberty Mutual Group

| Policy Number: GL 9537911 | Prior Policy: 9537911 |
|---|---|

**Policy Period:** 09/30/2004    To: 09/30/2005    12:01 am Standard Time at the Mailing Address of the Named Insured

**Coverage Is Provided In** PEERLESS INSURANCE COMPANY - A STOCK COMPANY

**Billing Type: AGENCY BILL    -    QUARTERLY**

| Named Insured and Mailing Address: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>4315 50TH STREET NW<br>WASHINGTON DC  20016 | EARLY CASSIDY & SCHILLING INC<br>1375 PICCARD DRIVE #375<br>ROCKVILLE MD  20850<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5800 |

**Reason for Amendment:** RENEWAL

**Transaction Effective Date:** 09/30/2004

**Premium for this Transaction:** $  102,252.00

## STATEMENT OF ACCOUNT

| Acct<br>Date | Premium | Surcharge/<br>Assessment | Total<br>Due |
|---|---|---|---|
| 09/2004 | $  31,953.80 | $      0.00 | $  31,953.80 |
| 12/2004 | $  23,432.75 | $      0.00 | $  23,432.75 |
| 03/2005 | $  23,432.75 | $      0.00 | $  23,432.75 |
| 06/2005 | $  23,432.70 | $      0.00 | $  23,432.70 |
| | | Total Premium Charged: | $  102,252.00 |

Date Issued: 09/30/2004

17-B1 (04/97)

09/30/2004        9537911

**INSURED COPY**

PGDM060D J20334  MCAFPPN   00009846  Page 1

**Montgomery Insurance** ᴛᴍ
*Member of Liberty Mutual Group*

RENEWAL

EFFECTIVE DATE: 09/30/2004

| | |
|---|---|
| Policy Number: GL 9537911 | Prior Policy: 9537911 |
| Billing Type: AGENCY BILL | |
| Coverage is Provided in    PEERLESS INSURANCE COMPANY - A STOCK COMPANY | |
| Named Insured and Mailing Address:<br><br>W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>4315 50TH STREET NW<br>WASHINGTON DC  20016<br><br>REFER TO NAMED INSURED SCHEDULE | Agent:<br><br>EARLY CASSIDY & SCHILLING INC<br>1375 PICCARD DRIVE #375<br>ROCKVILLE MD  20850<br><br>Agent Code:  5290472     Agent Phone: (301)-948-5800 |

### COMMON POLICY DECLARATIONS

In return for the payment of premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

POLICY PERIOD: From : 09/30/2004   To: 09/30/2005   at 12:01 AM Standard Time at your mailing address shown above.

FORM OF BUSINESS: CORPORATION

BUSINESS DESCRIPTION: REAL ESTATE SALES AND PROPERTY OWNER AND MGMT

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

|  | PREMIUM |
|---|---|
| Commercial General Liability Coverage Part | INCLUDED |
| Employee Benefits Liability Coverage Part | INCLUDED |
| Total Premium for all Liability Coverage Parts | $    100,426.00 |
| Terrorism Risk Insurance Act of 2002 Coverage | $      1,826.00 |
| Total Policy Premium | $    102,252.00 |

### FORMS AND ENDORSEMENTS

Forms and Endorsements made a part of this policy at time of issue:
Applicable Forms and Endorsements are omitted if shown in specific Coverage Part/Coverage Form Declarations

| Form Number | | Description |
|---|---|---|
| 17-358 | - 1202 | LIMITED TERRORISM EXCLUSION |
| 17-363 | - 1102 | EXCL OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT |
| 17-366 | - 1202 | WAR LIABILITY EXCLUSION |
| CG2171 | - 1202 | LIMITED TERRORISM EXCLUSION |
| CG2176 | - 1102 | EXCL OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT |

17-57 (05/94)

AGENT COPY

09/30/2004    9537911    NMCOXYRA009    PGDM060D J20334    MCAFPPN  00009641  Page    3

## COMMON POLICY DECLARATIONS (continued)

### FORMS AND ENDORSEMENTS

**Forms and Endorsements made a part of this policy at time of issue:**
Applicable Forms and Endorsements are omitted if shown in specific Coverage Part/Coverage Form Declarations

| Form Number | | Description |
|---|---|---|
| CG2673 | - 0602 | MARYLAND CHANGES - PREMIUM AUDIT CONDITION |
| IL0003 | - 0702 | CALCULATION OF PREMIUM |
| IL0017 | - 1198 | COMMON POLICY CONDITIONS |
| IL0021 | - 0702 | NUCLEAR ENERGY LIABILITY EXCLUSION (BROAD FORM) |
| IL0138 | - 0702 | VIRGINIA CHANGES |
| IL0278 | - 0702 | DISTRICT OF COLUMBIA CHANGES - CANCELLATION & NONRENEWL |
| 17-105-A | - 1095 | ENDORSEMENT |
| 17-58 | - 0694 | NAMED INSURED SCHEDULE |

Countersigned:    By_____    _____
                                    Authorized Representative                                              Date

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc. 1982,1983, 1984, 1985.

Date Issued: 09/30/2004

**Montgomery Insurance**
Member of Liberty Mutual Group

RENEWAL

Forming a part of

| | |
|---|---|
| **Policy Number:** GL 9537911 | |
| **Coverage is Provided in** PEERLESS INSURANCE COMPANY - A STOCK COMPANY | |

**Named Insured:**
W C & A N MILLER DEVELOPMENT
CO WASHINGTON SECURITIES LTD
REFER TO NAMED INSURED SCHEDULE

**Agent:**
EARLY CASSIDY & SCHILLING INC

**Agent Code:** 5290472    **Agent Phone:** (301)-948-5800

**TOTAL ADVANCE PREMIUM FOR ALL LIABILITY COVERAGE PARTS**    $   100,426.00

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS**

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage To Premises Rented To You Limit | $ 100,000 | Any One Premises |
| Medical Expense Limit | $ 5,000 | Any One Person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any One Person or Organization |
| General Aggregate Limit (Other Than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

## LOCATION OF PREMISES

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 001 | 4315-50TH STREET NW<br>WASHINGTON DC  20016 |
| 002 | 4701 SANGAMORE RD<br>MONTGOMERY<br>BETHESDA MD  20813 |
| 003 | 4820 MASSACHUSETTS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 004 | 4860 MASSACHUSETTS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 005 | 4900 MASSACHUSETTS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |

22-19 (12/02)

**AGENT COPY**

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**LOCATION OF PREMISES**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 006 | 4325-29 49TH ST NW & <br> 4872-74 MASS AVE NW <br> DISTRICT OF COLUMBIA <br> WASHINGTON DC  20001 |
| 007 | 4301 49TH ST NW <br> 4300 FORDHAM ST <br> DISTRICT OF COLUMBIA <br> WASHINGTON DC  20001 |
| 007 | 4301 49TH STREET N.W. <br> 4300 FORDHAM STREET <br> DISTRICT OF COLUMBIA <br> WASHINGTON DC  20001 |
| 008 | 4910 MASSACHUSETTS AVE NW <br> DISTRICT OF COLUMBIA <br> WASHINGTON DC  20001 |
| 009 | 4866 MASSACHUSETTS AVE NW <br> WASHINGTON DC  20001 |
| 010 | 5518 CONNECTICUT, NW <br> WASHINGTON DC  20016 |
| 011 | 4301 50TH ST NW <br> DISTRICT OF COLUMBIA <br> WASHINGTON DC  20003 |
| 012 | 15301 BERRYVILLE RD <br> MONTGOMERY <br> GERMANTOWN MD  20874 |
| 013 | 1417-1419 ADDISON RD <br> PRINCE GEORGE'S <br> CAPITOL HEIGHTS MD  20731 |
| 014 | 4800-30 MASSACHUSETTS AVE <br> DISTRICT OF COLUMBIA <br> WASHINGTON DC  20001 |
| 015 | 12113 DARNESTOWN RD <br> MONTGOMERY <br> GAITHERSBURG MD  20877 |

22-19 (12/02)

**AGENT COPY**

09/30/2004    9537911    NMCOXYRA009    PGDM060D J20334    MCAFPPN    00009644 Page    6

RENEWAL

| Forming a part of | |
|---|---|
| Policy Number: GL 9537911 | |
| Coverage is Provided In PEERLESS INSURANCE COMPANY - A STOCK COMPANY | |
| **Named Insured:**<br>W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | **Agent:**<br>EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**LOCATION OF PREMISES**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 016 | 10200 RIVER RD<br>MONTGOMERY<br>POTOMAC MD   20854 |
| 017 | 4219 EAST WEST HWY<br>MONTGOMERY<br>BETHESDA MD   20814 |
| 018 | 7405 ARLINGTON RD<br>MONTGOMERY<br>BETHESDA MD   20814 |
| 019 | 6702,6704,6705,6707 OAK PARK DR<br>MONTGOMERY<br>BETHESDA MD   20817 |
| 020 | VARIOUS LOCATIONS IN<br>FAIRFAX<br>FAIRFAX VA   20151 |
| 022 | VARIOUS LOCATIONS IN<br>ALEXANDRIA VA   20016 |
| 023 | 6730 WILSON LANE<br>BETHESDA MD   20877 |
| 024 | 719 SPRINGDALE RD LOT#9<br>5 ACRES IN FORESTVILLE ESTATES<br>GREAT FALLS VA   22066 |

22-19 (12/02)

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

### LOCATION OF PREMISES

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 025 | 10409 OLD POST LAND LOT #1<br>7.3 ACRES IN FIELDS ESTATES<br>GREAT FALLS VA  22066 |
| 026 | 4434 CONNECTICUT AVE, NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20016 |
| 027 | 6824 MELODY LANE<br>BETHESDA MD  20817 |

### PREMIUM

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |

DC

LOCATION 001

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 47050 | REAL ESTATE AGENTS<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL<br>AGGREGATE LIMIT | | | | | | |
| | 1,050,076 | 001 | INCL | $ | 6.893 | INCL | $  7,238 |
| | PAYROLL<br>PER $1000 | | | | | | |
| 47052 | REAL ESTATE PROPERTY MANAGED<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL<br>AGGREGATE LIMIT | | | | | | |
| | IF  ANY | 001 | INCL | $ | 3.805 | INCL | |
| | GROSS SALES<br>PER $1000 | | | | | | |
| 91340 | CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING<br>THREE STORIES IN HEIGHT | | | | | | |
| | 628,503 | 001 | $  7.735 | $ | 17.012 | $  4,861 | $  10,692 |
| | PAYROLL<br>PER $1000 | | | | | | |

22-19 (12/02)

AGENT COPY

RENEWAL

| Forming a part of |  |
|---|---|
| **Policy Number: GL  9537911** | |
| **Coverage Is Provided In  PEERLESS INSURANCE COMPANY - A STOCK COMPANY** | |
| **Named Insured:**<br>  W C & A N MILLER DEVELOPMENT<br>  CO WASHINGTON SECURITIES LTD<br>  REFER TO NAMED INSURED SCHEDULE | **Agent:**<br>  EARLY CASSIDY & SCHILLING INC<br><br>**Agent Code: 5290472       Agent Phone: (301)-948-5800** |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class<br>Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium<br>Base | Territory<br>Code | Prods/<br>Comp Ops | All<br>Other | Prods/<br>Comp Ops | All<br>Other |
| 91342 | CARPENTRY | | | | | |
| | IF  ANY | 001 | $  6.525 | $    25.162 | | |
| | PAYROLL<br>PER $1000 | | | | | |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-<br>INTENDANTS<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL<br>AGGREGATE LIMIT | | | | | |
| | 78,000 | 001 | INCL | $    55.977 | INCL | $    4,366 |
| | PAYROLL<br>PER $1000 | | | | | |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING<br>CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO<br>FAMILY DWELLINGS | | | | | |
| | 10,959 | 001 | $  2.770 | $    0.120 | $    30 | $    1 |
| | TOTAL COST<br>PER $1000 | | | | | |

22-19 (12/02)

**INSURED COPY**

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)**

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OR EQUIPMENT OR MATERIAL PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | IF ANY | 001 | INCL | $ 16.902 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | |
| | IF ANY | 001 | $ 2.228 | $ 17.599 | | |
| | PAYROLL PER $1000 | | | | | |
| 94007 | EXCAVATION | | | | | |
| | IF ANY | 001 | $ 5.478 | $ 54.411 | | |
| | PAYROLL PER $1000 | | | | | |
| 97047 | LANDSCAPE GARDENING PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | IF ANY | 001 | INCL | $ 13.319 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 97447 | MASONRY | | | | | |
| | IF ANY | 001 | $ 2.476 | $ 20.421 | | |
| | PAYROLL PER $1000 | | | | | |

22-19 (12/02)

**AGENT COPY**

RENEWAL

**Forming a part of**

| Policy Number: GL 9537911 |
|---|

Coverage is Provided in **PEERLESS INSURANCE COMPANY - A STOCK COMPANY**

| Named Insured:<br>  **W C & A N MILLER DEVELOPMENT**<br>  **CO WASHINGTON SECURITIES LTD**<br>  **REFER TO NAMED INSURED SCHEDULE** | Agent:<br>  **EARLY CASSIDY & SCHILLING INC**<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5800 |
|---|---|

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class<br>Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium<br>Base | Territory<br>Code | Prods/<br>Comp Ops | All<br>Other | Prods/<br>Comp Ops | All<br>Other |
| 98304 | PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES<br>OR LESS IN HEIGHT | | | | | |
| | IF ANY | 001 | $ 2.160 | $ 23.612 | | |
| | PAYROLL<br>PER $1000 | | | | | |

**LOCATION 003**

| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR<br>MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK<br>ONLY)-OTHER THAN NOT-FOR-PROFIT<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL<br>AGGREGATE LIMIT | | | | | |
|---|---|---|---|---|---|---|
| | 42,100 | 001 | INCL | $ 27.733 | INCL | $ 1,168 |
| | AREA<br>PER 1000<br>SQ FT | | | | | |

**LOCATION 004**

22-19 (12/02)

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

### PREMIUM

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | | All Other |

**61217**   BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT

      2,864    001    INCL     $    27.733    INCL       $       79

     AREA
     PER 1000
     SQ FT

### LOCATION 005

**61217**   BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT

      39,000    001    INCL     $    27.733    INCL       $       1,082

     AREA
     PER 1000
     SQ FT

### LOCATION 006

**61217**   BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT

      7,680    001    INCL     $    27.733    INCL       $       213

     AREA
     PER 1000
     SQ FT

### LOCATION 007

22-19 (12/02)

**AGENT COPY**

RENEWAL

Forming a part of

| Policy Number: GL 9537911 |
|---|
| Coverage is Provided in PEERLESS INSURANCE COMPANY - A STOCK COMPANY |

| Named Insured:<br>  W C & A N MILLER DEVELOPMENT<br>  CO WASHINGTON SECURITIES LTD<br>  REFER TO NAMED INSURED SCHEDULE | Agent:<br>    EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472      Agent Phone: (301)-948-5800 |
|---|---|

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

## PREMIUM

| Class<br>Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium<br>Base | Territory<br>Code | Prods/<br>Comp Ops | All<br>Other | Prods/<br>Comp Ops | All<br>Other |
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR<br>MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK<br>ONLY)-OTHER THAN NOT-FOR-PROFIT<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL<br>AGGREGATE LIMIT | | | | | |
| | 12,700 | 001 | INCL | $ 27.733 | INCL | $ 352 |
| | AREA<br>PER 1000<br>SQ FT | | | | | |

LOCATION 008

| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR<br>MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK<br>ONLY)-OTHER THAN NOT-FOR-PROFIT<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL<br>AGGREGATE LIMIT | | | | | |
|---|---|---|---|---|---|---|
| | 74,750 | 001 | INCL | $ 27.733 | INCL | $ 2,073 |
| | AREA<br>PER 1000<br>SQ FT | | | | | |

LOCATION 009

22-19 (12/02)                          AGENT COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| | | | Rates | | Advance Premium | |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | 8,291 | 001 | INCL | $ 27.733 | INCL | $ 230 |
| | AREA PER 1000 SQ FT | | | | | |

**LOCATION 011**

| Class Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | 15,500 | 001 | INCL | $ 27.733 | INCL | $ 430 |
| | AREA PER 1000 SQ FT | | | | | |

**LOCATION 014**

| Class Code | Classification Description | | | | | |
|---|---|---|---|---|---|---|
| 46607 | PARKING-PUBLIC-SHOPPING CENTERS-MAINTAINED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | 20,940 | 001 | INCL | $ 14.287 | INCL | $ 299 |
| | AREA PER 1000 SQ FT | | | | | |

**MD**

**LOCATION 002**

22-19 (12/02)

RENEWAL

Forming a part of

| Policy Number: GL 9537911 |
| :-- |
| Coverage is Provided in PEERLESS INSURANCE COMPANY - A STOCK COMPANY |

| Named Insured:<br>W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | Agent:<br>EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472      Agent Phone: (301)-948-5800 |
| :-- | :-- |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class<br>Code | Classification Description<br>Premium<br>Base | Territory<br>Code | Rates<br>Prods/<br>Comp Ops | All<br>Other | Advance Premium<br>Prods/<br>Comp Ops | All<br>Other |
| :-- | :-- | :-- | :-- | :-- | :-- | :-- |
| 46607 | PARKING-PUBLIC-SHOPPING CENTERS-MAINTAINED BY THE INSURED<br>(LESSOR'S RISK ONLY)<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL<br>AGGREGATE LIMIT | | | | | |
| | 212,000 | 002 | INCL | $ 12.369 | INCL | $ 2,622 |
| | AREA<br>PER 1000<br>SQ FT | | | | | |
| 67635 | SHOPPING CENTERS - BUILDING OR PREMISES NOT OCCUPIED BY THE<br>INSURED (LESSORS RISK ONLY)<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL<br>AGGREGATE LIMIT | | | | | |
| | 198,613 | 002 | INCL | $ 32.290 | INCL | $ 6,413 |
| | AREA<br>PER 1000<br>SQ FT | | | | | |

**LOCATION 012**

| Class<br>Code | Classification Description | Territory<br>Code | Rates<br>Prods/<br>Comp Ops | All<br>Other | Advance Premium<br>Prods/<br>Comp Ops | All<br>Other |
| :-- | :-- | :-- | :-- | :-- | :-- | :-- |
| 63010 | DWELLINGS-ONE FAMILY (LESSORS RISK ONLY)<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL<br>AGGREGATE LIMIT | | | | | |
| | 1 | 001 | INCL | $ 53.716 | INCL | $ 54 |
| | EACH<br>DWELLING | | | | | |

22-19 (12/02)

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

### PREMIUM

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |

**LOCATION 013**

63010    DWELLINGS-ONE FAMILY (LESSORS RISK ONLY)
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL
AGGREGATE LIMIT

| | 2 | 001 | INCL | $ | 53.716 | INCL | $ | 107 |

EACH
DWELLING

**LOCATION 016**

47050    REAL ESTATE AGENTS
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL
AGGREGATE LIMIT

| | 1,492,078 | 001 | INCL | $ | 2.901 | INCL | $ | 4,329 |

PAYROLL
PER $1000

**LOCATION 017**

63010    DWELLINGS-ONE FAMILY (LESSORS RISK ONLY)
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL
AGGREGATE LIMIT

| | 1 | 002 | INCL | $ | 53.841 | INCL | $ | 54 |

EACH
DWELLING

**LOCATION 018**

47051    REAL ESTATE DEVELOPMENT PROPERTY
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL
AGGREGATE LIMIT

| | 1 | 002 | INCL | $ | 7.398 | INCL | $ | 7 |

EACH
ACRE

**LOCATION 019**

22-19 (12/02)

AGENT COPY

RENEWAL

**Forming a part of**

| |
|---|
| Policy Number: GL  9537911 |
| Coverage is Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |

| Named Insured: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472          Agent Phone: (301)-948-5800 |

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class<br>Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium<br>Base | Territory<br>Code | Prods/<br>Comp Ops | All<br>Other | Prods/<br>Comp Ops | All<br>Other |
| 47051 | REAL ESTATE DEVELOPMENT PROPERTY<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL<br>AGGREGATE LIMIT | | | | | |
| | 4 | 001 | INCL | $   7.398 | INCL | $     30 |
| | EACH<br>ACRE | | | | | |
| 91340 | CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING<br>THREE STORIES IN HEIGHT | | | | | |
| | 773,677 | 001 | $ 5.946 | $  10.744 | $   4,600 | $   8,312 |
| | PAYROLL<br>PER $1000 | | | | | |
| 91342 | CARPENTRY | | | | | |
| | IF  ANY | 001 | $ 4.204 | $  15.851 | | |
| | PAYROLL<br>PER $1000 | | | | | |

22-19 (12/02)

**AGENT COPY**

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-INTENDANTS<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | 224,978 | 001 | INCL | $ 29.190 | INCL | $ 6,567 |
| | PAYROLL PER $1000 | | | | | |
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OR EQUIPMENT OR MATERIAL<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | IF ANY | 001 | INCL | $ 8.475 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | |
| | 67,662 | 001 | $ 1.453 | $ 11.392 | $ 98 | $ 771 |
| | PAYROLL PER $1000 | | | | | |
| 94007 | EXCAVATION | | | | | |
| | IF ANY | 001 | $ 4.576 | $ 26.892 | | |
| | PAYROLL PER $1000 | | | | | |
| 97047 | LANDSCAPE GARDENING<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | IF ANY | 001 | INCL | $ 8.012 | INCL | |
| | PAYROLL PER $1000 | | | | | |

RENEWAL

| Forming a part of |
|---|
| **Policy Number: GL 9537911** |
| **Coverage Is Provided In PEERLESS INSURANCE COMPANY - A STOCK COMPANY** |

| Named Insured: | Agent: |
|---|---|
| **W C & A N MILLER DEVELOPMENT** | **EARLY CASSIDY & SCHILLING INC** |
| **CO WASHINGTON SECURITIES LTD** | |
| **REFER TO NAMED INSURED SCHEDULE** | **Agent Code: 5290472    Agent Phone: (301)-948-5800** |

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

### PREMIUM

| Class Code | Classification Description | Territory Code | Rates Prods/ Comp Ops | All Other | Advance Premium Prods/ Comp Ops | All Other |
|---|---|---|---|---|---|---|
| | Premium Base | | | | | |
| 97447 | MASONRY | | | | | |
| | IF  ANY | 001 | $  1.807 | $  10.641 | | |
| | PAYROLL PER $1000 | | | | | |
| 98304 | PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES OR LESS IN HEIGHT | | | | | |
| | 173,515 | 001 | $  1.575 | $  11.628 | $  273 | $  2,018 |
| | PAYROLL PER $1000 | | | | | |

**LOCATION 021**

| 47052 | REAL ESTATE PROPERTY MANAGED PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
|---|---|---|---|---|---|---|
| | IF  ANY | 002 | INCL | $  2.810 | INCL | |
| | GROSS SALES PER $1000 | | | | | |

**LOCATION 022**

22-19 (12/02)

AGENT COPY

09/30/2004    9537911    NMCOXYRA009    PGDM060D J20334    MCAFPPN  00009657  Page    19

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO FAMILY DWELLINGS | | | | | |
| | 9,953,290 | 001 | $  2.050 | $   0.932 | $   20,404 | $    9,276 |
| | TOTAL COST PER $1000 | | | | | |

**LOCATION 023**

| | | | | | | |
|---|---|---|---|---|---|---|
| 47051 | REAL ESTATE DEVELOPMENT PROPERTY PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | 1 | 001 | INCL | $   7.398 | INCL | $      7 |
| | EACH ACRE | | | | | |

**LOCATION 027**

| | | | | | | |
|---|---|---|---|---|---|---|
| 47051 | REAL ESTATE DEVELOPMENT PROPERTY PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | 1 | 002 | INCL | $   7.398 | INCL | $      7 |
| | EACH ACRE | | | | | |

**VA**

**LOCATION 020**

| | | | | | | |
|---|---|---|---|---|---|---|
| 47050 | REAL ESTATE AGENTS PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | IF ANY | 001 | INCL | $   2.576 | INCL | |
| | PAYROLL PER $1000 | | | | | |

22-19 (12/02)

AGENT COPY

RENEWAL

Forming a part of

| Policy Number: GL   9537911 |
| --- |
| Coverage is Provided In  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |

| Named Insured: | Agent: |
| --- | --- |
| W C & A N MILLER DEVELOPMENT | EARLY CASSIDY & SCHILLING INC |
| CO WASHINGTON SECURITIES LTD | |
| REFER TO NAMED INSURED SCHEDULE | Agent Code: 5290472        Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 47052 | REAL ESTATE PROPERTY MANAGED PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | | |
| | IF  ANY | 001 | INCL | $ | 1.433 | INCL | |
| | GROSS SALES PER $1000 | | | | | | |
| 49451 | VACANT LAND-OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | | |
| | 360 | 001 | INCL | $ | 2.079 | INCL | $                748 |
| | EACH ACRE | | | | | | |
| 91340 | CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING THREE STORIES IN HEIGHT | | | | | | |
| | IF  ANY | 001 | $   4.132 | $ | 9.670 | | |
| | PAYROLL PER $1000 | | | | | | |
| 91342 | CARPENTRY | | | | | | |
| | IF  ANY | 001 | $   3.006 | $ | 14.354 | | |
| | PAYROLL PER $1000 | | | | | | |

22-19 (12/02)

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | Territory Code | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-INTENDANTS PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | | |
| | IF ANY | 001 | INCL | $ | 20.627 | INCL | |
| | PAYROLL PER $1000 | | | | | | |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO FAMILY DWELLINGS | | | | | | |
| | IF ANY | 001 | $ 2.770 | $ | 0.037 | | |
| | TOTAL COST PER $1000 | | | | | | |
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OR EQUIPMENT OR MATERIAL PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | | |
| | IF ANY | 001 | INCL | $ | 7.368 | INCL | |
| | PAYROLL PER $1000 | | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | | |
| | IF ANY | 001 | $ 1.267 | $ | 9.653 | | |
| | PAYROLL PER $1000 | | | | | | |
| 94007 | EXCAVATION | | | | | | |
| | IF ANY | 001 | $ 3.112 | $ | 23.452 | | |
| | PAYROLL PER $1000 | | | | | | |

RENEWAL

**Forming a part of**

| | |
|---|---|
| Policy Number: GL  9537911 | |
| Coverage Is Provided In  PEERLESS INSURANCE COMPANY - A STOCK COMPANY | |
| Named Insured:<br>W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | Agent:<br>EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472        Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class<br>Code | Classification Description<br>Premium<br>Base | Territory<br>Code | Rates<br>Prods/<br>Comp Ops | All<br>Other | Advance Premium<br>Prods/<br>Comp Ops | All<br>Other |
|---|---|---|---|---|---|---|
| 97047 | LANDSCAPE GARDENING<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL<br>AGGREGATE LIMIT | | | | | |
| | IF  ANY | 001 | INCL | $      7.211 | INCL | |
| | PAYROLL<br>PER $1000 | | | | | |
| 97447 | MASONRY | | | | | |
| | IF  ANY | 001 | $  1.349 | $      6.898 | | |
| | PAYROLL<br>PER $1000 | | | | | |
| 98304 | PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES<br>OR LESS IN HEIGHT | | | | | |
| | IF  ANY | 001 | $  1.195 | $     10.127 | | |
| | PAYROLL<br>PER $1000 | | | | | |

LOCATION 024

22-19 (12/02)

AGENT COPY

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)**

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 47051 | REAL ESTATE DEVELOPMENT PROPERTY PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | 5 | 004 | INCL | $ 34.121 | INCL | $ 171 |
| | EACH ACRE | | | | | |

**LOCATION 025**

| 47051 | REAL ESTATE DEVELOPMENT PROPERTY PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
|---|---|---|---|---|---|---|
| | 7 | 004 | INCL | $ 34.121 | INCL | $ 239 |
| | EACH ACRE | | | | | |

| Audit Period: ANNUAL | Total Advance Premium | INCLUDED |
|---|---|---|

**FORMS AND ENDORSEMENTS**

Forms and Endorsements applying to this Coverage Part and made part of this policy:

| Form Number | | Description |
|---|---|---|
| 17-22 | - 1202 | EXCLUSION - LEAD |
| 17-98 | - 1202 | EXCLUSION - ASBESTOS |
| 22-44 | - 1202 | AMENDATORY ENDORSEMENT |
| 22-45 | - 1202 | COMMERCIAL GENERAL LIABILITY EXTENSION ENDORSEMENT |
| 22-86 | - 1202 | EXCL - EXTERIOR INSULATING FINISHING SYSTEMS |
| CG0001 | - 1001 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0062 | - 1202 | WAR LIABILITY EXCLUSION |
| CG0201 | - 1100 | MARYLAND CHANGES |
| CG2018 | - 1185 | ADDITIONAL INSURED-MORTGAGEE, ASSIGNEE, OR RECEIVER |
| CG2147 | - 0798 | EMPLOYMENT RELATED PRACTICES EXCLUSION |
| CG2167 | - 0402 | FUNGI OR BACTERIAL EXCLUSION |
| CG2270 | - 1185 | REAL ESTATE PROPERTY MANAGED |
| CG2279 | - 0798 | EXCLUSION-CONTRACTORS - PROFESSIONAL LIABILITY |

22-19 (12/02)

INSURED COPY

of

r: GL 9537911

Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY

Agent:
EARLY CASSIDY & SCHILLING INC

red:

N MILLER DEVELOPMENT
SHINGTON SECURITIES LTD
. TO NAMED INSURED SCHEDULE

Agent Code: 5290472          Agent Phone: (301)-9

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)**

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

D ENDORSEMENTS

Endorsements applying to this Coverage Part and made part of this policy:

ber        Description

- 0397  DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGG LIMIT

- 0397  DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT

- 0286  QUICK REFERENCE COMML GENERAL LIABILITY COVERAGE PART

...des copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc. 1982,1983, 1985, 2000.

Date Issued:  10F2004

INSURED COPY

PGDM060D J20334      M AF PN  00009820  Page    75

22-19 (12/02)           NMCOXYRA009

09/30/2004    9537911

**Forming a part of**

| | |
|---|---|
| **Policy Number: GL  9537911** | |
| **Coverage Is Provided In  PEERLESS INSURANCE COMPANY - A STOCK COMPANY** | |

| | |
|---|---|
| **Named Insured:** | **Agent:** |
| W C & A N MILLER DEVELOPMENT | EARLY CASSIDY & SCHILLING INC |
| CO WASHINGTON SECURITIES LTD | |
| REFER TO NAMED INSURED SCHEDULE | **Agent Code: 5290472**      **Agent Phone: (301)-948-5800** |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED—MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**

**Designation of Premises:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1. WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

2. This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

CG 20 18 (11/85)

Copyright, Insurance Services Office, Inc., 1984
**INSURED COPY**

09/30/2004      9537911            NMCOXYRA009                PGDM060D  J20334        MCAFPPN    00009632  Page    87

Forming a part of

Policy Number: GL 9537911

Coverage is Provided in PEERLESS INSURANCE COMPANY - A STOCK COMPANY

| Named Insured: W C & A N MILLER DEVELOPMENT CO WASHINGTON SECURITIES LTD REFER TO NAMED INSURED SCHEDULE | Agent: EARLY CASSIDY & SCHILLING INC |
|---|---|
| | Agent Code: 5290472        Agent Phone: (301)-948-5800 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Designated Construction Projects:**

ALL PROJECTS

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

A. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

1. A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

2. The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard," and for medical expenses under COVERAGE C regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits."

3. Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

4. The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

CG 25 03 (03/97)

Copyright, Insurance Services Office, Inc., 1996
INSURED COPY

09/30/2004        9537911            NMCOXYRA009                    PGDM060D J20334        MCAFPPN    00009634 Page      89

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

   **1.** Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

   **2.** Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

**D.** If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.** The provisions of Limits Of Insurance (SECTION III) not otherwise modified by this endorsement shall continue to apply as stipulated.

Copyright, Insurance Services Office, Inc., 1996
INSURED COPY

Forming a part of

| | |
|---|---|
| Policy Number: GL 9537911 | |
| Coverage is Provided in PEERLESS INSURANCE COMPANY - A STOCK COMPANY | |
| Named Insured:<br>  W C & A N MILLER DEVELOPMENT<br>  CO WASHINGTON SECURITIES LTD<br>  REFER TO NAMED INSURED SCHEDULE | Agent:<br>  EARLY CASSIDY & SCHILLING INC<br><br>  Agent Code: 5290472    Agent Phone: (301)-948-5800 |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A.  For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which can be attributed only to operations at a single designated "location" shown in the Schedule below:

   1.  A separate Designated Location General Aggregate Limit applies to each designated "location," and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

   2.  The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard," and for medical expenses under COVERAGE C regardless of the number of:

      a.  Insureds;

      b.  Claims made or "suits" brought; or

      c.  Persons or organizations making claims or bringing "suits."

   3.  Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location." Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated "location" shown in the Schedule below.

   4.  The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

B.  For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which cannot be attributed only to operations at a single designated "location" shown in the Schedule below:

   1.  Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

   2.  Such payments shall not reduce any Designated Location General Aggregate Limit.

C.  When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

D.  For the purposes of this endorsement, the Definitions Section is amended by the addition of the following definition: "Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

E.  The provisions of Limits Of Insurance (SECTION III) not otherwise modified by this endorsement shall continue to apply as stipulated.

CG 25 04 (03/97)

Copyright, Insurance Services Office, Inc., 1996
INSURED COPY

**SCHEDULE**

Designated Location(s):

SEE LIABILITY SCHEDULE

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXCLUSION – LEAD LIABILITY**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL PROTECTOR® LIABILITY COVERAGE FORM

This insurance does not apply to:

1. "Bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, either directly or indirectly out of the mining, processing, manufacture, storage, distribution, sale, installation, removal, disposal, handling, inhalation, ingestion, absorption, use or existence of, exposure to, or contact with lead or lead contained in goods, products or materials; or

2. Any loss, cost or expense arising out of any:

   a. Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead or lead contained in goods, products or materials; or

   b. Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead or lead contained in goods, products or materials.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXCLUSION – ASBESTOS LIABILITY**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL PROTECTOR® LIABILITY COVERAGE FORM

This insurance does not apply to:

1. "Bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, either directly or indirectly out of the manufacture, storage, processing, mining, use, sale, installation, removal, disposal, distribution, handling, inhalation, ingestion, absorption, or existence of, exposure to or contact with asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust; or

2. Any loss, cost or expense arising out of any:

   a. Request, demand, order, or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust; or

   b. Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**AMENDATORY ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** With respect to the **COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

1. Provision **b.(2)** under paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE (SECTION I)** is replaced by the following:

   (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

2. Paragraph **2.** of **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B** does not apply.

**B.** With respect to the **OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART:**

1. Provision **b.(2)** under paragraph **2. Exclusions** of **SECTION I – COVERAGES – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is replaced by the following:

   (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

2. Paragraph **2.** of **SUPPLEMENTARY PAYMENTS** does not apply.

**C.** With respect to the **PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART:**

1. Provision **b.(2)** under paragraph **2. Exclusions** of **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is replaced by the following:

   (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

2. Paragraph **2.** of **SUPPLEMENTARY PAYMENTS** does not apply.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**COMMERCIAL GENERAL LIABILITY EXTENSION ENDORSEMENT**

This endorsement modifies insurance under the

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

| SCHEDULE |
|---|
| The following endorsement provision does not apply when "X" is shown in the space provided below: |
| _____ Provision C.  PROPERTY DAMAGE – BORROWED EQUIPMENT does not apply<br>_____ Provision D.  PROPERTY DAMAGE – CUSTOMERS' GOODS does not apply<br>_____ Provision G. MEDICAL PAYMENTS EXTENSION does not apply<br>_____ Provision I. ADDITIONAL INSUREDS – BY CONTRACT, AGREEMENT OR PERMIT does not apply<br>_____ Provision J. ADDITIONAL INSUREDS – VENDORS does not apply<br>_____ Provision K. BROAD FORM NAMED INSURED does not apply<br>_____ Provision L. FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES does not apply<br>_____ Provision M. KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT does not apply |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement)

With respect to coverage afforded by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**A.  NON-OWNED AIRCRAFT**

Under paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I)**, exclusion **g. Aircraft, Auto Or Watercraft** does not apply to an aircraft provided:

1.  It is not owned by any insured;

2.  It is hired, chartered or loaned with a trained paid crew;

3.  The pilot in command holds a currently effective certificate, issued by the duly constituted authority of the United States of America or Canada, designating her or him a commercial or airline pilot; and

4.  It is not being used to carry persons or property for a charge.

However, the insurance afforded by this provision does not apply if there is available to the insured other valid and collectible insurance, whether primary, excess (other than insurance written to apply specifically in excess of this policy), contingent or on any other basis, that would also apply to the loss covered under this provision.

**B.  NON-OWNED WATERCRAFT**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

22-45 (12/02)                                                                 Page 1 of 7

Under paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I)**, provision **(2)(a)** of exclusion **g. Aircraft, Auto Or Watercraft** is replaced by the following:

This exclusion does not apply to:

**(2)** A watercraft you do not own that is:

**(a)** Less than 51 feet long; and

**C.  PROPERTY DAMAGE - BORROWED EQUIPMENT**

**1.** Under paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I)**, provision **(4)** of exclusion **j. Damage To Property** does not apply to "property damage" to borrowed equipment while that equipment is not being used to perform operations at the job site.

**2.** Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**, the following is added to Condition **4. Other Insurance**, paragraph **b. Excess Insurance**:

The insurance afforded by provision **C.** in the Commercial General Liability Extension Endorsement is excess over any of the other insurance, whether primary, excess, contingent or on any other basis, that is property insurance.

**3.** This endorsement provision **C.** does not apply when it is shown in the Schedule as not applicable.

**D.  PROPERTY DAMAGE – CUSTOMERS' GOODS**

**1.** Under paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I)**, provisions **(3), (4)** and **(6)** of exclusion **j. Damage To Property** do not apply to "property damage" to "customers' goods" while on your premises.

**2.** Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**, the following is added to Condition **4. Other Insurance**, paragraph **b. Excess Insurance**:

The insurance afforded by provision **D.** in the Commercial General Liability Extension Endorsement is excess over any of the other insurance, whether primary, excess, contingent or on any other basis, that is property insurance.

**3.** The following is added to **SECTION V - DEFINITIONS**:

"Customers' goods" means property of your customer on your premises for the purpose of being worked on or used in your manufacturing process.

**4.** This endorsement provision **D.** does not apply when it is shown in the Schedule as not applicable.

**E.  PROPERTY DAMAGE LIABILITY – ELEVATORS**

**1.** Under paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I)**, provisions **(3), (4)** and **(6)** of exclusion **j. Damage To Property** do not apply if such "property damage" results from the use of elevators.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

2. The following is added to **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**, Condition 4. Other Insurance, paragraph b. Excess Insurance:

> The insurance afforded by provision E. in the Commercial General Liability Extension Endorsement is excess over any of the other insurance, whether primary, excess, contingent or on any other basis, that is property insurance.

F. **DAMAGE BY FIRE, LIGHTNING, EXPLOSION, SMOKE OR LEAKAGE**

If Damage To Premises Rented To You is not otherwise excluded from this Coverage Part:

1. Under subsection 2. Exclusions of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I)**:

   a. The fourth from the last paragraph of exclusion j. Damage To Property is replaced by the following:

   > Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke, or leakage from automatic fire protection systems) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in SECTION III – LIMITS OF INSURANCE.

   b. The last paragraph of subsection 2. Exclusions is replaced by the following:

   > Exclusions c. through n. do not apply to damage by fire, lightning, explosion, smoke, or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to Damage To Premises Rented To You as described in SECTION III - LIMITS OF INSURANCE.

2. Paragraph 6. under **SECTION III - LIMITS OF INSURANCE** is replaced by the following:

   6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, lightning, explosion, smoke, or leakage from automatic protection systems, while rented to you or temporarily occupied by you with permission of the owner. This limit is the greater of:

      a. $300,000; or

      b. The amount shown in the Declarations for Damage To Premises Rented To You Limit.

3. The word "fire" is changed to "fire, lightning, explosion, smoke, or leakage from automatic fire protection systems" where it appears in:

   a. SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS, Condition 4. Other Insurance, paragraph b. Excess Insurance, subparagraph (1)(b); and

   b. SECTION V – DEFINITIONS, paragraph 9.a.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

22-45 (12/02)

G. **MEDICAL PAYMENTS EXTENSION**

   1. **SECTION III - LIMITS OF INSURANCE**, paragraph **7.** is replaced by the following:

      7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C.** for all medical expenses because of "bodily injury" sustained by any one person. The Medical Expense Limit is the greater of:

         a. $15,000; or

         b. The Medical Expense Limit shown in the Declarations.

   2. Under provision **1.** Insuring Agreement of **COVERAGE C MEDICAL PAYMENTS (SECTION I)**, the second subparagraph **(2)** of paragraph **a.** is replaced by the following:

      (2) The expenses are incurred and reported to us within three years of the date of the accident; and

   3. This endorsement provision **G.** does not apply when:

      a. It is shown in the Schedule as not applicable; or

      b. **COVERAGE C. MEDICAL PAYMENTS (SECTION I)** is otherwise excluded from this Coverage Part.

H. **EXTENSION OF SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

   Under **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**:

   1. Paragraph **1.b.** is replaced by the following:

      b. Up to $2500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   2. Paragraph **1.d.** is replaced by the following:

      d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $300 a day because of time off from work.

I. **ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT**

   1. Paragraph **2.** under **SECTION II - WHO IS AN INSURED** is amended to include as an insured any person or organization when you and such person or organization have agreed in writing in a contract, agreement or permit that such person or organization be added as an additional insured on your policy to provide insurance such as is afforded under this Coverage Part. Such person or organization is an additional insured only with respect to liability arising out of:

      a. Your ongoing operations performed for that person or organization; or

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

b. Premises or facilities owned or used by you.
With respect to provision 1.a. above, a person's or organization's status as an insured under this endorsement ends when your operations for that person or organization are completed.

With respect to provision 1.b. above, a person's or organization's status as an insured under this endorsement ends when their contract or agreement with you for such premises or facilities ends.

2. This endorsement provision I. does not apply:

   a. Unless the written contract or agreement has been executed, or permit has been issued, prior to the "bodily injury", "property damage" or "personal and advertising injury";

   b. To "bodily injury" or "property damage" occurring after:

      (1) All work, including materials, parts or equipment furnished in connection with such work, in the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the site of the covered operations has been completed; or

      (2) That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project;

   c. To the rendering of or failure to render any professional services including, but not limited to, any professional architectural, engineering or surveying services such as:

      (1) The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

      (2) Supervisory, inspection, architectural or engineering activities;

   d. To "bodily injury", "property damage" or "personal and advertising injury" arising out of any act, error or omission that results from the additional insured's sole negligence or wrongdoing;

   e. To any person or organization included as an insured under provision J. of this endorsement;

   f. To any person or organization included as an insured by a separate additional insured endorsement issued by us and made a part of this policy; or

   g. When it is shown in the Schedule as not applicable.

J. **ADDITIONAL INSURED – VENDORS**

Paragraph 2. under SECTION II - WHO IS AN INSURED is amended to include as an insured any person or organization (referred to below as "vendor") with whom you agreed, in a written contract or agreement to provide insurance such as is afforded under this policy, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

1. The insurance afforded the vendor does not apply to:

   a. "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply

to liability for damages that the vendor would have in the absence of the contract or agreement;

   b.  Any express warranty unauthorized by you;

   c.  Any physical or chemical change in the product made intentionally by the vendor;

   d.  Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

   e.  Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the course of business, in connection with the distribution or sale of the products;

   f.  Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

   g.  Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

   h.  To "bodily injury" or "property damage" arising out of any act, error or omission that results from the additional insured's sole negligence or wrongdoing.

  2.  This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

  3.  This endorsement provision J. does not apply when it is shown in the Schedule as not applicable.

**K.  BROAD FORM NAMED INSURED**

  1.  SECTION II - WHO IS AN INSURED is amended to include as an insured any legally incorporated entity of which you own more than 50 percent of the voting stock during the policy period.

  2.  Under SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, the following is added to Condition 4. Other Insurance, paragraph b. Excess Insurance:

     This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis, that is available to an insured solely by reason of ownership by you of more than 50 percent of the voting stock.

  3.  Paragraph 2. of this endorsement provision K. does not apply to a policy written to apply specifically in excess of this policy.

  4.  This endorsement provision K. does not apply when it is shown in the Schedule as not applicable.

**L.  FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES**

  1.  Under SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, the following is added to Condition 6. Representations:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

Your failure to disclose all hazards or prior "occurrences" existing as of the inception date of the policy shall not prejudice the coverage afforded by this policy provided such failure to disclose all hazards or prior "occurrences" is not intentional.

2. This endorsement provision L. does not apply when it is shown in the Schedule as not applicable.

M. KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT

1. Under SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, the following is added to Condition 2. Duties In the Event of Occurrence, Offense, Claim Or Suit:

Knowledge of an "occurrence", offense, claim or "suit" by an agent, servant or "employee" of any insured shall not in itself constitute knowledge of the insured unless an insured listed under paragraph 1. of SECTION II – WHO IS AN INSURED or a person who has been designated by them to receive reports of occurrences, offenses, claims and "suits" shall have received such notice from the agent, servant or "employee".

2. This endorsement provision M. does not apply when it is shown in the Schedule as not applicable.

N. LIBERALIZATION CLAUSE

If we revise this Commercial General Liability Extension Endorsement to provide more coverage without additional premium charge, your policy will automatically provide the coverage as of the day the revision is effective in your state. This does not apply to provisions that are shown in the Schedule as not applicable.

O. BODILY INJURY REDEFINED

Under SECTION V - DEFINITIONS, definition 3. is replaced by the following:

3. "Bodily Injury" means physical injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death that results from such physical injury, sickness or disease.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

22-45 (12/02)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS ("EIFS")

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

   1. The design, manufacture, distribution, sale, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application of, use of, or failure to apply or use, conditioners, primers, accessories, flashing, coatings, caulking or sealant in connection with such a system; or

   2. "Your product" or "your work" with respect to any component, fixture or feature on, adjacent to, or in the "exterior insulation and finish system", or any substantially similar system.

B. The following definition is added to the Definitions section:

   "Exterior insulation and finish system" (commonly referred to as EIFS or synthetic stucco) means any non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of some or all of the following:

   1. A rigid or semi-rigid insulation board made of expanded polystyrene or other materials;

   2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

   3. A reinforced or unreinforced base coat or mesh;

   4. A finish coat providing surface texture to which color may be added; and

   5. Any flashing, caulking or sealant used with the system for any purpose.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

Page 1 of 1

22-86 (12/02)

09/30/2004    9537911    NMCOXYRA609    **INSURED COPY**    PGDM060D J20334    MCAFPPN    00009638 Page    93

COMMERCIAL GENERAL LIABILITY
CG 00 01 10 01

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

  **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© ISO Properties, Inc., 2000          CG 00 01 10 01      ▫

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

© ISO Properties, Inc., 2000

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. Aircraft, Auto Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. Mobile Equipment

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. Damage To Property

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

© ISO Properties, Inc., 2000  CG 00 01 10 01  ☐

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance ; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of websites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

 © ISO Properties, Inc., 2000 CG 00 01 10 01  □

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while taking part in athletics.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage A.

**h. War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

© ISO Properties, Inc., 2000
CG 00 01 10 01    □

# SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal and advertising injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by,

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

   a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

   b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

© ISO Properties, Inc., 2000

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

© ISO Properties, Inc., 2000    CG 00 01 10 01    ▫

b. If a claim is made or "suit" is brought against any insured, you must:

 (1) Immediately record the specifics of the claim or "suit" and the date received; and

 (2) Notify us as soon as practicable.

 You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

 (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

 (2) Authorize us to obtain records and other information;

 (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

 (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**

 This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. **Excess Insurance**

 This insurance is excess over:

 (1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

 (a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

 (b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

 (c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

 (d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability.

 (2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

© ISO Properties, Inc., 2000        CG 00 01 10 01    □

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in a. above;

      (2) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

© ISO Properties, Inc., 2000

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

      (1) Equipment designed primarily for:

         (a) Snow removal;

         (b) Road maintenance, but not construction or resurfacing; or

         (c) Street cleaning;

      (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

      (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

© ISO Properties, Inc., 2000
CG 00 01 10 01     □

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include "bodily injury" or "property damage" arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

      (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

   For the purposes of this insurance, electronic data is not tangible property.

   As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

(2) The providing of or failure to provide warnings or instructions.

© ISO Properties, Inc., 2000    CG 00 01 10 01    □

COMMERCIAL GENERAL LIABILITY
CG 00 62 12 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Exclusion i. under Paragraph 2., **Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

i. War

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

B. The following exclusion is added to Paragraph 2., **Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**WAR**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

a. War, including undeclared or civil war; or

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

C. Exclusion h. under Paragraph 2., **Exclusions of Section I – Coverage C – Medical Payments** does not apply. Medical payments due to war are now subject to Exclusion g. of Paragraph 2., **Exclusions of Section I – Coverage C – Medical Payments** since "bodily injury" arising out of war is now excluded under Coverage A.

COMMERCIAL GENERAL LIABILITY
CG 02 01 11 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MARYLAND CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the Cancellation Common Policy Condition are replaced by the following:

  **2.** We may cancel this Coverage Part by mailing to the first Named Insured written notice of cancellation at least:

    **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

    **b.** 45 days before the effective date of cancellation if we cancel for any other reason.

**B.** Paragraph **5.** of the Cancellation Common Policy Condition is replaced by the following:

  **5.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

  If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be calculated as follows:

    **a. Policies Written For One Year Or Less**

    We will refund 90% of the pro rata unearned premium.

    **b. Policies Written For More Than One Year**

    **(1)** If the policy is cancelled in the first year, we will refund 90% of the pro rata unearned premium for the first year, plus the full annual premium for subsequent years.

    **(2)** If the policy is cancelled after the first year, we will refund the pro rata unearned premium.

    **c. Continuous And Annual Premium Payment Policies**

    We will refund 90% of the pro rata unearned premium for the year in which the policy is cancelled.

  We will retain the minimum premium, except if the policy is cancelled as of the inception date.

However, if this policy is financed by a premium finance company and we or the premium finance company or the first Named Insured cancels the policy, the refund will be pro rata excluding any expense constant, administrative fee or nonrefundable charge filed with and approved by the insurance commissioner.

The cancellation will be effective even if we have not made or offered a refund.

**C.** Paragraph **6.** of the Cancellation Common Policy Condition is replaced by the following:

A certificate of mailing will be proof of mailing and sufficient proof of notice.

**D.** The following condition is added and supersedes any provisions to the contrary:

**WHEN WE DO NOT RENEW**

If we decide not to renew this Coverage Part, we will mail to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 45 days before the expiration date. Even if we do not comply with these terms, this Coverage Part will terminate:

  **1.** On the expiration date, if:

    **a.** You fail to perform any of your obligations in connection with the payment of premium for the Coverage Part or the renewal of the Coverage Part, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit;

    **b.** We have indicated our willingness to renew this Coverage Part to you or your representative;

    **c.** You have notified us or our agent that you do not want to renew this Coverage Part; or

  **2.** On the effective date of any other insurance policy issued as a replacement for any insurance afforded by this Coverage Part, with respect to insurance to which both policies apply.

A certificate of mailing will be proof of mailing and sufficient proof of notice.

Copyright, Insurance Services Office, Inc., 2000

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1997  □

COMMERCIAL GENERAL LIABILITY
CG 21 67 04 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph 2., Exclusions of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Fungi or Bacteria**

   a. "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

   b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

   This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

B. The following exclusion is added to Paragraph 2., Exclusions of **Section I – Coverage B – Personal And Advertising Injury Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Fungi or Bacteria**

   a. "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

   b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

C. The following definition is added to the Definitions Section:

   "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

CG 21 67 04 02                    © ISO Properties, Inc., 2001                    Page 1 of 1    □

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "property damage" to property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

With respect to your liability arising out of your management of property for which you are acting as real estate manager this insurance is excess over any other valid and collectible insurance available to you.

Copyright, Insurance Services Office, Inc., 1984

COMMERCIAL GENERAL LIABILITY
CG 22 79 07 98

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability and Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

   a. Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

   b. Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

2. Subject to Paragraph 3. below, professional services include:

   a. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

   b. Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3. Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

CG 22 79 07 98          Copyright, Insurance Services Office, Inc.,  1997          Page 1 of 1

# QUICK REFERENCE
## COMMERCIAL GENERAL LIABILITY COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Commercial General Liability Coverage Part in your policy consists of Declarations, a Coverage Form (either CG 00 01 or CG 00 02), Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up the Coverage Part, listed in sequential order, except for the provisions in the Declarations which may not be in the sequence shown.

**DECLARATIONS**
 Named Insured and Mailing Address
 Policy Period
 Description of Business and Location of Premises
 Limits of Insurance
 Forms and Endorsements applying to the Coverage Part at time of issue

**COVERAGE FORM (CG 00 01 or CG 00 02)**
 SECTION I—COVERAGES
  Coverage A—Bodily Injury and Property Damage Liability
   Insuring Agreement
   Exclusions
  Coverage B—Personal and Advertising Injury Liability
   Insuring Agreement
   Exclusions
  Coverage C—Medical Payments
   Insuring Agreement
   Exclusions
  Supplementary Payments
 SECTION II—WHO IS AN INSURED
 SECTION III—LIMITS OF INSURANCE
 SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS
  Bankruptcy
  Duties in the Event of Occurrence, Claim or Suit
  Legal Action Against Us
  Other Insurance
  Premium Audit
  Representations
  Separation of Insureds
  Transfer of Rights of Recovery Against Others to Us
  When We Do Not Renew (applicable to CG 00 02 only)
  Your Right to Claim and "Occurrence" Information (applicable to CG 00 02 only)
 SECTION V—EXTENDED REPORTING PERIODS (applicable to CG 00 02 only)
 SECTION VI—DEFINITIONS (SECTION V in CG 00 01)

**COMMON POLICY CONDITIONS (IL 00 17)**
 Cancellation
 Changes
 Examination of Your Books and Records
 Inspections and Surveys
 Premiums
 Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS (If Any)**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1984, 1986.

CL 175 (2-86)

# EXHIBIT
# E



**Montgomery**
**Insurance** ™
*Member of Liberty Mutual Group*

| Policy Number: GL 9537911 | Prior Policy: 9537911 |
|---|---|

| Policy Period:  09/30/2005    To:  09/30/2006    12:01 am Standard Time at the Mailing Address of the Named Insured |
|---|

| Coverage Is Provided In    PEERLESS INSURANCE COMPANY - A STOCK COMPANY |
|---|

| Billing Type: AGENCY BILL    -    QUARTERLY |
|---|

| Named Insured and Mailing Address: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>4315 50TH STREET NW<br>WASHINGTON DC  20016 | EARLY CASSIDY & SCHILLING INC<br>1375 PICCARD DRIVE #375<br>ROCKVILLE MD  20850<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5800 |

Reason for Amendment:  RENEWAL

Transaction Effective Date: 09/30/2005

Premium for this Transaction:   $    60,920.00

### STATEMENT OF ACCOUNT

| Acct<br>Date | Premium | Surcharge/<br>Assessment | Total<br>Due |
|---|---|---|---|
| 09/2005 | $    18,462.20 | $        0.00 | $    18,462.20 |
| 12/2005 | $    14,152.61 | $        0.00 | $    14,152.61 |
| 03/2006 | $    14,152.61 | $        0.00 | $    14,152.61 |
| 06/2006 | $    14,152.58 | $        0.00 | $    14,152.58 |
| | | Total Premium Charged: $ | 60,920.00 |

Date Issued:  09/30/2005

17-81 (04/97)

**INSURED COPY**

PGDM060D J32530  MCAOPPN   00016184  Page 1

09/30/2005        9537911

**RENEWAL**

Montgomery
Insurance ™
*Member of Liberty Mutual Group*

EFFECTIVE DATE:  09/30/2005

| | |
|---|---|
| Policy Number: GL  9537911 | Prior Policy:  9537911 |

Billing Type:  AGENCY BILL

Coverage is Provided in    PEERLESS INSURANCE COMPANY - A STOCK COMPANY

| Named Insured and Mailing Address:<br><br>W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>4315 50TH STREET NW<br>WASHINGTON  DC  20016<br><br>REFER TO NAMED INSURED SCHEDULE | Agent:<br><br>EARLY CASSIDY & SCHILLING INC<br>1375 PICCARD DRIVE #375<br>ROCKVILLE MD  20850<br><br>Agent Code:  5290472        Agent Phone: (301)-948-5800 |
|---|---|

## COMMON POLICY DECLARATIONS

In return for the payment of premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

POLICY PERIOD: From : 09/30/2005   To : 09/30/2006   at 12:01 AM Standard Time at your mailing address shown above.

FORM OF BUSINESS:  CORPORATION

BUSINESS DESCRIPTION:  REAL ESTATE SALES AND PROPERTY OWNER AND MGMT

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| | PREMIUM |
|---|---|
| Commercial General Liability Coverage Part | INCLUDED |
| Employee Benefits Liability Coverage Part | INCLUDED |
| Total Premium for all Liability Coverage Parts | $      60,654.00 |
| Terrorism Risk Insurance Act of 2002 Coverage | $           266.00 |
| Total Policy Premium | $      60,920.00 |

## FORMS AND ENDORSEMENTS

Forms and Endorsements made a part of this policy at time of issue:
Applicable Forms and Endorsements are omitted if shown in specific Coverage Part/Coverage Form Declarations

| Form Number | | Description |
|---|---|---|
| 17-358 | - 1202 | LIMITED TERRORISM EXCLUSION |
| 17-363 | - 1102 | EXCL OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT |
| 17-366 | - 1202 | WAR LIABILITY EXCLUSION |
| CG0201 | - 1100 | MARYLAND CHANGES |
| CG2171 | - 1202 | LIMITED TERRORISM EXCLUSION |

17-57 (06/94)

INSURED COPY

| 09/30/2005 | 9537911 | NMCOXYRA009 | PGDM060D J32530 | MCAOPPN  00016132 Page | 59 |
|---|---|---|---|---|---|

## COMMON POLICY DECLARATIONS (continued)

**FORMS AND ENDORSEMENTS**

**Forms and Endorsements made a part of this policy at time of issue:**
Applicable Forms and Endorsements are omitted if shown in specific Coverage Part/Coverage Form Declarations

| Form Number | | Description |
|---|---|---|
| CG2176 | - 1102 | EXCL OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT |
| CG2187 | - 0504 | CONDITIONAL EXCLUSION OF TERRORISM |
| CG2673 | - 0602 | MARYLAND CHANGES - PREMIUM AUDIT CONDITION |
| IL0003 | - 0702 | CALCULATION OF PREMIUM |
| IL0017 | - 1198 | COMMON POLICY CONDITIONS |
| IL0021 | - 0702 | NUCLEAR ENERGY LIABILITY EXCLUSION (BROAD FORM) |
| IL0138 | - 0504 | VIRGINIA CHANGES |
| IL0278 | - 0702 | DISTRICT OF COLUMBIA CHANGES - CANCELLATION & NONRENEWL |
| 17-105-A | - 1095 | ENDORSEMENT |
| 17-58 | - 0694 | NAMED INSURED SCHEDULE |

Countersigned:    By_____    _____
                                        Authorized Representative                              Date

**THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc. 1982,1983, 1984, 1985.

**Date Issued:  09/30/2005**

17-57 (06/94)

**Montgomery Insurance** ™
*Member of Liberty Mutual Group*

**RENEWAL**

**Forming a part of**

| | |
|---|---|
| **Policy Number: GL  9537911** | |
| **Coverage Is Provided In  PEERLESS INSURANCE COMPANY - A STOCK COMPANY** | |
| **Named Insured:**<br>　**W C & A N MILLER DEVELOPMENT**<br>　**CO WASHINGTON SECURITIES LTD**<br>　**REFER TO NAMED INSURED SCHEDULE** | **Agent:**<br>　**EARLY CASSIDY & SCHILLING INC**<br><br>**Agent Code: 5290472      Agent Phone: (301)-948-5800** |

**TOTAL ADVANCE PREMIUM FOR ALL LIABILITY COVERAGE PARTS** 　　$　**60,654.00**

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| 　Damage To Premises Rented To You Limit | $    100,000 | Any One Premises |
| 　Medical Expense Limit | $      5,000 | Any One Person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any One Person or Organization |
| General Aggregate Limit (Other Than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**LOCATION OF PREMISES**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 001 | 4315-50TH STREET NW<br>WASHINGTON DC  20016 |
| 002 | 4701 SANGAMORE RD<br>MONTGOMERY<br>BETHESDA MD  20813 |
| 003 | 4820 MASSACHUSETTS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 004 | 4860 MASSACHUSETTS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 005 | 4900 MASSACHUSETTS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |

22-19 (12/02)

**INSURED COPY**

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**LOCATION OF PREMISES**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 006 | 4325-29 49TH ST NW &<br>4872-74 MASS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 007 | 4301 49TH ST NW<br>4300 FORDHAM ST<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 007 | 4301 49TH STREET N.W.<br>4300 FORDHAM STREET<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 008 | 4910 MASSACHUSETTS AVE NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 009 | 4866 MASSACHUSETTS AVE NW<br>WASHINGTON DC  20001 |
| 010 | 5518 CONNECTICUT AVE, NW<br>WASHINGTON DC  20016 |
| 011 | 4301 50TH ST NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20003 |
| 012 | 15301 BERRYVILLE RD<br>MONTGOMERY<br>GERMANTOWN MD  20874 |
| 013 | 4800-30 MASSACHUSETTS AVE<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 014 | 12113 DARNESTOWN RD<br>MONTGOMERY<br>GAITHERSBURG MD  20877 |
| 015 | 10200 RIVER RD<br>MONTGOMERY<br>POTOMAC MD  20854 |

22-19 (12/02)

**INSURED COPY**

RENEWAL

Forming a part of

| | |
|---|---|
| Policy Number: GL  9537911 | |
| Coverage is Provided In  PEERLESS INSURANCE COMPANY - A STOCK COMPANY | |
| **Named Insured:**<br>W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | **Agent:**<br>EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472      Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**LOCATION OF PREMISES**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 016 | 4219 EAST WEST HWY<br>MONTGOMERY<br>BETHESDA MD  20814 |
| 017 | VARIOUS LOCATIONS IN<br>FAIRFAX<br>FAIRFAX VA  20151 |
| 018 | 4872-74 MASSACHUSETTS AVE<br>4325-29 49TH STREET<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20001 |
| 019 | VARIOUS LOCATIONS IN<br>ALEXANDRIA VA  20016 |
| 020 | 719 SPRINGVALE RD LOT#9<br>5 ACRES IN FORESTVILLE ESTATES<br>GREAT FALLS VA  22066 |
| 021 | 10409 OLD POST LAND LOT #1<br>7.3 ACRES IN FIELDS ESTATES<br>GREAT FALLS VA  22066 |
| 022 | 4434 CONNECTICUT AVE, NW<br>DISTRICT OF COLUMBIA<br>WASHINGTON DC  20015 |
| 023 | 6824 ELM STREET<br>MCLEAN VA  22101 |

22-19 (12/02)

INSURED COPY

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)**

**LOCATION OF PREMISES**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 024 | 1319 VINCENT PLACE<br>MCLEAN VA  22101 |
| 025 | 1417-1419 ADDISON RD<br>CAPITOL HEIGHTS MD  20743 |
| 026 | OAK PARK DRIVE<br>BETHESDA MD  20817 |
| 027 | 6730 WILSON LANE<br>BETHESDA MD  20817 |
| 028 | 7405 ARLINGTON RD<br>BETHESDA MD  20814 |

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| DC | | | | | | |
| LOCATION 001 | | | | | | |
| 47050 | REAL ESTATE AGENTS<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | 1,050,076 | 001 | INCL | $      6.455 | INCL | $      6,778 |
| | PAYROLL<br>PER $1000 | | | | | |
| 47052 | REAL ESTATE PROPERTY MANAGED<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | IF ANY | 001 | INCL | $      3.937 | INCL | |
| | GROSS SALES<br>PER $1000 | | | | | |

22-19 (12/02)

INSURED COPY

**RENEWAL**

**Forming a part of**

| Policy Number: GL 9537911 |
|---|
| Coverage is Provided in PEERLESS INSURANCE COMPANY - A STOCK COMPANY |

| Named Insured: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT | EARLY CASSIDY & SCHILLING INC |
| CO WASHINGTON SECURITIES LTD | |
| REFER TO NAMED INSURED SCHEDULE | Agent Code: 5290472    Agent Phone: (301) 948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | Territory Code | Rates Prods/ Comp Ops | All Other | Advance Premium Prods/ Comp Ops | All Other |
|---|---|---|---|---|---|---|
| | Premium Base | | | | | |
| 91340 | CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING THREE STORIES IN HEIGHT | | | | | |
| | IF ANY | 001 | $ 8.941 | $ 19.701 | | |
| | PAYROLL PER $1000 | | | | | |
| 91342 | CARPENTRY | | | | | |
| | IF ANY | 001 | $ 8.336 | $ 28.850 | | |
| | PAYROLL PER $1000 | | | | | |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-INTENDANTS PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | 78,000 | 001 | INCL | $ 63.721 | INCL | $ 4,970 |
| | PAYROLL PER $1000 | | | | | |

22-19 (12/02)

INSURED COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO FAMILY DWELLINGS | | | | | | |
| | 10,959 | 001 | $ 2.866 | $ 0.124 | $ | 31 | $ 1 |
| | TOTAL COST PER $1000 | | | | | | |
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OR EQUIPMENT OR MATERIAL PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | | |
| | IF ANY | 001 | INCL | $ 22.209 | INCL | | |
| | PAYROLL PER $1000 | | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | | |
| | IF ANY | 001 | $ 2.788 | $ 15.627 | | | |
| | PAYROLL PER $1000 | | | | | | |
| 94007 | EXCAVATION | | | | | | |
| | IF ANY | 001 | $ 6.946 | $ 55.261 | | | |
| | PAYROLL PER $1000 | | | | | | |
| 97047 | LANDSCAPE GARDENING PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | | |
| | IF ANY | 001 | INCL | $ 15.738 | INCL | | |
| | PAYROLL PER $1000 | | | | | | |

22-19 (12/02)

INSURED COPY

RENEWAL

Forming a part of

| Policy Number: GL  9537911 |
| Coverage is Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |

| Named Insured:<br>W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | Agent:<br>EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5800 |

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)**

PREMIUM

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 97447 | MASONRY | | | | | |
| | IF  ANY | 001 | $  2.831 | $  22.002 | | |
| | PAYROLL PER $1000 | | | | | |
| 98304 | PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES OR LESS IN HEIGHT | | | | | |
| | IF  ANY | 001 | $  2.455 | $  29.049 | | |
| | PAYROLL PER $1000 | | | | | |

LOCATION 003

| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
|---|---|---|---|---|---|---|
| | 42,100 | 001 | INCL | $  33.284 | INCL | $  1,401 |
| | AREA PER 1000 SQ FT | | | | | |

LOCATION 004

22-19 (12/02)

INSURED COPY

09/30/2005    9537911    NMCOXYRA009    PGDM060D J32530    MCAOPPN  00016144 Page  71

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

## PREMIUM

| Class Code | Classification Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Rates | | | | Advance Premium | |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other | |

**61217** BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR
MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK
ONLY)-OTHER THAN NOT-FOR-PROFIT
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL
AGGREGATE LIMIT

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 2,864 | 001 | INCL | $ | 33.284 | INCL | $ | 95 |

AREA
PER 1000
SQ FT

## LOCATION 005

**61217** BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR
MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK
ONLY)-OTHER THAN NOT-FOR-PROFIT
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL
AGGREGATE LIMIT

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 39,000 | 001 | INCL | $ | 33.284 | INCL | $ | 1,298 |

AREA
PER 1000
SQ FT

## LOCATION 006

**61217** BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR
MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK
ONLY)-OTHER THAN NOT-FOR-PROFIT
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL
AGGREGATE LIMIT

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 7,680 | 001 | INCL | $ | 33.284 | INCL | $ | 256 |

AREA
PER 1000
SQ FT

## LOCATION 007

22-19 (12/02)

INSURED COPY

**RENEWAL**

**Forming a part of**

| Policy Number: GL   9537911 |
|---|

| Coverage Is Provided In  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |
|---|

| Named Insured:<br>W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | Agent:<br>    EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472          Agent Phone: (301)-948-5800 |
|---|---|

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | | |
| | 12,700 | 001 | INCL | $    33.284 | INCL | $ | 423 |
| | AREA PER 1000 SQ FT | | | | | | |

**LOCATION 008**

| 61217 | BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK ONLY)-OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | | |
|---|---|---|---|---|---|---|---|
| | 74,750 | 001 | INCL | $    33.284 | INCL | $ | 2,488 |
| | AREA PER 1000 SQ FT | | | | | | |

**LOCATION 009**

22-19 (12/02)

INSURED COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Rates | | | Advance Premium | |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |

**61217** BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR
MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK
ONLY)-OTHER THAN NOT-FOR-PROFIT
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL
AGGREGATE LIMIT

|  | 8,291 | 001 | INCL | $ | 33.284 | INCL | $ | 276 |

AREA
PER 1000
SQ FT

**LOCATION 011**

**61217** BUILDINGS OR PREMISES-BANK OR OFFICE-MERCANTILE OR
MANUFACTURING-MAINTAINED BY THE INSURED (LESSSOR'S RISK
ONLY)-OTHER THAN NOT-FOR-PROFIT
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL
AGGREGATE LIMIT

|  | 15,500 | 001 | INCL | $ | 33.284 | INCL | $ | 516 |

AREA
PER 1000
SQ FT

**LOCATION 013**

**46607** PARKING-PUBLIC-SHOPPING CENTERS-MAINTAINED BY THE INSURED
(LESSOR'S RISK ONLY)
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL
AGGREGATE LIMIT

|  | 20,940 | 001 | INCL | $ | 16.083 | INCL | $ | 337 |

AREA
PER 1000
SQ FT

**MD**

**LOCATION 002**

**22-19 (12/02)**

INSURED COPY

**RENEWAL**

Forming a part of

| Policy Number: GL 9537911 |
|---|

| Coverage Is Provided In PEERLESS INSURANCE COMPANY - A STOCK COMPANY |
|---|

| Named Insured: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT | EARLY CASSIDY & SCHILLING INC |
| CO WASHINGTON SECURITIES LTD | |
| REFER TO NAMED INSURED SCHEDULE | Agent Code: 5290472    Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 46607 | PARKING-PUBLIC-SHOPPING CENTERS-MAINTAINED BY THE INSURED (LESSOR'S RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | | |
| | 212,000 | 002 | INCL | $ | 12.130 | INCL | $    2,572 |
| | AREA PER 1000 SQ FT | | | | | | |
| 67635 | SHOPPING CENTERS - BUILDING OR PREMISES NOT OCCUPIED BY THE INSURED (LESSORS RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | | |
| | 198,613 | 002 | INCL | $ | 29.613 | INCL | $    5,882 |
| | AREA PER 1000 SQ FT | | | | | | |
| 94007 | EXCAVATION | | | | | | |
| | IF ANY | 002 | $  6.028 | $ | 29.425 | | |
| | PAYROLL PER $1000 | | | | | | |

22-19 (12/02)

**INSURED COPY**

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

## PREMIUM

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 97047 | LANDSCAPE GARDENING PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | IF  ANY | 002 | INCL | $    9.745 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 97447 | MASONRY | | | | | |
| | IF  ANY | 002 | $  2.047 | $   11.368 | | |
| | PAYROLL PER $1000 | | | | | |
| **LOCATION 015** | | | | | | |
| 47050 | REAL ESTATE AGENTS PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | 1,492,078 | 001 | INCL | $    2.549 | INCL | $    3,803 |
| | PAYROLL PER $1000 | | | | | |
| **LOCATION 018** | | | | | | |
| 47052 | REAL ESTATE PROPERTY MANAGED PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | IF  ANY | 002 | INCL | $    3.054 | INCL | |
| | GROSS SALES PER $1000 | | | | | |
| **LOCATION 019** | | | | | | |

22-19 (12/02)

INSURED COPY

RENEWAL

Forming a part of

| Policy Number: GL  9537911 |
| --- |
| Coverage Is Provided In  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |

| Named Insured: | Agent: |
| --- | --- |
| W C & A N MILLER DEVELOPMENT | EARLY CASSIDY & SCHILLING INC |
| CO WASHINGTON SECURITIES LTD | |
| REFER TO NAMED INSURED SCHEDULE | Agent Code: 5290472      Agent Phone: (301) 948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

PREMIUM

| Class Code | Classification Description | | Rates | | | Advance Premium | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO FAMILY DWELLINGS | | | | | | |
| | 3,000,000 | 001 | $  2.228 | $  1.013 | $ | 6,684 | $  3,039 |
| | TOTAL COST PER $1000 | | | | | | |

LOCATION 025

| 63010 | DWELLINGS-ONE FAMILY (LESSORS RISK ONLY) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2 | 001 | INCL | $  95.926 | INCL | | $  192 |
| | EACH DWELLING | | | | | | |

LOCATION 026

| 47051 | REAL ESTATE DEVELOPMENT PROPERTY PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 4 | 001 | INCL | $  8.038 | INCL | | $  32 |
| | EACH ACRE | | | | | | |

22-19 (12/02)

INSURED COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | | |
|---|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | | All Other | Prods/ Comp Ops | | All Other |
| 91340 | CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING THREE STORIES IN HEIGHT | | | | | | | |
| | 50,000 | 001 | $ 6.869 | $ | 12.072 | $ 343 | $ | 604 |
| | PAYROLL PER $1000 | | | | | | | |
| 91342 | CARPENTRY | | | | | | | |
| | IF ANY | 001 | $ 5.540 | $ | 17.904 | | | |
| | PAYROLL PER $1000 | | | | | | | |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-INTENDANTS PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | | | |
| | 59,535 | 001 | INCL | $ | 32.882 | INCL | $ | 1,958 |
| | PAYROLL PER $1000 | | | | | | | |
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OR EQUIPMENT OR MATERIAL PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | | | |
| | IF ANY | 001 | INCL | $ | 11.990 | INCL | | |
| | PAYROLL PER $1000 | | | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | | | |
| | IF ANY | 001 | $ 1.793 | $ | 9.909 | | | |
| | PAYROLL PER $1000 | | | | | | | |

22-19 (12/02)

RENEWAL

Forming a part of

| Policy Number: GL  9537911 |
| Coverage is Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |

| Named Insured: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472        Agent Phone: (301)-948-5800 |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

PREMIUM

| Class<br>Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium<br>Base | Territory<br>Code | Prods/<br>Comp Ops | All<br>Other | Prods/<br>Comp Ops | All<br>Other |
| 98304 | PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES<br>OR LESS IN HEIGHT | | | | | |
| | 40,040 | 001 | $  1.667 | $     15.444 | $        67 | $        618 |
| | PAYROLL<br>PER $1000 | | | | | |

LOCATION 027

| 47051 | REAL ESTATE DEVELOPMENT PROPERTY<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL<br>AGGREGATE LIMIT | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 001 | INCL | $     8.038 | INCL | $        8 |
| | EACH<br>ACRE | | | | | |

LOCATION 028

| 47051 | REAL ESTATE DEVELOPMENT PROPERTY<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL<br>AGGREGATE LIMIT | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 001 | INCL | $     8.038 | INCL | $        8 |
| | EACH<br>ACRE | | | | | |

VA

LOCATION 017

22-19 (12/02)

INSURED COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other | |

**47050**  REAL ESTATE AGENTS
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT

| 1,243,000 | 001 | INCL | $  2.371 | INCL | $  2,947 |
|---|---|---|---|---|---|

PAYROLL
PER $1000

**47052**  REAL ESTATE PROPERTY MANAGED
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT

| 250,000 | 001 | INCL | $  1.609 | INCL | $  402 |
|---|---|---|---|---|---|

GROSS SALES
PER $1000

**49451**  VACANT LAND-OTHER THAN NOT-FOR-PROFIT
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT

| 360 | 001 | INCL | $  2.333 | INCL | $  840 |
|---|---|---|---|---|---|

EACH
ACRE

**91340**  CARPENTRY-CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING THREE STORIES IN HEIGHT

| IF  ANY | 001 | $  5.518 | $  10.005 |
|---|---|---|---|

PAYROLL
PER $1000

**91342**  CARPENTRY

| IF  ANY | 001 | $  4.452 | $  14.847 |
|---|---|---|---|

PAYROLL
PER $1000

22-19 (12/02)

INSURED COPY

**RENEWAL**

Forming a part of

| Policy Number: GL  9537911 |
|---|

| Coverage is Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |
|---|

| Named Insured: | Agent: |
|---|---|
| W C & A N MILLER DEVELOPMENT | EARLY CASSIDY & SCHILLING INC |
| CO WASHINGTON SECURITIES LTD | |
| REFER TO NAMED INSURED SCHEDULE | Agent Code: 5290472      Agent Phone: (301) 948-5800 |

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)**

**PREMIUM**

| Class Code | Classification Description | | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | Prods/ Comp Ops | All Other |
| 91580 | CONTRACTORS EXECUTIVE SUPERVISORS OR EXECUTIVE SUPER-INTENDANTS PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | IF  ANY | 001 | INCL | $    22.496 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 91590 | CONTRACTORS PERMANENT YARDS-MAINTENANCE OR STORAGE OR EQUIPMENT OR MATERIAL PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | | |
| | IF  ANY | 001 | INCL | $    9.860 | INCL | |
| | PAYROLL PER $1000 | | | | | |
| 92215 | DRIVEWAY-PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | | |
| | IF  ANY | 001 | $  1.827 | $    8.943 | | |
| | PAYROLL PER $1000 | | | | | |

22-19 (12/02)

**INSURED COPY**

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)**

**PREMIUM**

| Class Code | Classification Description | | Rates | | | Advance Premium | | |
|---|---|---|---|---|---|---|---|---|
| | Premium Base | Territory Code | Prods/ Comp Ops | All Other | | Prods/ Comp Ops | All Other | |

**94007    EXCAVATION**

| | IF ANY | 001 | $ 4.560 | $ 24.082 |
|---|---|---|---|---|
| | PAYROLL PER $1000 | | | |

**97047    LANDSCAPE GARDENING**
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT

| | IF ANY | 001 | INCL | $ 8.080 | INCL |
|---|---|---|---|---|---|
| | PAYROLL PER $1000 | | | | |

**97447    MASONRY**

| | IF ANY | 001 | $ 1.781 | $ 7.784 |
|---|---|---|---|---|
| | PAYROLL PER $1000 | | | |

**98304    PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES - THREE STORIES OR LESS IN HEIGHT**

| | IF ANY | 001 | $ 1.564 | $ 12.700 |
|---|---|---|---|---|
| | PAYROLL PER $1000 | | | |

**LOCATION 020**

**47051    REAL ESTATE DEVELOPMENT PROPERTY**
PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT

| | | 5 | 004 | INCL | $ 38.296 | INCL | $ 191 |
|---|---|---|---|---|---|---|---|
| | EACH ACRE | | | | | | |

22-19 (12/02)

INSURED COPY

09/30/2005    9537911    NMCOXYRA009    PGDM060D J32530    MCAOPPN  00016155  Page    82

RENEWAL

Forming a part of

| Policy Number: GL 9537911 |
| --- |
| Coverage is Provided in PEERLESS INSURANCE COMPANY - A STOCK COMPANY |

| Named Insured:<br>W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | Agent:<br>EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5800 |
| --- | --- |

### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**PREMIUM**

| Class<br>Code | Classification Description | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Rates | | Advance Premium | |
| | Premium<br>Base | Territory<br>Code | Prods/<br>Comp Ops | All<br>Other | Prods/<br>Comp Ops | All<br>Other |
| 91583 | CONTRACTORS-SUBCONTRACTED WORK-IN CONNECTION WITH BUILDING<br>CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION-ONE OR TWO<br>FAMILY DWELLINGS | | | | | |
| | 3,000,000 | 004 | $ 3.272 | $ 0.435 | $ 9,816 | $ 1,305 |
| | TOTAL COST<br>PER $1000 | | | | | |

LOCATION 021

| 47051 | REAL ESTATE DEVELOPMENT PROPERTY<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL<br>AGGREGATE LIMIT | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 7 | 004 | INCL | $ 38.296 | INCL | $ 268 |
| | EACH<br>ACRE | | | | | |

| Audit Period: ANNUAL | Total Advance Premium | INCLUDED |
| --- | --- | --- |

**FORMS AND ENDORSEMENTS**

Forms and Endorsements applying to this Coverage Part and made part of this policy:

| Form Number | Description |
| --- | --- |
| 17-22 | - 1202 EXCLUSION - LEAD |
| 17-98 | - 1202 EXCLUSION - ASBESTOS |
| 22-44 | - 1202 AMENDATORY ENDORSEMENT |
| 22-45 | - 1202 COMMERCIAL GENERAL LIABILITY EXTENSION ENDORSEMENT |

22-19 (12/02)

**INSURED COPY**

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (continued)

**FORMS AND ENDORSEMENTS**

Forms and Endorsements applying to this Coverage Part and made part of this policy:

| Form Number | Description |
| --- | --- |
| 22-86 | - 1202  EXCL - EXTERIOR INSULATING FINISHING SYSTEMS |
| 22-90 | - 0204  EXCLUSION - SILICA |
| CG0001 | - 1001  COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0062 | - 1202  WAR LIABILITY EXCLUSION |
| CG0067 | - 0305  EXCLUSION-VIOLATION OF STATUTES |
| CG0201 | - 1100  MARYLAND CHANGES |
| CG2018 | - 1185  ADDITIONAL INSURED-MORTGAGEE, ASSIGNEE, OR RECEIVER |
| CG2147 | - 0798  EMPLOYMENT RELATED PRACTICES EXCLUSION |
| CG2167 | - 0402  FUNGI OR BACTERIAL EXCLUSION |
| CG2270 | - 1185  REAL ESTATE PROPERTY MANAGED |
| CG2279 | - 0798  EXCLUSION-CONTRACTORS - PROFESSIONAL LIABILITY |
| CG2503 | - 0397  DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGG LIMIT |
| CG2504 | - 0397  DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT |
| CL175 | - 0286  QUICK REFERENCE COMML GENERAL LIABILITY COVERAGE PART |

Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc. 1982,1983, 1984, 1985, 2000.

**Date Issued:  09/30/2005**

22-19 (12/02)

INSURED COPY

**RENEWAL**


**Montgomery Insurance** ™
*Member of Liberty Mutual Group*

Forming a part of

| Policy Number: GL  9537911 |
| --- |

| Coverage Is Provided In  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |
| --- |

| Named Insured: | Agent: |
| --- | --- |
| W C & A N MILLER DEVELOPMENT CO WASHINGTON SECURITIES LTD REFER TO NAMED INSURED SCHEDULE | EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472      Agent Phone: (301)-948-5800 |

**NAMED INSURED SCHEDULE**

First  Named Insured:

Name/Address                              Form of Business:  CORPORATION
W C & A N MILLER DEVELOPMENT CO WASHINGTON SECURITIES LTD
HAYMOUNT CORPORATION F&R CORPORATION INC
W C & A N MILLER REFERRAL CO W C & A N MILLER COMPANIES
W C & A N MILLER HOME SERVICES LLC BOYD PARK LLC
MILLER REAL ESTATE SERVICES LLC GREENWAY LENDING GROUP
LLC ARLINGTON ROAD LLC OAKPARK LLC
OAK PARK AT BURNING TREE LLC BRADLEY HILLS GROVE
HOMES OF VIRGINIA LLC COMMONWEALTH HOMES LLC
ML REALTORS LLC ML REALTORS PROPERTY MANAGEMENT LLC DBA
LAUGHLIN-MILLER REALTORS OF NORTHERN VIRGINIA
4315 50TH STREET NW
WASHINGTON DC   20016

                                             Date Issued:  09/30/2005

Forming a part of

| Policy Number: GL 9537911 |
| --- |

| Coverage is Provided in  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |
| --- |

| Named Insured: | Agent: |
| --- | --- |
| **W C & A N MILLER DEVELOPMENT CO WASHINGTON SECURITIES LTD REFER TO NAMED INSURED SCHEDULE** | **EARLY CASSIDY & SCHILLING INC** |
| | Agent Code: 5290472        Agent Phone: (301)-948-5800 |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED—MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**

**Designation of Premises:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1. WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

2. This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

CG 20 18 (11/85)

Copyright, Insurance Services Office, Inc., 1984
INSURED COPY

09/30/2005        9537911            NMCOXYRA009                    PGDM060D J32530        MCAOPPN  00016168  Page        95

Forming a part of

| | |
|---|---|
| Policy Number: GL 9537911 | |
| Coverage is Provided in PEERLESS INSURANCE COMPANY - A STOCK COMPANY | |
| Named Insured:<br>  W C & A N MILLER DEVELOPMENT<br>  CO WASHINGTON SECURITIES LTD<br>  REFER TO NAMED INSURED SCHEDULE | Agent:<br>  EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5800 |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DESIGNATED CONSTRUCTION PROJECT(S)
## GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

Designated Construction Projects:

ALL PROJECTS

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

A. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

1. A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

2. The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard," and for medical expenses under COVERAGE C regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits."

3. Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

4. The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

CG 25 03 (03/97)

Copyright, Insurance Services Office, Inc., 1996
INSURED COPY

09/30/2005    9537911    NMCOXYRA009    PGDM060D J32530    MCAOPPN  00016170 Page  97

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

    **1.** Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

    **2.** Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

**D.** If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.** The provisions of Limits Of Insurance (SECTION III) not otherwise modified by this endorsement shall continue to apply as stipulated.

CG 25 03 (03/97)

Copyright, Insurance Services Office, Inc., 1996
INSURED COPY

Forming a part of

| Policy Number: GL 9537911 |  |
|---|---|
| Coverage is Provided in PEERLESS INSURANCE COMPANY - A STOCK COMPANY |  |
| **Named Insured:**<br>W C & A N MILLER DEVELOPMENT<br>CO WASHINGTON SECURITIES LTD<br>REFER TO NAMED INSURED SCHEDULE | **Agent:**<br>EARLY CASSIDY & SCHILLING INC<br><br>Agent Code: 5290472    Agent Phone: (301)-948-5800 |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which can be attributed only to operations at a single designated "location" shown in the Schedule below:

1. A separate Designated Location General Aggregate Limit applies to each designated "location," and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

2. The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard," and for medical expenses under COVERAGE C regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits."

3. Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location." Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated "location" shown in the Schedule below.

4. The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

B. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which cannot be attributed only to operations at a single designated "location" shown in the Schedule below:

1. Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

2. Such payments shall not reduce any Designated Location General Aggregate Limit.

C. When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

D. For the purposes of this endorsement, the Definitions Section is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

E. The provisions of Limits Of Insurance (SECTION III) not otherwise modified by this endorsement shall continue to apply as stipulated.

CG 25 04 (03/97)

Copyright, Insurance Services Office, Inc., 1996
INSURED COPY

09/30/2005    9537911    NMCOXYRA009    PGDM060D J32530    MCAOPPN 00016172 Page    99

**SCHEDULE**

**Designated Location(s):**

SEE LIABILITY SCHEDULE

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

CG 25 04 (03/97)

Copyright, Insurance Services Office, Inc., 1996
**INSURED COPY**

09/30/2005        9537911              NMCOXYRA009              PGDM060D J32530        MCAOPPN  00016173  Page      100

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION – SILICA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
CUSTOM COMMERCIAL PROTECTOR GENERAL LIABILITY COVERAGE FORM

**A.** The following is added to paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** under **SECTION I – COVERAGES:**

This insurance does not apply to:

**Silica**

(1) "Bodily injury" arising, or allegedly arising, in whole or in part, from the inhalation, ingestion, absorption of or exposure to silica in any form or any substance containing silica, either alone, or in combination with other substances or factors, whether included in a product or otherwise; or

(2) "Property damage" arising, or allegedly arising, in whole or in part, from silica in any form or any substance containing silica, either alone, or in combination with other substances or factors, whether included in a product or otherwise; or

(3) Any loss, cost or expense arising out of any:

    (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of silica in any form or any substance containing silica, either alone, or in combination with other substances or factors, whether included in a product or otherwise; or

    (b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of silica in any form or any substance containing silica, either alone, or in combination with other substances or factors, whether included in a product or otherwise.

**B.** The following is added to paragraph **2. Exclusions** of **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** under **SECTION I – COVERAGES:**

This insurance does not apply to:

**Silica**

(1) "Personal and advertising injury" arising, or allegedly arising, in whole or in part, from silica in any form or any substance containing silica, either alone, or in combination with other substances or factors, whether included in a product or otherwise; or

(2) Any loss, cost or expense arising out of any:

    (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of silica in any form or any substance containing silica, either alone, or in combination with other substances or factors, whether included in a product or otherwise; or

    (b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of silica in any form or any substance containing silica, either alone, or in combination with other substances or factors, whether included in a product or otherwise.

**22-90 (02/04)**                                    **Page 1 of 1**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION – SILICA

This endorsement modifies insurance provided under the following:

PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following is added to paragraph **2. Exclusions** under **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS, BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

This insurance does not apply to:

**Silica**

(1) "Bodily injury" arising, or allegedly arising, in whole or in part, from the inhalation, ingestion, absorption of or exposure to silica in any form or any substance containing silica, either alone, or in combination with other substances or factors, whether included in a product or otherwise; or

(2) "Property damage" arising, or allegedly arising, in whole or in part, from silica in any form or any substance containing silica, either alone, or in combination with other substances or factors, whether included in a product or otherwise; or

(3) Any loss, cost or expense arising out of any:

    (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of silica in any form or any substance containing silica, either alone, or in combination with other substances or factors, whether included in a product or otherwise; or

    (b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of silica in any form or any substance containing silica, either alone, or in combination with other substances or factors, whether included in a product or otherwise.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT OF 2002)

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

A. **Applicability Of The Provisions Of This Endorsement**

  1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs:

    a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

    b. A renewal, extension or continuation of the Program has become effective without a requirement to you to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

  The Program is scheduled to terminate at the end of December 31, 2005 unless renewed, extended or otherwise continued by the federal government.

  2. If the provisions of this endorsement become applicable, such provisions:

    a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

    b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

  3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

© ISO Properties, Inc., 2004

CG 21 87 05 04

**Page 1 of 3**

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   b. When one or both of the following applies:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

© ISO Properties, Inc., 2004

CG 21 87 05 04

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs C.5. or C.6. are exceeded.

With respect to this Exclusion, Paragraphs C.5. and C.6. describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part or Policy.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part or Policy.

POLICY NUMBER: GL   9537911                                    17-105-A (10/95)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

ADDITIONAL INSURED CG2018 (CONTINUED)

TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY

AND ITS SUCCESSORS, ASSIGNS AND AFFILIATES AS

THEIR INTEREST MAY APPEAR C/O AEGON USA REALTY

ADVISORS INC MORTGAGE LOAN DEPARTMENT

4333 EDGEWOOD RD NE

CEDAR RAPIDS, IA 52499

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# VIRGINIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2., 3.** and **5.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2.** We may cancel this policy by mailing or delivering to you written notice of cancellation, stating the reason for cancellation, at least:

**a.** 15 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 45 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will send written notice by registered or certified mail or deliver written notice to your last mailing address known to us.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium.

**a.** We will compute return premium pro rata and round to the next higher whole dollar when this policy is cancelled:

**(1)** At our request;

**(2)** Because you no longer have a financial or insurable interest in the property or business operation that is the subject of insurance;

**(3)** And rewritten by us or a member of our company group; or

**(4)** After the first year, if it is a prepaid policy written for a term of more than one year.

**b.** When this policy is cancelled at your request (except when Paragraph **a.(2), a.(3)** or **a.(4)** applies), we will return 90% of the pro rata unearned premium, rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multi-year prepaid policy, we will return the full annual premium for the subsequent years. In addition, earned premium will not be less than our policywriting minimum premium.

**B.** The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

**1.** If we elect not to renew this policy, we will mail or deliver a notice of nonrenewal to you, stating the reason for nonrenewal, at least:

**a.** 15 days before the expiration date if the nonrenewal is due to nonpayment of premium; or

**b.** 45 days before the expiration date if the nonrenewal is for any other reason.

**2.** We will send written notice by registered or certified mail or deliver written notice of nonrenewal to your last mailing address known to us.

© ISO Properties, Inc., 2003

**INSURED COPY**

IL 01 38 05 04

Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

2. **Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

c. Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

B. The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

2. **Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

c. Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

© ISO Properties, Inc., 2004

09/30/2005    9537911    NMCOXYRA009    **INSURED COPY**    PGDM060D J32530    MCAOPPN  00016136 Page    63

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXCLUSION – LEAD LIABILITY**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL PROTECTOR® LIABILITY COVERAGE FORM

This insurance does not apply to:

1.  "Bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, either directly or indirectly out of the mining, processing, manufacture, storage, distribution, sale, installation, removal, disposal, handling, inhalation, ingestion, absorption, use or existence of, exposure to, or contact with lead or lead contained in goods, products or materials; or

2.  Any loss, cost or expense arising out of any:

    a.  Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead or lead contained in goods, products or materials; or

    b.  Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead or lead contained in goods, products or materials.

17-22 (12/02)                                                                                 Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXCLUSION – ASBESTOS LIABILITY**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL PROTECTOR® LIABILITY COVERAGE FORM

This insurance does not apply to:

1.  "Bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, either directly or indirectly out of the manufacture, storage, processing, mining, use, sale, installation, removal, disposal, distribution, handling, inhalation, ingestion, absorption, or existence of, exposure to or contact with asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust; or

2.  Any loss, cost or expense arising out of any:

    a.  Request, demand, order, or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust; or

    b.  Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust.

17-98 (12/02)

Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**AMENDATORY ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. With respect to the **COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

    **1.** Provision **b.(2)** under paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE (SECTION I)** is replaced by the following:

        **(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

    **2.** Paragraph **2.** of **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B** does not apply.

B. With respect to the **OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART:**

    **1.** Provision **b.(2)** under paragraph **2. Exclusions** of **SECTION I – COVERAGES – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is replaced by the following:

        **(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

    **2.** Paragraph **2.** of **SUPPLEMENTARY PAYMENTS** does not apply.

C. With respect to the **PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART:**

    **1.** Provision **b.(2)** under paragraph **2. Exclusions** of **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is replaced by the following:

        **(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

    **2.** Paragraph **2.** of **SUPPLEMENTARY PAYMENTS** does not apply.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COMMERCIAL GENERAL LIABILITY EXTENSION ENDORSEMENT

This endorsement modifies insurance under the

COMMERCIAL GENERAL LIABILITY COVERAGE PART

---

**SCHEDULE**

The following endorsement provision does not apply when "X" is shown in the space provided below:

_____ Provision C. PROPERTY DAMAGE – BORROWED EQUIPMENT does not apply
_____ Provision D. PROPERTY DAMAGE – CUSTOMERS' GOODS does not apply
_____ Provision G. MEDICAL PAYMENTS EXTENSION does not apply
_____ Provision I. ADDITIONAL INSUREDS – BY CONTRACT, AGREEMENT OR PERMIT does not
           apply
_____ Provision J. ADDITIONAL INSUREDS – VENDORS does not apply
_____ Provision K. BROAD FORM NAMED INSURED does not apply
_____ Provision L. FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES does not apply
_____ Provision M. KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT does not apply

---

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement)

With respect to coverage afforded by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**A. NON-OWNED AIRCRAFT**

Under paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I)**, exclusion **g. Aircraft, Auto Or Watercraft** does not apply to an aircraft provided:

1. It is not owned by any insured;

2. It is hired, chartered or loaned with a trained paid crew;

3. The pilot in command holds a currently effective certificate, issued by the duly constituted authority of the United States of America or Canada, designating her or him a commercial or airline pilot; and

4. It is not being used to carry persons or property for a charge.

However, the insurance afforded by this provision does not apply if there is available to the insured other valid and collectible insurance, whether primary, excess (other than insurance written to apply specifically in excess of this policy), contingent or on any other basis, that would also apply to the loss covered under this provision.

**B. NON-OWNED WATERCRAFT**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

22-45 (12/02)                                                                 Page 1 of 7

Under paragraph 2. Exclusions of COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I), provision (2)(a) of exclusion g. Aircraft, Auto Or Watercraft is replaced by the following:

This exclusion does not apply to:

(2) A watercraft you do not own that is:

(a) Less than 51 feet long; and

## C. PROPERTY DAMAGE - BORROWED EQUIPMENT

1. Under paragraph 2. Exclusions of COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I), provision (4) of exclusion j. Damage To Property does not apply to "property damage" to borrowed equipment while that equipment is not being used to perform operations at the job site.

2. Under SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, the following is added to Condition 4. Other Insurance, paragraph b. Excess Insurance:

   The insurance afforded by provision C. in the Commercial General Liability Extension Endorsement is excess over any of the other insurance, whether primary, excess, contingent or on any other basis, that is property insurance.

3. This endorsement provision C. does not apply when it is shown in the Schedule as not applicable.

## D. PROPERTY DAMAGE – CUSTOMERS' GOODS

1. Under paragraph 2. Exclusions of COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I), provisions (3), (4) and (6) of exclusion j. Damage To Property do not apply to "property damage" to "customers' goods" while on your premises.

2. Under SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, the following is added to Condition 4. Other Insurance, paragraph b. Excess Insurance:

   The insurance afforded by provision D. in the Commercial General Liability Extension Endorsement is excess over any of the other insurance, whether primary, excess, contingent or on any other basis, that is property insurance.

3. The following is added to SECTION V - DEFINITIONS:

   "Customers' goods" means property of your customer on your premises for the purpose of being worked on or used in your manufacturing process.

4. This endorsement provision D. does not apply when it is shown in the Schedule as not applicable.

## E. PROPERTY DAMAGE LIABILITY – ELEVATORS

1. Under paragraph 2. Exclusions of COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I), provisions (3), (4) and (6) of exclusion j. Damage To Property do not apply if such "property damage" results from the use of elevators.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

22-45 (12/02)                                                                    Page 2 of 7

2. The following is added to SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, Condition 4. Other Insurance, paragraph b. Excess Insurance:

> The insurance afforded by provision E. in the Commercial General Liability Extension Endorsement is excess over any of the other insurance, whether primary, excess, contingent or on any other basis, that is property insurance.

F. DAMAGE BY FIRE, LIGHTNING, EXPLOSION, SMOKE OR LEAKAGE

If Damage To Premises Rented To You is not otherwise excluded from this Coverage Part:

1. Under subsection 2. Exclusions of COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I):

   a. The fourth from the last paragraph of exclusion j. Damage To Property is replaced by the following:

   > Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke, or leakage from automatic fire protection systems) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in SECTION III – LIMITS OF INSURANCE.

   b. The last paragraph of subsection 2. Exclusions is replaced by the following:

   > Exclusions c. through n. do not apply to damage by fire, lightning, explosion, smoke, or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to Damage To Premises Rented To You as described in SECTION III - LIMITS OF INSURANCE.

2. Paragraph 6. under SECTION III - LIMITS OF INSURANCE is replaced by the following:

   6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, lightning, explosion, smoke, or leakage from automatic protection systems, while rented to you or temporarily occupied by you with permission of the owner. This limit is the greater of:

   a. $300,000; or

   b. The amount shown in the Declarations for Damage To Premises Rented To You Limit.

3. The word "fire" is changed to "fire, lightning, explosion, smoke, or leakage from automatic fire protection systems" where it appears in:

   a. SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS, Condition 4. Other Insurance, paragraph b. Excess Insurance, subparagraph (1)(b); and

   b. SECTION V – DEFINITIONS, paragraph 9.a.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

**G. MEDICAL PAYMENTS EXTENSION**

    **1.** SECTION III - LIMITS OF INSURANCE, paragraph 7. is replaced by the following:

        **7.** Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage **C.** for all medical expenses because of "bodily injury" sustained by any one person. The Medical Expense Limit is the greater of:

            **a.** $15,000; or

            **b.** The Medical Expense Limit shown in the Declarations.

    **2.** Under provision 1. Insuring Agreement of COVERAGE C MEDICAL PAYMENTS (SECTION I), the second subparagraph (2) of paragraph **a.** is replaced by the following:

        **(2)** The expenses are incurred and reported to us within three years of the date of the accident; and

    **3.** This endorsement provision G. does not apply when:

        **a.** It is shown in the Schedule as not applicable; or

        **b.** COVERAGE C. MEDICAL PAYMENTS (SECTION I) is otherwise excluded from this Coverage Part.

**H. EXTENSION OF SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

    Under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B:

    **1.** Paragraph **1.b.** is replaced by the following:

        **b.** Up to $2500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

    **2.** Paragraph **1.d.** is replaced by the following:

        **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $300 a day because of time off from work.

**I. ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT**

    **1.** Paragraph 2. under SECTION II - WHO IS AN INSURED is amended to include as an insured any person or organization when you and such person or organization have agreed in writing in a contract, agreement or permit that such person or organization be added as an additional insured on your policy to provide insurance such as is afforded under this Coverage Part. Such person or organization is an additional insured only with respect to liability arising out of:

        **a.** Your ongoing operations performed for that person or organization; or

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

b. Premises or facilities owned or used by you.

With respect to provision 1.a. above, a person's or organization's status as an insured under this endorsement ends when your operations for that person or organization are completed.

With respect to provision 1.b. above, a person's or organization's status as an insured under this endorsement ends when their contract or agreement with you for such premises or facilities ends.

2. This endorsement provision I. does not apply:

   a. Unless the written contract or agreement has been executed, or permit has been issued, prior to the "bodily injury", "property damage" or "personal and advertising injury";

   b. To "bodily injury" or "property damage" occurring after:

      (1) All work, including materials, parts or equipment furnished in connection with such work, in the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the site of the covered operations has been completed; or

      (2) That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project;

   c. To the rendering of or failure to render any professional services including, but not limited to, any professional architectural, engineering or surveying services such as:

      (1) The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

      (2) Supervisory, inspection, architectural or engineering activities;

   d. To "bodily injury", "property damage" or "personal and advertising injury" arising out of any act, error or omission that results from the additional insured's sole negligence or wrongdoing;

   e. To any person or organization included as an insured under provision J. of this endorsement;

   f. To any person or organization included as an insured by a separate additional insured endorsement issued by us and made a part of this policy; or

   g. When it is shown in the Schedule as not applicable.

J. **ADDITIONAL INSURED – VENDORS**

Paragraph 2. under SECTION II - WHO IS AN INSURED is amended to include as an insured any person or organization (referred to below as "vendor") with whom you agreed, in a written contract or agreement to provide insurance such as is afforded under this policy, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

1. The insurance afforded the vendor does not apply to:

   a. "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

to liability for damages that the vendor would have in the absence of the contract or agreement;

 b. Any express warranty unauthorized by you;

 c. Any physical or chemical change in the product made intentionally by the vendor;

 d. Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

 e. Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed

to make or normally undertakes to make in the course of business, in connection with the distribution or sale of the products;

 f. Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

 g. Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

 h. To "bodily injury" or "property damage" arising out of any act, error or omission that results from the additional insured's sole negligence or wrongdoing.

 2. This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

 3. This endorsement provision J. does not apply when it is shown in the Schedule as not applicable.

## K. BROAD FORM NAMED INSURED

 1. SECTION II - WHO IS AN INSURED is amended to include as an insured any legally incorporated entity of which you own more than 50 percent of the voting stock during the policy period.

 2. Under SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, the following is added to Condition 4. Other Insurance, paragraph b. Excess Insurance:

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis, that is available to an insured solely by reason of ownership by you of more than 50 percent of the voting stock.

 3. Paragraph 2. of this endorsement provision K. does not apply to a policy written to apply specifically in excess of this policy.

 4. This endorsement provision K. does not apply when it is shown in the Schedule as not applicable.

## L. FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES

 1. Under SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, the following is added to Condition 6. Representations:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

Your failure to disclose all hazards or prior "occurrences" existing as of the inception date of the policy shall not prejudice the coverage afforded by this policy provided such failure to disclose all hazards or prior "occurrences" is not intentional.

2. This endorsement provision L. does not apply when it is shown in the Schedule as not applicable.

## M. KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT

1. Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**, the following is added to Condition 2. Duties in the Event of Occurrence, Offense, Claim Or Suit:

Knowledge of an "occurrence", offense, claim or "suit" by an agent, servant or "employee" of any insured shall not in itself constitute knowledge of the insured unless an insured listed under paragraph 1. of **SECTION II – WHO IS AN INSURED** or a person who has been designated by them to receive reports of occurrences, offenses, claims and "suits" shall have received such notice from the agent, servant or "employee".

2. This endorsement provision M. does not apply when it is shown in the Schedule as not applicable.

## N. LIBERALIZATION CLAUSE

If we revise this Commercial General Liability Extension Endorsement to provide more coverage without additional premium charge, your policy will automatically provide the coverage as of the day the revision is effective in your state. This does not apply to provisions that are shown in the Schedule as not applicable.

## O. BODILY INJURY REDEFINED

Under **SECTION V - DEFINITIONS**, definition 3. is replaced by the following:

3. "Bodily injury" means physical injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death that results from such physical injury, sickness or disease.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 2000

22-45 (12/02)                                                                    Page 7 of 7

COMMERCIAL GENERAL LIABILITY
CG 00 01 10 01

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© ISO Properties, Inc., 2000

CG 00 01 10 01    ☐

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

© ISO Properties, Inc., 2000

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. Aircraft, Auto Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. Mobile Equipment

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. Damage To Property

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

© ISO Properties, Inc., 2000
CG 00 01 10 01    □

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance ; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

© ISO Properties, Inc., 2000

CG 00 01 10 01

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while taking part in athletics.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage A.

h. **War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

© ISO Properties, Inc., 2000

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

© ISO Properties, Inc., 2000        CG 00 01 10 01    ☐

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal and advertising injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by,

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

   a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

   b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

© ISO Properties, Inc., 2000

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

© ISO Properties, Inc., 2000
CG 00 01 10 01    ☐

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance

This insurance is excess over:

(1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability.

(2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in a. above;

      (2) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

     (1) Power cranes, shovels, loaders, diggers or drills; or

     (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

     (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

     (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   (1) Equipment designed primarily for:

     (a) Snow removal;

     (b) Road maintenance, but not construction or resurfacing; or

     (c) Street cleaning;

   (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

© ISO Properties, Inc., 2000

CG 00 01 10 01    ☐

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes

  (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

  (2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

  (1) Work or operations performed by you or on your behalf; and

  (2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes

  (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

  (2) The providing of or failure to provide warnings or instructions.

© ISO Properties, Inc., 2000

CG 00 01 10 01    □

COMMERCIAL GENERAL LIABILITY
CG 00 62 12 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion i. under Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**B.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**WAR**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war; or

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**C.** Exclusion h. under Paragraph 2., Exclusions of Section I – Coverage C – Medical Payments does not apply. Medical payments due to war are now subject to Exclusion g. of Paragraph 2., Exclusions of Section I – Coverage C – Medical Payments since "bodily injury" arising out of war is now excluded under Coverage A.

© ISO Properties, Inc., 2002

COMMERCIAL GENERAL LIABILITY
CG 02 01 11 00

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MARYLAND CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the Cancellation Common Policy Condition are replaced by the following:

  **2.** We may cancel this Coverage Part by mailing to the first Named Insured written notice of cancellation at least:

    **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

    **b.** 45 days before the effective date of cancellation if we cancel for any other reason.

**B.** Paragraph **5.** of the Cancellation Common Policy Condition is replaced by the following:

  **5.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

  If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be calculated as follows:

    **a. Policies Written For One Year Or Less**

    We will refund 90% of the pro rata unearned premium.

    **b. Policies Written For More Than One Year**

      **(1)** If the policy is cancelled in the first year, we will refund 90% of the pro rata unearned premium for the first year, plus the full annual premium for subsequent years.

      **(2)** If the policy is cancelled after the first year, we will refund the pro rata unearned premium.

    **c. Continuous And Annual Premium Payment Policies**

    We will refund 90% of the pro rata unearned premium for the year in which the policy is cancelled.

  We will retain the minimum premium, except if the policy is cancelled as of the inception date.

However, if this policy is financed by a premium finance company and we or the premium finance company or the first Named Insured cancels the policy, the refund will be pro rata excluding any expense constant, administrative fee or nonrefundable charge filed with and approved by the insurance commissioner.

The cancellation will be effective even if we have not made or offered a refund.

**C.** Paragraph **6.** of the Cancellation Common Policy Condition is replaced by the following:

A certificate of mailing will be proof of mailing and sufficient proof of notice.

**D.** The following condition is added and supersedes any provisions to the contrary:

**WHEN WE DO NOT RENEW**

If we decide not to renew this Coverage Part, we will mail to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 45 days before the expiration date. Even if we do not comply with these terms, this Coverage Part will terminate:

  **1.** On the expiration date, if:

    **a.** You fail to perform any of your obligations in connection with the payment of premium for the Coverage Part or the renewal of the Coverage Part, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit;

    **b.** We have indicated our willingness to renew this Coverage Part to you or your representative;

    **c.** You have notified us or our agent that you do not want to renew this Coverage Part; or

  **2.** On the effective date of any other insurance policy issued as a replacement for any insurance afforded by this Coverage Part, with respect to insurance to which both policies apply.

A certificate of mailing will be proof of mailing and sufficient proof of notice.

Copyright, Insurance Services Office, Inc., 2000

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.,** Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.,** Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 67 04 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph 2., Exclusions of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

2. **Exclusions**

   This insurance does not apply to:

   **Fungi or Bacteria**

   a. "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

   b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

   This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

B. The following exclusion is added to Paragraph 2., Exclusions of **Section I – Coverage B – Personal And Advertising Injury Liability:**

2. **Exclusions**

   This insurance does not apply to:

   **Fungi or Bacteria**

   a. "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

   b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

C. The following definition is added to the **Definitions** Section:

   "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "property damage" to property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

With respect to your liability arising out of your management of property for which you are acting as real estate manager this insurance is excess over any other valid and collectible insurance available to you.

     Copyright, Insurance Services Office, Inc., 1984         □

COMMERCIAL GENERAL LIABILITY
CG 22 79 07 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability and Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

   a. Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

   b. Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

2. Subject to Paragraph 3. below, professional services include:

   a. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

   b. Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3. Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

Copyright, Insurance Services Office, Inc., 1997

# QUICK REFERENCE
## COMMERCIAL GENERAL LIABILITY COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Commercial General Liability Coverage Part in your policy consists of Declarations, a Coverage Form (either CG 00 01 or CG 00 02), Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up the Coverage Part, listed in sequential order, except for the provisions in the Declarations which may not be in the sequence shown.

**DECLARATIONS**
    Named Insured and Mailing Address
    Policy Period
    Description of Business and Location of Premises
    Limits of Insurance
    Forms and Endorsements applying to the Coverage Part at time of issue

**COVERAGE FORM (CG 00 01 or CG 00 02)**
    SECTION I—COVERAGES
        Coverage A—Bodily Injury and Property Damage Liability
            Insuring Agreement
            Exclusions
        Coverage B—Personal and Advertising Injury Liability
            Insuring Agreement
            Exclusions
        Coverage C—Medical Payments
            Insuring Agreement
            Exclusions
        Supplementary Payments
    SECTION II—WHO IS AN INSURED
    SECTION III—LIMITS OF INSURANCE
    SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS
        Bankruptcy
        Duties in the Event of Occurrence, Claim or Suit
        Legal Action Against Us
        Other Insurance
        Premium Audit
        Representations
        Separation of Insureds
        Transfer of Rights of Recovery Against Others to Us
        When We Do Not Renew (applicable to CG 00 02 only)
        Your Right to Claim and "Occurrence" Information (applicable to CG 00 02 only)
    SECTION V—EXTENDED REPORTING PERIODS (applicable to CG 00 02 only)
    SECTION VI—DEFINITIONS (SECTION V in CG 00 01)

**COMMON POLICY CONDITIONS (IL 00 17)**
    Cancellation
    Changes
    Examination of Your Books and Records
    Inspections and Surveys
    Premiums
    Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS (If Any)**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1984, 1986.

CL 175 (2-86)

# EXHIBIT
# F

| | | |
|---|---|---|
| CBS WPGC (AM), INC., 4200 Parliament Place, Suite 300 Lanham, MD 20706 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff, | * | FOR |
| v. | * | PRINCE GEORGE'S |
| W.C. & A.N. MILLER COMPANIES, INC., 4315 50th Street, N.W. Washington, D.C. 20016 | * | COUNTY, MARYLAND |
| | * | Civil Action No. CAL05-24114 |
| and | * | |
| W.C. and A.N. MILLER DEVELOPMENT COMPANY, 4315 50th Street, N.W. Washington, D.C. 20016 | * | |
| | * | |
| Defendants. | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## AMENDED COMPLAINT AND PRAYER FOR JURY TRIAL

Now comes the plaintiff CBS WPGC (AM), Inc. (hereinafter, "WPGC"), and sues the defendants W.C. & A.N. Miller Companies, Inc. and W.C. & A.N. Miller Development Company (collectively, "Miller"), and in support of its Complaint avers as follows:

## INTRODUCTION

1.      Miller was at all relevant times the owner of two parcels of land directly adjoining the property where WPGC's radio transmission tower is located. Since 2000, in violation of numerous provisions of both the Maryland and Prince George's County Code, Miller allowed its tenant and subtenant to operate an illegal trash dump on its property, and, more recently, to deposit onto WPGC's property a twenty-five foot high mound of garbage covering approximately one-third of an acre.

2.      In March 2005, the Prince George's County Department of Environmental Resources and the Maryland Department of the Environment directed WPGC to clean up its property, which required WPGC to haul away 132 truckloads of trash and debris, and which cost WPGC hundreds of thousands of dollars. In addition, the acres of trash and debris that Miller allowed to be deposited on its property and on WPGC's property, including without limitation substantial amounts of metallic debris, caused fluctuations in the FCC licensed and mandated parameters of the strength of WPGC's radio signal and required WPGC to expend substantial funds on engineers to address that issue.

3.      By this action, WPGC asserts causes of action for trespass, nuisance, various forms of negligence and intentional misrepresentation, and seeks to recover from Miller the costs of cleaning up the property and to be compensated for other related injuries proximately caused by Miller's actions or failures to act.

## THE PARTIES

4.      Plaintiff WPGC is a Delaware corporation, which owns, operates, and holds the FCC license for, WPGC-AM, a gospel radio station popularly known as "Heaven 1580 AM." Although its format has changed over the years, WPGC has broadcast from Prince George's County, Maryland since 1954.

5.      Upon information and belief, both defendants are Delaware corporations and regularly conduct business in the state of Maryland as well as other jurisdictions.

6.      Miller describes itself as "the premiere real estate company" in the District of Columbia metropolitan area. Among other things, Miller is in the business of providing commercial leasing and property management services to its customers, and employs full-time property managers for this purpose.

2

## JURISDICTION AND VENUE

7.    This Court has subject matter jurisdiction over this action pursuant to Section 1-501 of the Courts and Judicial Proceedings Article of the Maryland Code.

8.    This Court has personal jurisdiction over Miller pursuant to Section 6-103 of the Courts and Judicial Proceedings Article of the Maryland Code.

9.    Miller maintains several offices in the state of Maryland and regularly transacts business and performs services in the state of Maryland.

10.    This action arises out of Miller's activities in the state of Maryland.

11.    Miller has caused tortious injury to WPGC by an act or omission in the state of Maryland.

12.    Upon information and belief, Miller has an interest in, uses, or possesses real property in the state of Maryland.

13.    Venue is proper in this Court because the property at issue in WPGC's cause of action for trespass is located in Prince George's County, Maryland.

## GENERAL FACTUAL ALLEGATIONS

14.    WPGC is the owner of property located at 1355 S. Addison Road in the Capitol Heights section of Prince George's County, Maryland (hereinafter, the "WPGC Property").

15.    WPGC's broadcasting towers are located on the WPGC Property. WPGC's offices and broadcast operations are located elsewhere in Prince George's County, Maryland, at the address set forth in the caption of this Complaint.

16.    The WPGC Property is otherwise undeveloped and is used solely as the site from which WPGC transmits its broadcast signal to its listeners.

3

17.    At all times material hereto, Miller was the owner of commercial property located at 1417 and 1419 S. Addison Road in the Capitol Heights section of Prince George's County, Maryland (hereinafter, the "Miller Property"). The Miller Property directly adjoins the WPGC Property.

18.    As far back as 1987, Miller leased the Miller Property to companies in the business of hauling, dumping and/or storing trash, waste and other material. Miller benefited financially from these leases.

19.    At all times material hereto, Miller oversaw the maintenance and use of the Miller Property and assigned Jim Farrell, Miller's Vice President of Commercial Leasing and Management, to oversee the maintenance and use of the Miller Property.

20.    In July 1987, Miller leased the Miller Property to Eastern-Trans Waste of Maryland, Inc.

21.    In November 2000, Miller leased the Miller Property to H & H Hauling Service ("H & H") for a one-year term.

22.    Shortly after commencing its lease term, H & H subleased the Miller Property to two businesses, Mainor's Bus Service and J. Williamson Demolition (the "Sub Tenants").

23.    The nature of the Sub Tenants' businesses is obvious from their names: Mainor's Bus Service operated a bus company and J. Williamson Demolition operated a trash demolition, hauling and dumping business. The Sub Tenants conducted businesses that were incompatible with the zoning status of the Miller Property and that were operated in a manner contrary to applicable state and county regulations.

4

JUN. 16. 2006 10:17AM 03 PM 30 N 81996                     FAX NO. 01        NO. 530    P. 6 P. 06

24.    Beginning in approximately 2000, Miller allowed and/or was aware of the use of the Miller Property by H & H, the Sub Tenants and/or others as an unlicensed trash dump.

25.    Almost from the beginning of H & H's tenancy and the use and occupancy by the Sub Tenants, Miller was cited for and in violation of various state and/or county environmental codes, ordinances or regulations concerning the maintenance of the Miller Property, including without limitation Code of Maryland Regulations 26.04.07.03 A (1-6) and B(4) and Prince George's County Code, Subtitles 21-113(a) and 21-113(c) and 21-117(c) (hereinafter, the "Violations").

26.    Although Miller had actual knowledge of the Violations, Miller continued to lease the Miller Property to H & H at least until February 2002. Indeed, in documents provided to state regulators in October 2003, Miller admitted that the Miller Property had "remained in violation almost from the time of [H & H's] initial occupancy."

27.    At all times material hereto, and continuing until Miller sold the Miller Property earlier this year, Miller allowed the dumping to occur on the Miller Property, failed to take reasonable steps to abate the dumping on the Miller Property, failed to take reasonable steps to secure the Miller Property, and/or failed to maintain the Miller Property in accordance with applicable state and county laws.

28.    The unabated dumping of trash and debris on the Miller Property ultimately overflowed onto the WPGC Property and onto the property of other neighboring landowners.

5

JUN. 16. 2006; 10:17AM 03 PM 081996;    FAX NO. 01    NO. 530    P. /    P. 07

29.    The mountain of trash and debris extending over much of the Miller Property and onto the WPGC Property included a large quantity of construction debris, including without limitation metallic construction debris.

30.    WPGC first learned that trash and debris from the Miller Property had spilled over onto the WPGC Property in March 2005, when WPGC received a notice from the Prince George's County Department of Environmental Resources (the "County") advising WPGC that it was in violation of the County's Anti-Litter Ordinance and that it would be required to clean up the WPGC Property at its own expense. Regulators from the Maryland Department of the Environment also imposed certain requirements on WPGC concerning the manner in which WPGC restored the WPGC Property to its unpolluted condition.

31.    WPGC promptly took steps to comply with the County's directive to devise and implement a clean-up plan for the WPGC Property. To date, WPGC has expended approximately $300,000 to remove the trash and debris deposited onto the WPGC Property from the trash dump unlawfully operated on the Miller Property.

32.    Although Miller had been ordered to clean up the Miller Property repeatedly, it instead sold the Miller Property in early 2005.

33.    While Miller allowed a trash dump to be operated unlawfully on the Miller Property, WPGC experienced seemingly inexplicable fluctuations in the FCC licensed and mandated parameters of the strength of WPGC's radio signal. WPGC has incurred significant expenses to address those fluctuations. Because this issue was resolved immediately upon removal of the mound of trash and debris from the Miller Property and the WPGC Property, WPGC has now concluded that the presence of the trash and debris

6

JUN. 16. 2006  10:18AM  03 PM     381990

FAX NO. 01         NU. 550    r.  0  P. 08

unlawfully amassed on both the Miller Property and the WPGC Property, including without limitation substantial amounts of metallic debris, was the cause of those fluctuations.

34.    WPGC has requested that Miller reimburse WPGC for the costs WPGC has incurred as a result of the unlawful dumping Miller allowed on the Miller Property and then on the WPGC Property.  Miller has steadfastly refused to do so.

## COUNT ONE – TRESPASS

35.    WPGC incorporates by reference each of the foregoing paragraphs 1-34 as if set forth fully herein.

36.    At all times material hereto, Miller both owned the property on which the dumping occurred and had control over the property from which trash and debris overflowed onto the WPGC Property.

37.    Miller allowed substantial quantities of trash and debris dumped on the Miller Property by its Sub Tenant to overflow onto the WPGC Property.

38.    WPGC had no knowledge of and did not consent to the entry onto its property of trash and debris from the Miller Property.

39.    The overflow of trash and debris from the Miller Property onto the WPGC Property (a) constitutes an unauthorized entry onto and intrusion on the WPGC Property, and (b) interfered with WPGC's exclusive possession of its property.

40.    As a result of the foregoing, WPGC has incurred, and continues to incur, substantial injury.  WPGC has incurred substantial expenses and losses in connection with its efforts (a) to clean up the WPGC Property and to comply with state and county directives concerning the WPGC Property; (b) to address fluctuations in the FCC licensed

7

and mandated parameters of the strength of WPGC's radio signal); and (c) to reverse and remedy the diminution in value and loss of use of the WPGC Property.

41.    The injuries sustained by WPGC were proximately caused by Miller's actions and/or failure to act.

## COUNT II – NUISANCE

42.    WPGC incorporates by reference each of the foregoing paragraphs 1-41 as if set forth fully herein.

43.    The dumping of substantial quantities of trash and debris on the Miller Property constitutes a nuisance.

44.    The dumping of substantial quantities of trash and debris on the WPGC Property constitutes a nuisance.

45.    Miller's actions and/or failures to act in connection with the creation, maintenance or continuation of a nuisance were unreasonably injurious to WPGC.

46.    Miller's maintenance of a nuisance on the Miller Property and the WPGC Property substantially and unreasonably interfered with WPGC's use and enjoyment of the WPGC Property.

47.    As a result of the foregoing, WPGC has incurred, and continues to incur, substantial injury. WPGC has incurred substantial expenses or loss in connection with its efforts (a) to clean up the WPGC Property and to comply with state and county directives concerning the WPGC Property; (b) to address fluctuations in the FCC licensed and mandated parameters of the strength of WPGC's radio signal; and (c) to reverse and remedy the diminution in value and loss of use of the WPGC Property.

8

48.    The injuries sustained by WPGC were proximately caused by Miller's actions and/or failure to act.

## COUNT III – NEGLIGENCE
### (Ongoing Failure to Comply with State and County Laws)

49.    WPGC incorporates by reference each of the foregoing paragraphs 1-48 as if set forth fully herein.

50.    Miller had a nondelegable duty to ensure that the Miller Property was in compliance with the applicable state and county codes, ordinances or regulations governing the maintenance and use of real property.

51.    Miller breached this duty by: (a) allowing H & H and the Sub Tenants to occupy the Miller Property, even though Miller was aware that they had violated and were continuing to violate various state and/or county codes, ordinances and/or regulations concerning the maintenance and use of real property and that such businesses were incompatible with the zoning status of the Miller Property; and/or (b) by failing to take reasonable steps to secure the Miller Property and/or to abate the illegal dumping occurring on the Miller Property and overflowing onto the WPGC Property.

52.    WPGC, as a neighboring property owner, was within the class of persons and entities such codes, ordinances and regulations were designed to protect. The injuries sustained by WPGC are the type of injuries that the applicable state and/or county codes, ordinances and/or regulations were designed to prevent.

53.    As a result of the foregoing, WPGC has incurred, and continues to incur, substantial injury. WPGC has incurred substantial expenses or loss in connection with its efforts (a) to clean up the WPGC Property and to comply with state and county directives concerning the WPGC Property; (b) to address fluctuations in the FCC licensed and

9

mandated parameters of the strength of WPGC's radio signal; and (c) to reverse and remedy the diminution in value and loss of use of the WPGC Property.

54.    The injuries sustained by WPGC were proximately caused by Miller's actions or failure to act.

### COUNT IV – NEGLIGENCE
### (Ongoing Failure to Take Adequate Steps to Protect
### Adjoining Property Owners)

55.    WPGC incorporates by reference each of the foregoing paragraphs 1-54 as if set forth fully herein.

56.    Miller had a duty to use the Miller Property so as not to injure the legal rights of its neighbors, including WPGC. In addition, when Miller learned that H & H and/or the Sub Tenants were engaged in dumping to such a degree that it created a condition harmful to adjoining property owners, including without limitation WPGC, Miller had a duty to take reasonable steps to avoid such injury to its adjoining property owners.

57.    Miller breached these duties by: (a) allowing H & H and the Sub Tenants to occupy Miller's Property, even though Miller was fully aware that they were continuing to engage in extensive dumping activities; and (b) failing to take reasonable steps to secure the Miller Property or to abate the illegal dumping occurring on the Miller Property and overflowing onto the WPGC Property.

58.    As a result of the foregoing, WPGC has incurred, and continues to incur, substantial injury. WPGC has incurred substantial expenses or loss in connection with its efforts (a) to clean up the WPGC Property and to comply with state and county directives concerning the WPGC Property; (b) to address fluctuations in the FCC licensed and

10

mandated parameters of the strength of WPGC's radio signal; and (c) to reverse and remedy the diminution in value and loss of use of the WPGC Property.

59.     The injuries sustained by WPGC were proximately caused by Miller's actions or failure to act.

## COUNT V – INTENTIONAL MISREPRESENTATION

60.     WPGC incorporates by reference each of the foregoing paragraphs 1-59 as if set forth fully herein.

61.     Miller has engaged in a pattern of misrepresentations designed to mislead WPGC, as well as regulators from the State of Maryland and Prince George's County, as to (a) Miller's relationship with other parties responsible for the trash and debris that was dumped onto the Miller Property and that spilled over onto the WPGC Property; and (b) Miller's compliance with official directives by the aforementioned regulators to secure the Miller Property and to clean up the substantial quantities of trash and debris accumulated thereon.

62.     Miller made numerous representations that it was not responsible for the trash and debris that invaded the WPGC Property because the individual(s) who deposited the trash and debris were trespassers with whom Miller had no relationship.

63.     On October 15, 2003, Miller's Vice President of Commercial Leasing and Management, James Farrell, met with Maryland State Police Sergeant Michael Boyd, who was investigating the Miller Property for the Environmental Crimes Unit of the Maryland Attorney General's Office. Mr. Farrell stated to Sergeant Boyd that Miller "never leased either property to John Williamson or [h]is company." Mr. Farrell further stated that he "was not sure how John Williamson established himself on 1417 S.

11

Addison Road but Williamson did have some type of working relationship with Hartwell and Williamson operated his business there." Mr. Farrell further stated that "Williamson continued to operate his business at 1417 S. Addison Road without a lease agreement and against the will of W.C. & A.N. Miller Development Company." Sergeant Boyd summarized this conversation in a memorandum, which Mr. Farrell has confirmed is an accurate description of that conversation.

64.    At the time Mr. Farrell made the aforementioned statements to Sergeant Boyd, he and Miller knew that, not only was Williamson a tenant and invitee of Miller's subtenant (H&H Hauling) but Miller had in fact accepted rent payments directly from Williamson. Miller nevertheless misrepresented the nature of its relationship with Williamson in an attempt to distance itself from Williamson in Miller's dealings with governmental regulators.

65.    Indeed, in March 2002, after Miller had received repeated notices of violation from Prince George's County regulators and had entered into two consent decrees with Prince George's County, Miller purported to respond by sending a notice of eviction to Williamson. However, *that same month*, Miller accepted and cashed a rent check from Williamson – conduct that it failed to disclose to the Prince George's County regulators and that was directly at odds with the position Miller had taken with those regulators that Miller was attempting to remove Williamson from the Miller Property. In addition, in October 2003, Mr. Farrell provided Sergeant Boyd with copies of the eviction notice purportedly sent to Williamson in March 2002, but did not disclose to Sergeant Boyd or to any other state regulator that Miller accepted rent directly from Williamson in the same month that it was purporting to evict Williamson from the Miller Property.

12

66.    Similarly, after WPGC contacted Miller concerning the trash and debris that had spilled over onto the WPGC Property (and prior to filing this lawsuit), Miller, through its counsel, represented in a letter dated July 25, 2005 that the dumping occurred without Miller's consent or knowledge and "that the perpetrator of the illegal dumping was a person named Williamson." In a follow up telephone conversation on August 4, 2005, Miller's counsel further represented that Miller had no connection to J. Williamson Demolition. In a subsequent letter dated October 24, 2005, Miller's counsel further stated that "Miller did not have privity with subtenants on the property."

67.    Miller and its counsel did not disclose to WPGC that Williamson was a subtenant and invitee or that Miller had accepted rent payments directly from Williamson. Rather, Miller misrepresented the nature of its relationship with Williamson in an attempt to distance itself from Williamson in Miller's dealings with WPGC.

68.    Miller also made a series of misrepresentations concerning its efforts to comply with the directives of State and County regulators concerning the Miller Property, and to arrange for the prompt removal of the trash and debris on the Miller Property.

69.    Miller repeatedly represented to State and County regulators that Miller would promptly clean up the Miller Property, but then failed to do so.

70.    In an effort to explain its substantial delay in arranging for the removal of the trash and debris on the Miller Property, Miller, through Mr. Farrell, represented to Prince George's County regulators that the State of Maryland had committed to assisting Miller's efforts to remove the trash and debris on the Miller Property.

71.    Meanwhile, in an effort to avoid full financial and legal responsibility for the clean up, Miller represented to State regulators that it had fully complied with the prior

13

JUN. 16. 2006) 10:19AM 05 PP30 081990;     FAX NO. 01     NO. 530    r. 19 P. 15

directives of Prince George's County regulators. For example, on October 7, 2003, Mr. Farrell told Bob Heiniger, the head of the Compliance Inspections Section of the Maryland Department of the Environment's Solid Waste Program, that "he'd been working closely with PG County about the site (specifically, Bill Edelen of PG Health), and had followed Mr. Edelin's advice all along." Similarly, in a letter the same day, Mr. Farrell claimed to Richard Glover of the Maryland Department of the Environment, that Miller had "been working shoulder to shoulder with Bill [Edelen] for over one year" and that it had "followed the advice of the County on every occasion." Based on Miller's assertions that it had done everything that the County had required, Miller requested the State of Maryland and Prince George's County to share in the cost of the cleanup of the Miller Property.

72.    Similarly, in its July 25, 2005 letter, Miller, through its counsel, represented that "[w]hen the dumping was discovered, The Miller Companies entered into an arrangement with Prince George's County for the clean up of its property by the purchaser thereof." In its October 24, 2005 letter, Miller, through its counsel, further represented that "Miller took all action required by the State and County to remedy the situation on Miller's property."

73.    In fact, Prince George's County had issued six notices of violation and entered into two consent decrees in the District Court for Prince George's County concerning the cleanup of the Miller Property. In addition, the County repeatedly issued follow up notices to Miller because Miller had failed to take remedial action after receiving the initial notices or after entering into the two consent decrees. Accordingly, each of Miller's representations that it had fully complied with the directives of County

14

regulators was false. Likewise, Miller's representation that the State of Maryland had committed to assisting Miller's efforts to remove the trash and debris on the Miller Property was false.

74.    Miller knew that each of the aforementioned representations was false or made them with reckless disregard of its truth or falsity.

75.    Each of these misrepresentations was part of Miller's continuing scheme to avoid financial and legal responsibility for the dumping that occurred on the Miller Property and ultimately harmed WPGC. Miller made each of the foregoing representations for the purpose of convincing WPGC as well as governmental officials, who were exercising their statutory authority in part to protect neighboring property owners including WPGC, that Miller was not responsible for the dumping of trash and debris on the Miller Property.

76.    WPGC reasonably relied on these misrepresentations to its detriment. Specifically, WPGC has incurred (a) significant expenses for cleaning up the WPGC Property, (b) damages from the loss of use and enjoyment of the WPGC Property, (c) damages related to signal-related problems, described above in Paragraph 31, and (d) expenses, including attorneys fees and costs, investigating the extent of Miller's knowledge about the dumping on the Miller Property, the nature of Miller's relationship with Williamson, and Miller's misstatements to state and county officials concerning the dumping on the Miller Property.

77.    WPGC would not have needed to undertake the actions described in the preceding paragraph but for the misrepresentations Miller made to WPGC and to state and county regulators acting for WPGC's benefit.

15

JUN. 16. 2006 10:20AM 06 PM301 8381996                    FAX NO. 01  _    NO. 530    P. 17p. 17

WHEREFORE, WPGC requests judgment be entered against Miller, for compensatory damages in an amount in excess of $500,000, including attorneys fees incurred in demonstrating the false and intentionally misleading nature of Miller's misrepresentations, plus interests and costs; for punitive and exemplary damages sufficient to punish Miller for its fraudulent behavior and to deter it from engaging in similar conduct in the future; and for such other and further relief as the Court deems just and proper.

Dated: June 2, 2006                    Respectfully submitted,

                                       LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                       By _____
                                          Seth D. Berlin (P.G. Co. I.D. BE0600)
                                          Jeanette Melendez Bead (specially admitted)
                                       1050 Seventeenth Street, N.W.
                                       Suite 800
                                       Washington, D.C. 20036
                                       (202) 508-1100
                                       (202) 861-9888 (facsimile)

16

| | | |
|---|---|---|
| CBS WPGC (AM), INC.,<br>4200 Parliament Place, Suite 300<br>Lanham, MD 20706 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff, | * | FOR |
| v. | * | PRINCE GEORGE'S |
| W.C. & A.N. MILLER COMPANIES, INC.,<br>4315 50th Street, N.W.<br>Washington, D.C. 20016 | * | COUNTY, MARYLAND |
| | * | Civil Action No. CAL05-24114 |
| and | * | |
| W.C. and A.N. MILLER DEVELOPMENT<br>COMPANY,<br>4315 50th Street, N.W.<br>Washington, D.C. 20016 | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*
    \*

## PRAYER FOR JURY TRIAL

The Plaintiff, CBS WPGC (AM), Inc., by and through its undersigned counsel,

hereby respectfully prays that the above captioned action be heard by a jury.

Dated: June 2, 2006                     Respectfully submitted,

                                        LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                        By
                                        _____
                                        Seth D. Berlin (P.G. Co. I.D. BE0600)
                                        Jeanette Melendez Bead (specially admitted)
                                        1050 Seventeenth Street, N.W.
                                        Suite 800
                                        Washington, D.C. 20036
                                        (202) 508-1100
                                        (202) 861-9888 (facsimile)

                                        Counsel for Plaintiff CBS WPGC (AM), INC.