CO-386-online
10/03

# United States District Court
# For the District of Columbia

Montgomery Mutual Insurance Company )
and Peerless Insurance Company )
)
)            Plaintiff )
         vs )
)
W.C. & A.N. Miller Development )
Company )
)
            Defendant )

CASE NUMBER: 1:07CV00447
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Contract
DATE STAMP: 03/07/2007

FILED MAR - 6 2007

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for ___Montgomery Mutual Insurance Company___ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ___Montgomery Mutual Insurance Company___ which have any outstanding securities in the hands of the public:

Montgomery Mutual Insurance Company became an affiliate of the Liberty Mutual Insurance Company in 1997 when Liberty Mutual Insurance Company acquired control over Montgomery Mutual's Board of Directors. Liberty Mutual Group owns 100% of the stock of Liberty Mutual Insurance Company. LMHC Massachusetts Holdings, Inc. owns 100% of Liberty Mutual Group, Inc. and Liberty Mutual Holding Company, Inc. owns 100% of LMHC Massachusetts Holdings, Inc

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

375555
BAR IDENTIFICATION NO.

Laura A. Foggan
Print Name

1776 K Street, NW
Address

Washington,    DC    2006
City    State    Zip Code

202.719.7000
Phone Number