CO-386-online
10/03

**FILED**
MAR - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Montgomery Mutual Insurance Company )
and Peerless Insurance Company )
)
      Plaintiff
vs

W.C. & A.N. Miller Development
Company

      Defendant

CASE NUMBER  1:07CV00447
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Contract
DATE STAMP: 03/07/2007

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Peerless Insurance Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Peerless Insurance Company__ which have any outstanding securities in the hands of the public:

Peerless Insurance Company is wholly owned by LIH U.S. P&C Corporation which is wholly owned itself by Liberty Insurance Holdings, Inc.  Liberty Mutual Insurance Company owns 100% of the stock of Liberty Insurance Holdings, Inc. and Liberty Mutual Group owns 100% of the stock of Liberty Mutual Insurance Company.  LMHC Massachusetts Holdings, Inc. owns 100% of Liberty Mutual Group, Inc. and Liberty Mutual Holding Company, Inc. owns 100% of LMHC Massachusetts Holdings, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

              Attorney of Record

              _____
              Signature

375555
BAR IDENTIFICATION NO.

Laura A. Foggan
Print Name

1776 K Street, NW
Address

Washington, DC 2006
City   State   Zip Code

202.719.7000
Phone Number