AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Montgomery Mutual Insurance
Company, et al.

**SUMMONS IN A CIVIL CASE**

V.

W.C. & A.N. Miller Development Company

CASE NUMBER 1:07CV00447

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Contract

DATE STAMP: 03/07/2007

TO: (Name and address of Defendant)

W.C. & A.N. Miller Development Company
c/o C T CORPORATION SYSTEM
1015 15th Street, NW, Suite 1000
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Laura A. Foggan
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 0 6 2007
CLERK                                       DATE

*[signature]*
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Montogomery Mutual Insurance Company, et al.

vs.

W.C. & A.N. Miller Development Company

No. 1:07CV00447 CKK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Original Complaint for Declaratory Judgment; Civil Cover Sheet; Certificate Rule LCvR 7.1; First Amended Complaint for Declaratory Judgment; and Exhibits A - F in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:05 pm on May 22, 2007, I served W.C. & A.N. Miller Development Company c/o Geoffrey S. Gavett, Esquire at Gavett & Datt PC, 15850 Crabbs Branch Way, Suite 180, Rockville, Maryland 20855 by serving Rhoda S. Barish, Esquire, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     42
HEIGHT-  5'4"
HAIR-    BROWN
WEIGHT-  125
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 5/23/07
          Date

AMBIKO GUICE
1827 18th Street, N.W.
Washington, D.C. 20009
Our File#- 188413