UNITED STATES DISTRICT COURT
For the District of Columbia

| | |
|---|---|
| MONTGOMERY MUTUAL INSURANCE COMPANY, et al. | : |
| Plaintiffs, | : |
| v. | : Case No. 1:07CV00447 |
| W.C. & A.N. MILLER DEVELOPMENT COMPANY, | : |
| Defendant. | : |

**W.C. & A.N. MILLER DEVELOPMENT COMPANY'S
CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant W.C. & A.N. Miller Development Company ("W.C. & A.N."), by its undersigned attorneys, respectfully requests that this Court grant it an extension of the time within which it is to file its response to the Plaintiff's Complaint for Declaratory Judgment. In support of this motion, W.C.& A.N. states as follows:

1. Plaintiff served the Defendant on May 22, 2007 with the Summons and Complaint for Declaratory Judgment.

2. A response to the Complaint for Declaratory Judgment is due on June 11, 2007.

3. In order to give the parties an opportunity to discuss a possible resolution of this matter, counsel for Defendant has requested an extension of time within which to file a response to the Complaint.

3. Plaintiff's counsel has consented to a twenty-day extension, which would make Defendant's response due on July 2, 2007.

WHEREFORE, W.C. & A.N. respectfully requests that its motion for an enlargement of time be granted and that the time for W.C.& A.N. to file a response to Plaintiff's Complaint for Declaratory Judgment be extended to July 2, 2007.

        Respectfully submitted,

        GAVETT AND DATT, P.C.


BY    /s/
    Geoffrey S. Gavett
    15850 Crabbs Branch Way, Suite 180
    Rockville, Maryland 20855
    ggavett@gavettdatt.com
    Telephone: 301-948-1177
    Facsimile: 301-948-4334

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was electronically served on June 11, 2007 on:

Laura A. Foggan, Esquire        **Counsel for Plaintiffs**
Wiley Rein, LLP
1776 K Street, NW
Washington, DC  20006
202-719-7000


    /s/
    Geoffrey S. Gavett

F:\Data\GD\Corporate\315.000\315.009\pleadings\motion enlargement of time.wpd

UNITED STATES DISTRICT COURT
For the District of Columbia

| | |
|---|---|
| MONTGOMERY MUTUAL INSURANCE COMPANY, et al. | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    Case No. 1:07CV00447 <br> : |
| W.C. & A.N. MILLER DEVELOPMENT COMPANY, | : <br> : <br> : |
| Defendant. | : |

## **ORDER**

UPON CONSIDERATION OF W.C.& A.N. Miller Development Company's Consent Motion for Enlargement of Time, it is this _____ day of _____, 2007

ORDERED, that Defendant's Motion is GRANTED; and it is further

ORDERED, that Defendant's Answer to Plaintiff's Complaint for Declaratory Judgment is due on July 2, 2007.

 

_____
Judge, United States District Court for
the District of Columbia

Copies to:

Geoffrey S. Gavett, Esquire
Gavett and Datt, P.C.
15850 Crabbs Branch Way, Suite 180
Rockville, Maryland 20855

Laura A. Foggan, Esquire
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006

F:\Data\GD\Corporate\315.000\315.009\pleadings\proposed order re extension