UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY MUTUAL INSURANCE COMPANY, et al., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> W.C. & A.N. MILLER DEVELOPMENT COMPANY, <br><br> Defendant/Counter-Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:07-cv-00447-CKK <br> ECF |

### JOINT STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a) and (c), the undersigned parties hereby jointly stipulate and agree, subject to the approval of the Court, as follows:

1. This is an insurance coverage action (the "Action") brought by Plaintiffs Montgomery Mutual Insurance Company and Peerless Insurance Company (collectively, the "Insurers") against Defendant W.C. & A.N. Miller Development Company ("Miller Development'), seeking a declaration concerning the parties' rights and obligations under the terms and conditions of several liability insurance policies issued by the Insurers to Miller Development.

2. In addition to the causes of action asserted in this Action by the Insurers, Miller Development has filed counterclaims against the Insurers.

3. The Insurers and Miller Development have entered into a Settlement Agreement and Release Agreement (the "Settlement Agreement"), which resolves all issues and claims asserted in this Action. The effectiveness of the Settlement Agreement depends on, among other things, the entry of this Stipulation of Dismissal.

4.  Under the Settlement Agreement, the Insurers and Miller Development have agreed that the Insurers will dismiss their claims in this Action with prejudice and that Miller Development will dismiss its counterclaims in this Action with prejudice.

5.  Accordingly, any and all claims by the Insurers and any and all counterclaims by Miller Development in this Action, subject to the respective the parties' rights and obligations under the Settlement Agreement, shall be DISMISSED WITH PREJUDICE, with each settling party to bear its own attorneys' fees and costs. The dismissal of the claims and counterclaims in the Action with prejudice as provided herein shall not affect or release any of the parties from their respective obligations to each other under the Settlement Agreement, the terms and provisions of which shall and do hereby survive the dismissal with prejudice of this Action.

Dated: August 23, 2007

Respectfully submitted,

| | |
|---|---|
| /s/ Laura A. Foggan | /s/ Geoffrey S. Gavett* |
| WILEY REIN LLP | GAVETT AND DATT, P.C. |
| Laura A. Foggan, D.C. Bar No. 375555 | Geoffrey S. Gavett |
| 1776 K Street, NW | 15850 Crabbs Branch Way, Suite 180 |
| Washington, DC 20006 | Rockville, Maryland 20855 |
| Phone: 202.719.7000 | Telephone: 301.948.1177 |
| Fax: 202.719.7049 | Facsimile: 301.948.4334 |
| lfoggan@wileyrein.com | ggavett@gavettdatt.com |
| *Attorney for Plaintiffs Montgomery Mutual Insurance Co. and Peerless Insurance Co. Attorneys for Plaintiff Executive Risk Specialty Insurance Co.* | *Counsel for Defendant W.C. & A.N. Miller Development Company* <br> * consent for signature received |

SO ORDERED THIS 23rd DAY OF August, 2007.

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge

2